AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER RODRIGUEZ<br><br>*Defendant* | Case: 1:23-mj-00295<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 11/4/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER RODRIGUEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 970(a)                              - Damaging Property Occupied by Foreign Government
18 U.S.C. § 844(h)                              - Explosive Materials—Commission of a Federal Felony
18 U.S.C. § 844(i)                               - Explosive Materials—Malicious Use
26 U.S.C. §§ 5841, 5861(d), and 5871  - Receipt or Possession of Unregistered Firearm

Date: 11/04/2023

2023.11.04 20:39:43 -04'00'

*Issuing officer's signature*

City and state: Washington, DC          Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 11/4/2023 , and the person was arrested on *(date)* 11/04/2023 at *(city and state)* Lafayette, LA .<br><br>Date: 11/4/2023<br><br>*Arresting officer's signature*<br><br>Bradley Boos, Special Agent - ATF<br>*Printed name and title* |