UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 23-CR-392 (JEB) |
| ) | |
| CHRISTOPHER RODRIGUEZ ) | |

### DEFENDANT'S APPEAL OF
### THE MAGISTRATE COURT'S DETENTION ORDER

Defendant Christopher Rodriguez, acting *pro se*[1], respectfully requests that the Chief Judge overturn the detention order issued by the Magistrate Judge on August 18, 2023 pursuant to the Bail Reform Act, 18 U.S.C. § 3142.

On November 4, 2023, Mr. Rodriguez appeared in Magistrate Court in the Western District of Louisiana upon arrest from a warrant issued in the District of the District of Columbia for charges including Damaging Property Occupied by Foreign Government. The government requested removal to the District of Columbia. A detention hearing was conducted, and the Court ordered Mr. Rodriguez detained pending trial. On November 22, 2023, Mr. Rodriguez appeared before Magistrate Judge Upadhyaya and requested a detention hearing. Judge Upadhyaya ruled that she did not have the authority to conduct a subsequent hearing and that any appeal must be filed with the District judge.

It does not appear that Mr. Rodriguez is charged with an offense that contains a rebuttable presumption for detention. Thus the Court should follow the edict that

---

[1] Eugene Ohm, Assistant Federal Public Defender, was assigned to stand-in by Magistrate Judge Upadhyaya on November 22, 2023 and assisted with the filing of this document because Mr. Rodriguez was detained.

1

"liberty is the norm." Moreover, Mr. Rodriguez contends that he is not a flight risk or a danger to the community. He has proffered two third party custodians so that the Court may determine whether those conditions are appropriate. He is a licensed attorney who has no criminal record.

Mr. Rodriguez will orally supplement his Motion when appearing before this Honorable Court.

## Conclusion

Mr. Rodriguez respectfully requests that this Court release Mr. Rodriguez with whatever conditions it deems appropriate.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER


/s/
_____

Eugene Ohm – acting as stand-in counsel
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500