**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:23-cr-392 (JEB)** |
| | **:** | |
| **CHRISTOPHER RODRIGUEZ** | **:** | |

<u>**NOTICE REGARDING PRIVILEGE ASSERTIONS**</u>

Defendant, Christopher Rodriguez, through undersigned counsel, hereby provides this notice to the Court of his assertion of attorney-client privilege on the following categories of communications: (1) communications between Mr. Rodriguez and his associate and/or legal assistant regarding his clients and their pending cases; and (2) communications between Mr. Christopher Rodriguez and Mr. David Rodriguez.

Mr. Rodriguez understands the government has no objection to the privilege asserted by Mr. Rodriguez on behalf of his own clients and does not seek to disclose to the prosecution team any communications between Mr. Rodriguez and his associate and/or legal assistant regarding his own clients' cases.

Mr. Rodriguez also asserts attorney-client privilege on all communications with his brother, Mr. David Rodriguez. Mr. David Rodriguez is an attorney. Mr. Christopher Rodriguez was in an attorney-client relationship with his brother from the inception of this case. He sought legal advice from his brother and asked his brother to be a formal member of the legal team. The attorney-client privilege protects "confidential communications" between attorney and client to "encourage full and frank communication between attorneys and their clients and thereby promote broader public interests in the observance of law and the administration of justice." *Swidler & Berlin v. United States*, 524 U.S. 399, 403 (1998). Counsel for Mr. Rodriguez have excluded portions of the jail calls where other individuals, such as other family members, were

present on the calls.  All other portions of the communications between Christopher and David

Rodriguez were privileged communications made with the purpose of obtaining legal advice.

<div style="margin-left: 40%;">

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

     /s/
_____
EUGENE OHM
DIANE SHREWSBURY
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

</div>