IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in September 15, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER RODRIGUEZ,<br><br>Defendant. | CRIMINAL NO. 23-cr-392 (JEB)<br><br>18 U.S.C. § 970(a)<br>(Damaging Property Occupied by Foreign Government)<br><br>18 U.S.C. § 844(h) (Explosive Materials—Commission of a Federal Felony)<br><br>18 U.S.C. 844(f) (Explosive Materials—Malicious Damage to Federal Property)<br><br>18 U.S.C. § 844(i) (Explosive Materials—Malicious Use)<br><br>26 U.S.C. §§ 5841, 5861(d), and 5871 (Receipt and Possession of Unregistered Firearm (Destructive Device)) |

**FIRST SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about September 25, 2023, in the District of Columbia, the defendant, CHRISTOPHER RODRIGUEZ, willfully injured, damaged, and destroyed and attempted to injure, damage, and destroy the wall and fence surrounding the Embassy of the People's Republic of China, the buildings housing the Embassy of the People's Republic of China, and property within the curtilage of the Embassy of the People's Republic of China, located at 3505 International Place, NW, in the District of Columbia and within the United States, and belonging

to, utilized by, and occupied by the government of the People's Republic of China, to wit, a foreign government, a foreign official, and an official guest.

**(Damaging Property Occupied by Foreign Government,** in violation of
Title 18, United States Code, Section 970(a))

## COUNT TWO

On or about September 25, 2023, in the District of Columbia, the defendant, CHRISTOPHER RODRIGUEZ, knowingly used fire and an explosive, namely, approximately 15 pounds of a nitrate explosive mixture, to commit a violation of 18 U.S.C. § 970(a), a felony prosecutable in a court of the United States, and unlawfully carried an explosive during the commission of a violation of 18 U.S.C. § 970(a), a felony prosecutable in a court of the United States.

**(Explosive Materials— Commission of a Federal Felony,** in violation of in violation of Title
18, United States Code, Section 844(h))

## COUNT THREE

On or about September 25, 2023, in the District of Columbia, the defendant, CHRISTOPHER RODRIGUEZ, maliciously damaged, and destroyed and attempted to damage and destroy personal and real property, including a streetlight and sidewalk, in whole and in part owned, possessed by, and leased to an institution and organization receiving Federal financial assistance, namely, the District of Columbia, by means of fire and an explosive.

**(Explosive Materials—Malicious Damage to Federal Property,** in violation of
Title 18, United States Code, Section 844(f))

## COUNT FOUR

On or about September 25, 2023, in the District of Columbia, the defendant, CHRISTOPHER RODRIGUEZ, maliciously damaged and destroyed and attempted to damage and destroy, by means of fire and an explosive, the wall and fence surrounding the Embassy of the People's Republic of China, the buildings housing the Embassy of the People's Republic of China, and property within the curtilage of the Embassy of the People's Republic of China, located at 3505 International Place, NW, in the District of Columbia, used in interstate and foreign commerce and used in an activity affecting interstate and foreign commerce.

(**Explosive Materials—Malicious Use,** in violation of
Title 18, United States Code, Section 844(i))

## COUNT FIVE

On or about September 25, 2023, in the District of Columbia, the defendant, CHRISTOPHER RODRIGUEZ, knowingly received and possessed a firearm (that is, a destructive device), namely, approximately 15 pounds of a nitrate explosive mixture, not registered to him in the National Firearms Registration and Transfer Record.

**(Receipt or Possession of Unregistered Firearm (Destructive Device)**, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871))

A TRUE BILL

FOREPERSON

*Matthew M. Graves*
Attorney of the United States in
and for the District of Columbia

3