**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 23-CR-392 (JEB)** |
| **v.** | : | |
| | : | |
| **CHRISTOPHER RODRIGUEZ** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT FILTER TEAM'S SURREPLY IN RESPONSE TO DEFENDANT'S**
**REPLY REGARDING PRIVILEGE**

The Government Filter Team respectfully submits this surreply in response to Defendant's assertion, raised for the first time in his Reply Regarding Privilege, that "he has been unable, despite repeated attempts, to include Mr. David Rodriguez on a list of approved legal counsel to allow him to contact Mr. David Rodriguez via unrecorded legal calls." (ECF No. 38).

On March 27, 2024, Lt. Zachery DeRouen of the Iberia Parish Sheriff's Officer informed a Filter Team attorney that inmate requests at Iberia Parish Jail must be made in writing and that, during Defendant's time at the Iberia Parish Jail, Defendant made three written requests—none of which concerned having a confidential call with an attorney.

On April 5, 2024, Deputy General Counsel Andrew Mazzuchelli of the D.C. Department of Corrections informed the undersigned attorney that, according to Defendant's case manager at the D.C. Jail, Defendant had not made any request to add his brother to the global call list for the purpose of having a confidential attorney call. According to Mr. Mazzuchelli, Defendant's counsel first raised with him the issue of Defendant's ability to have unrecorded calls with his brother on March 25, 2024. Mr. Mazzuchelli informed the undersigned attorney that the case manager will provide Defendant with the appropriate paperwork to make this request.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:     */s/ Maeghan Mikorski*
        Maeghan Mikorski
        D.C. Bar No. 90001976
        Michael McCarthy
        Assistant United States Attorneys
        601 D Street NW
        Washington, D.C. 20530