IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER RODRIGUEZ,**<br><br>**Defendant.** | **CRIMINAL NO. 23-cr-392 (JEB)**<br><br>**18 U.S.C. § 970(a)**<br>**(Damaging Property Occupied by Foreign Government)**<br><br>**18 U.S.C. 844(f) (Explosive Materials—Malicious Damage to Federal Property)**<br><br>**26 U.S.C. §§ 5841, 5861(d), and 5871 (Receipt and Possession of Unregistered Firearm (Destructive Device))** |

## SUPERSEDING INFORMATION

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about September 25, 2023, in the District of Columbia, the defendant, CHRISTOPHER RODRIGUEZ, willfully injured, damaged, and destroyed and attempted to injure, damage, and destroy the wall and fence surrounding the Embassy of the People's Republic of China, the buildings housing the Embassy of the People's Republic of China, and property within the curtilage of the Embassy of the People's Republic of China, located at 3505 International Place, NW, in the District of Columbia and within the United States, and belonging to, utilized by, and occupied by the government of the People's Republic of China, to wit, a foreign government, a foreign official, and an official guest.

(**Damaging Property Occupied by Foreign Government,** in violation of
Title 18, United States Code, Section 970(a))

## COUNT TWO

On or about September 25, 2023, in the District of Columbia, the defendant, CHRISTOPHER RODRIGUEZ, maliciously damaged, and destroyed and attempted to damage and destroy personal and real property, including a streetlight and sidewalk, in whole and in part owned, possessed by, and leased to a department and agency of the United States, namely, the U.S. Department of State, and an institution and organization receiving Federal financial assistance, namely, the District of Columbia, by means of fire and an explosive.

**(Explosive Materials—Malicious Damage to Federal Property,** in violation of
Title 18, United States Code, Section 844(f))

## COUNT THREE

On or about November 7, 2022, in the Western District of Texas, the defendant, CHRISTOPHER RODRIGUEZ, knowingly received and possessed a firearm (that is, a destructive device), namely, a quantity of a nitrate explosive mixture, not registered to him in the National Firearms Registration and Transfer Record.

**(Receipt or Possession of Unregistered Firearm (Destructive Device)**, in violation of Title 26,
United States Code, Sections 5841, 5861(d), and 5871))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: *Jolie F. Zimmerman*
JOLIE F. ZIMMERMAN
Assistant U.S. Attorney
D.C. Bar Number 465110
STUART D. ALLEN
Assistant U.S. Attorney
D.C. Bar No. 1005102; N.Y. Bar No. 4839932