UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:23-cr-392 (JEB) |
| v. | : | |
| | : | |
| CHRISTOPHER RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States and Defendant Christopher Rodriguez ("RODRIGUEZ" or "Defendant") stipulate and agree that the following facts are true and accurate. These facts do not constitute all facts known to the parties concerning the charged offenses and covered conduct. This statement is being submitted by the parties to demonstrate that sufficient facts exist to establish that Defendant committed the offenses to which he is pleading guilty.

*Background*

RODRIGUEZ is an attorney licensed to practice in Florida, who has practiced as a criminal defense attorney in Panama City and Pensacola, Florida. On June 27, 2021, RODRIGUEZ was arrested in Los Angeles County, California, by California Highway Patrol officers. Law enforcement officers recovered three firearms and several bags and jars labeled Tannerite from RODRIGUEZ's vehicle. Tannerite is a brand of exploding targets. Exploding targets can be detonated via a high velocity impact from a projectile such as a bullet.

On November 7, 2022, and on September 25, 2023, RODRIGUEZ used an explosive device to commit the crimes described below. Neither explosive device was registered to RODRIGUEZ in the National Firearms Registration and Transfer Record. RODRIGUEZ acted willfully and knowingly in committing the offenses described below.

### *Bombing of Miss Mao Sculpture in San Antonio, Texas, on November 7, 2022*

The courtyard of the Texas Public Radio building, located at 321 West Commerce Street, San Antonio, Texas, contains a sculpture titled "Miss Mao Trying to Poise Herself at the Top of Lenin's Head." The sculpture ("Miss Mao") depicts communist leaders Vladimir Lenin and Mao Zedong.

On November 5, 2022, RODRIGUEZ rented a vehicle in Pensacola, Florida. He drove that rental vehicle to San Antonio, Texas, on November 5-6, 2022.

In the early morning hours of November 7, 2022, RODRIGUEZ placed and detonated an explosive device at the base of Miss Mao that caused damage. At approximately 2:25 a.m., RODRIGUEZ, wearing a black baseball hat, black mask, black pants, brown work style boots, and a neon green/yellow long sleeve high visibility shirt, scaled an 8-foot fence to enter the courtyard where Miss Mao was located. He then walked to the sculpture and placed two canisters at the base of the sculpture. The cannisters contained some quantity of exploding target explosive material. RODRIGUEZ then left the courtyard by climbing back over the fence. Once on the opposite side of the fence from the courtyard, RODRIGUEZ climbed onto a small rooftop that overlooked the courtyard. At approximately 2:31 a.m., RODRIGUEZ used a rifle to shoot at the canisters at the base of the statue, causing the cannisters and their contents to explode. The explosion caused significant damage to the Miss Mao sculpture. Moments later, RODRIGUEZ climbed down from the rooftop with a rifle in his hand and left the area.

### *Attempted Bombing Outside Chinese Embassy on September 25, 2023*

Beginning on September 23, 2023, RODRIGUEZ drove from his home in Panama City, Florida, to the Washington, D.C. area. En route, RODRIGUEZ purchased the black backpack discussed below, as well as nitrile gloves, tape to use as a target, and a "burner" cellular telephone.

During the evening of September 24, 2023, RODRIGUEZ parked his car outside the District of Columbia in Arlington, Virginia. RODRIGUEZ used the "burner" cellular telephone purchased on his way to D.C. to arrange for a taxicab ride to a location a few blocks from the Embassy of the People's Republic of China (Chinese Embassy) in Washington, D.C., between approximately 1:30 a.m. and 1:55 a.m.

On September 25, 2023, sometime between approximately 2:15 a.m. and 2:35 a.m., RODRIGUEZ attempted to damage the wall and fence surrounding the Chinese Embassy grounds, which are property belonging to the government of China. RODRIGUEZ placed a black backpack containing about 15 pounds of a binary explosive consisting of ammonium nitrate and aluminum powder next to a streetlight owned or possessed by the U.S. Department of State and approximately 12 feet from the back wall and fence surrounding the Embassy grounds. The wall, fence, and Embassy grounds (which include the Embassy Chancery) belong to, are utilized by, and are occupied by the Chinese government. RODRIGUEZ then attempted to detonate the explosives contained within the backpack by shooting at the backpack with a rifle. RODRIGUEZ missed his target, and the device did not detonate.

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. I make this statement knowingly and voluntarily, and I stipulate and agree that this Statement of Offense concerning my actions is true and accurate. I have read every page of this Statement of Offense and have discussed it with my attorneys, Eugene Ohm, Diane Shrewsbury, and David Rodriguez. I am fully satisfied with the legal services provided to me in connection with this plea. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Date: 7.30.24

Christopher Rodriguez
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of Offense as true and accurate.

Date: _____

Eugene Ohm
Attorney for Defendant

Date: _____  7/30/24

Diane Shrewsbury
Attorney for Defendant

Date: _____

David Rodriguez
Attorney for Defendant