# EXHIBIT 1

| Record | Image | File Name | File Extension | Created Date/Time - UTC-05:00 (M/d/yyyy)[DST] | Last Accessed Date/Time - UTC-05:00 (M/d/yyyy)[DST] | Last Modified Date/Time - UTC-05:00 (M/d/yyyy)[DST] | Media Duration (Seconds) | MD5 Hash | SHA1 Hash | Exif Data | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Americans no longer trust China Peter Navarro.mp4 | .mp4 | 5/8/2022 7:08:54.000 PM | 10/21/2023 8:27:13.000 PM | 1/23/2021 12:28:04.000 PM | 710.39 | ff984aa5f71605e496d29ae4e6aef777 | bcbb306b00387cea2a5bb94b8cf870f2f9b440a3 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Americans no longer trust China Peter Navarro.mp4 |
| 2 | | Bill Gates on covid pandemic conspiracies. Calls for examination of social media use and impact. (2).mp4 | .mp4 | 5/8/2022 7:12:06.000 PM | 10/21/2023 8:27:13.000 PM | 4/4/2021 4:10:08.000 PM | 94.53 | 1a71324dc5be6c00152b5898fe1d46b2 | a2187ee60f8d8e7a7bff3bd8b1187ad7ec8ac79a | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Bill Gates on covid pandemic conspiracies. Calls for examination of social media use and impact. (2).mp4 |
| 3 | | Batman The Dark Knight china scene.mp4 | .mp4 | 5/30/2022 12:11:52.000 PM | 10/22/2023 5:30:40.000 PM | 5/30/2022 12:12:10.000 PM | 262.29 | 28f4bc8437be16bdd261560440248447 | 9ae045b7d16a5d59525ea056226caa3392eb067e | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Batman The Dark Knight china scene.mp4 |
| 4 | | China threatens retaliation if U.S. sanctions Chinese firms for working with Russia.mp4 | .mp4 | 5/28/2022 2:30:57.000 PM | 10/15/2023 12:44:57.000 PM | 5/28/2022 2:31:01.000 PM | 152.51 | 7c3dc3a94ad5390d18f0ec19d9d94e06 | a62ded189cfd5065edb0d444df5320eff88d5fdf | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\China threatens retaliation if U.S. sanctions Chinese firms for working with Russia.mp4 |
| 5 | | China Warns Australia, US & UK  10 News First.mp4 | .mp4 | 5/27/2022 9:06:48.000 PM | 10/21/2023 8:27:13.000 PM | 2/1/2021 6:20:05.000 AM | 126.71 | 98e8b374f6a4bc981250265a7ddeaa26 | 7abc807e230e7c319545beb38c1fa7abe437d9b2 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\China Warns Australia, US & UK  10 News First.mp4 |
| 6 | | China 'Kills Prisoners and Harvests Their Organs' CRIMINAL PLANET.mp4 | .mp4 | 6/5/2022 11:40:29.000 AM | 8/26/2023 7:17:43.000 AM | 6/5/2022 11:40:49.000 AM | 243.95 | 7df53ec6b9df974c14e15a4f33522391 | 96ef2309118326293464509e0ff7df94fb3d9d25 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\China 'Kills Prisoners and Harvests Their Organs' CRIMINAL PLANET.mp4 |
| 7 | | China upholds death sentence for Canadian prisoner Robert Schellenberg.mp4 | .mp4 | 6/5/2022 1:19:53.000 PM | 10/15/2023 12:44:57.000 PM | 6/5/2022 1:19:36.000 PM | 343.77 | 2e8c062e24136713256a553f408d9690 | 762f5a4cd39417754870438ff3bb9ed515012971 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\China upholds death sentence for Canadian prisoner Robert Schellenberg.mp4 |
| 8 | | Does China Run Hollywood.mp4 | .mp4 | 5/7/2022 8:06:39.000 PM | 5/29/2023 9:33:05.000 AM | 5/7/2022 8:02:10.000 PM | 232.13 | 41ea4657b4f86e54c93e3d8a5643f614 | f5ef2f5bba1332e591ae875c5eedb3d12ed5969a | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Does China Run Hollywood.mp4 |
| 9 | | Facebook Injects $500M to Influence Federal Election  Epoch News   China Insider (2).mp4 | .mp4 | 5/28/2022 1:52:26.000 PM | 5/29/2023 9:33:07.000 AM | 4/4/2021 5:57:54.000 PM | 251.54 | b186222e3bc68a1a8dd8c1efb85afe94 | 364a828e98dd122b336f569234084e000c314e4b | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Facebook Injects $500M to Influence Federal Election  Epoch News   China Insider (2).mp4 |
| 10 | | Chinese censorship is no longer just a China problem (2).mp4 | .mp4 | 10/25/2022 4:57:26.000 AM | 10/21/2023 8:27:14.000 PM | 4/4/2021 3:50:10.000 PM | 630.14 | 6a59428f51af15e6698ca5b360de2453 | 71b4a3d0a702bca08b02486154ad98411ad4c6d9 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Chinese censorship is no longer just a China problem (2).mp4 |
| 11 | | Federal investigation into Hunter Biden's business deals with Chinese energy company heats up.mp4 | .mp4 | 5/29/2022 2:37:15.000 PM | 5/29/2023 9:33:10.000 AM | 5/29/2022 2:37:38.000 PM | 175.82 | 0ed0acbd254f4f156043173ec8d1a7bd | 935da91858dc1bba3275bc00fc28b671eeb84237 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Federal investigation into Hunter Biden's business deals with Chinese energy company heats up.mp4 |

| # | | Filename | Ext | Created | Accessed | Modified | Size | MD5 | SHA1 | Extraction | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | Death By China How America Lost Its Manufacturing Base (Official Version) - Copy.mp4 | .mp4 | 6/4/2022 7:42:45.000 PM | 5/29/2023 9:32:59.000 AM | 2/7/2021 9:50:52.000 AM | 4815.24 | 31daede722b74968e2c9eb9e054b3079 | e7ec90b811ee5be27b02d63b771f2f3bcab4597d | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Death By China How America Lost Its Manufacturing Base (Official Version) - Copy.mp4 |
| 13 | | Chinese Hell March (70th Anniversary of Founding Parade).mp4 | .mp4 | 5/3/2022 6:07:11.000 AM | 8/26/2023 7:17:43.000 AM | 5/3/2022 6:10:59.000 AM | 1116.7 | 48d41c77ce52b2cc76cfbef1e497b536 | 0007056abd143fe9e360e8c29a2a9e9aed05df88 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Chinese Hell March (70th Anniversary of Founding Parade).mp4 |
| 14 | | Chinawood.mp4 | .mp4 | 6/5/2022 9:41:07.000 PM | 5/29/2023 9:32:54.000 AM | 6/5/2022 7:03:24.000 PM | 1437.23 | 5361c92d3c638c6a2633bc584daf9842 | 6170d0d007c36760c1e01735bc424c58ac4adcb9 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Chinawood.mp4 |
| 15 | | President Obama's Bilateral Meeting with Vice President Xi of China.mp4 | .mp4 | 5/17/2022 5:23:58.000 AM | 8/26/2023 7:17:41.000 AM | 5/17/2022 5:24:51.000 AM | 817.64 | 10b0f7e4fdb10bb2557c2b30e1b99b80 | bbfd160334d2fbed2d62ae0af49c8e01ca14c64f | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\President Obama's Bilateral Meeting with Vice President Xi of China.mp4 |
| 16 | | Investigative Report The Coverup of the Century  Epoch Times  CCPVirus  COVID19  Coronavirus (2).mp4 | .mp4 | 5/8/2022 7:00:19.000 PM | 5/29/2023 9:33:32.000 AM | 4/4/2021 5:57:08.000 PM | 3360.72 | d1a0711ca69f06d434e3cf2513e7b64d | 363b6a1b2a149a9e37ec67f92bbde38815e8c2ef | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Investigative Report The Coverup of the Century  Epoch Times  CCPVirus  COVID19  Coronavirus (2).mp4 |
| 17 | | Chinawood 2.0 - Copy.mp4 | .mp4 | 10/24/2022 7:12:43.000 AM | 10/21/2023 8:27:14.000 PM | 10/24/2022 5:05:17.000 AM | 3573.23 | e8fce3bf373593e2bc75dcd1be4a6a0c | 574f0e94d1c86c00db53e1b5d0514c2a8d757dc2 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Chinawood 2.0 - Copy.mp4 |
| 18 | | Chinawood 3.0.mp4 | .mp4 | 10/28/2022 11:49:39.000 PM | 5/29/2023 9:32:53.000 AM | 10/29/2022 12:54:20.000 AM | 3721.73 | 9636fe8a56458cde5ee8237c4de75182 | 66442addf4e1f325f53c72ac608926072a06d953 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Chinawood 3.0.mp4 |
| 19 | | Chinawood 2.0.mp4 | .mp4 | 10/27/2022 10:48:02.000 AM | 5/29/2023 9:32:53.000 AM | 10/24/2022 5:05:17.000 AM | 3573.23 | e8fce3bf373593e2bc75dcd1be4a6a0c | 574f0e94d1c86c00db53e1b5d0514c2a8d757dc2 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Chinawood 2.0.mp4 |
| 20 | | U.S. Starts Investigation into Organ Harvesting in China  Epoch News.mp4 | .mp4 | 6/4/2022 7:43:41.000 PM | 8/26/2023 7:04:50.000 AM | 2/10/2021 6:25:38.000 AM | 325.82 | 4db1149da19bef56ca1608bf8a9e4684 | 0c733ad706e801c5827fac22c4102be037d13d5a | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\U.S. Starts Investigation into Organ Harvesting in China  Epoch News.mp4 |
| 21 | | TERMINATOR 2 JUDGMENT DAY REMASTERED SARAH CONNOR DREAM OF APOLCALYPSE NUCLEAR BOMB DESTROYS WORLD.mp4 | .mp4 | 3/15/2022 10:45:12.000 PM | 8/26/2023 7:04:41.000 AM | 3/15/2022 10:45:30.000 PM | 121.65 | 63857c9348486ab856434fda86b4c561 | c045ef69b288f1f4443c2c61a8af0f553266adb0 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\TERMINATOR 2 JUDGMENT DAY REMASTERED SARAH CONNOR DREAM OF APOLCALYPSE NUCLEAR BOMB DESTROYS WORLD.mp4 |
| 22 | | 'So yes, I do blame the Chinese' for coronavirus pandemic Peter Navarro  ABC News.mkv | .mkv | 4/4/2021 7:04:33.000 PM | 12/20/2022 2:39:23.000 PM | 4/4/2021 3:56:47.000 PM | 800.86 | 0b144f542e462216fb93e6ac83824866 | bc02d8647761c64e4694127edf3c41377a2caf13 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\'So yes, I do blame the Chinese' for coronavirus pandemic Peter Navarro  ABC News.mkv |
| 23 | | Activists detained at an unknown location  Detained for sharing COVID-19 information.mp4 | .mp4 | 4/4/2021 7:04:39.000 PM | 9/23/2023 3:43:03.000 AM | 1/29/2021 5:32:30.000 AM | 122.35 | 896519f8690fb72bf75c38d8ab9f0baa | 762a2e81fbc3ad277ef58667641b0e24f1ff606b | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Activists detained at an unknown location  Detained for sharing COVID-19 information.mp4 |

| # | | Filename | Ext | Created | Accessed | Modified | Size (MB) | MD5 | SHA1 | Extraction Result | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | Activists detained at an unknown location Detained for sharing COVID-19 information.mkv | .mkv | 4/4/2021 7:04:39.000 PM | 9/23/2023 3:43:03.000 AM | 4/4/2021 4:10:27.000 PM | 122.3 | 8ec9123d4a9937027ddf2742e52bc673 | 517ed95ae89d29d22abcbcad12d33519acdbf83f | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Activists detained at an unknown location   Detained for sharing COVID-19 information.mkv |
| 25 | | Americans no longer trust China Peter Navarro.mp4 | .mp4 | 4/4/2021 7:04:47.000 PM | 9/23/2023 3:43:24.000 AM | 1/23/2021 12:28:04.000 PM | 710.39 | ff984aa5f71605e496d29ae4e6aef777 | bcbb306b00387cea2a5bb94b8cf870f2f9b440a3 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Americans no longer trust China Peter Navarro.mp4 |
| 26 | | Be Careful On Zoom, They May Be Spying On You For China, Tucker Carlson & Michael Pillsbury Explain.mp4 | .mp4 | 4/4/2021 7:04:50.000 PM | 9/23/2023 3:43:32.000 AM | 2/12/2021 4:52:31.000 AM | 273.09 | c159a8cc422265436660d4bfe92b0a3d | ca738bdd12129406d9ee783eb73020d786d88b69 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Be Careful On Zoom, They May Be Spying On You For China, Tucker Carlson & Michael Pillsbury Explain.mp4 |
| 27 | [Error Rendering Image] | China's Vanishing Muslims Undercover In The Most Dystopian Place In The World (2).mp4 | .mp4 | 4/4/2021 7:04:59.000 PM | 9/23/2023 3:43:50.000 AM | 4/4/2021 3:47:59.000 PM | | | | Extraction Result: Complete | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\China's Vanishing Muslims Undercover In The Most Dystopian Place In The World (2).mp4 |
| 28 | | Bill Gates on covid pandemic conspiracies. Calls for examination of social media use and impact..mp4 | .mp4 | 4/4/2021 7:04:54.000 PM | 9/23/2023 3:43:44.000 AM | 1/29/2021 5:27:15.000 AM | 94.53 | 9c6362f78c728e1b41ee6f92cb9fdf0f | e04a60ba3056fc1f464adefc9328b30b6ae7e5b7 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Bill Gates on covid pandemic conspiracies. Calls for examination of social media use and impact..mp4 |
| 29 | | China and EU strengthen commitment to Paris climate accord.mp4 | .mp4 | 4/4/2021 7:04:55.000 PM | 9/23/2023 3:43:48.000 AM | 1/31/2021 11:45:35.000 AM | 149.91 | 3dca7dd6fb06d12367ae9fe2399ff90c | 3da45b74c29b31a68f6416c3fa881fc54855f0e6 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\China and EU strengthen commitment to Paris climate accord.mp4 |
| 30 | | China issues menacing warning to NZ and others 'Be careful not to get their eyes poked out'.mp4 | .mp4 | 4/4/2021 7:04:57.000 PM | 9/23/2023 3:43:49.000 AM | 2/1/2021 6:21:05.000 AM | 149.86 | 671f34cf3bf6299c2bacdaae8d140ca6 | 1a96e0501f1e3483a8fd58335497462140712f7e | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\China issues menacing warning to NZ and others 'Be careful not to get their eyes poked out'.mp4 |
| 31 | | China Warns Australia, US & UK   10 News First.mp4 | .mp4 | 4/4/2021 7:04:58.000 PM | 9/23/2023 3:43:50.000 AM | 2/1/2021 6:20:05.000 AM | 126.71 | 98e8b374f6a4bc981250265a7ddeaa26 | 7abc807e230e7c319545beb38c1fa7abe437d9b2 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\China Warns Australia, US & UK   10 News First.mp4 |
| 32 | | Biden Unveils $1.9 Trillion COVID-19 Relief Plan.mkv | .mkv | 4/4/2021 7:04:53.000 PM | 9/23/2023 3:43:44.000 AM | 4/4/2021 4:17:10.000 PM | 74.64 | 872d5598563a5f3c28ad969d310b6aa4 | cc90518f30601b3acfa6cc1919ff4dca98fd6b41 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Biden Unveils $1.9 Trillion COVID-19 Relief Plan.mkv |
| 33 | | China flies planes into Taiwan airspace after Biden takes office, Ratcliffe reacts.mp4 | .mp4 | 4/4/2021 7:04:56.000 PM | 8/26/2023 7:17:55.000 AM | 1/27/2021 9:02:44.000 PM | 616.44 | 19b4727edeb4a5a6571f7a6b6cbbd02d | ba2694a56e3b65f279cd2fa4c12fdf6c138d93cd | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\China flies planes into Taiwan airspace after Biden takes office, Ratcliffe reacts.mp4 |
| 34 | | China Spies on Americans through Caribbean Phone Networks   Epoch News   China Insider.mp4 | .mp4 | 4/4/2021 7:04:58.000 PM | 9/23/2023 3:43:49.000 AM | 2/10/2021 6:20:58.000 AM | 299.93 | 5a2b2f76b848a25331e6c44db17b43ab | 9651fdff2a1d2dab6c5a2fda1936ac0a0ab880d3 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\China Spies on Americans through Caribbean Phone Networks   Epoch News   China Insider.mp4 |
| 35 | | Chinese Illuminati How 2 Mn Cadres from Communist Party of China Infiltrated Various Global Orgs..mp4 | .mp4 | 4/4/2021 7:05:22.000 PM | 9/23/2023 3:43:56.000 AM | 1/31/2021 7:27:32.000 AM | 232.11 | 3bfd3738293c96f1ce920c2a2fd674aa | 0ac8071b52800013bcc2ca2d1d46c8e618e23444 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Chinese Illuminati How 2 Mn Cadres from Communist Party of China Infiltrated Various Global Orgs..mp4 |

| # | | Name | Ext | Created Date | Last Accessed Date | Modified Date | Size (KB) | MD5 | SHA1 | Extraction Result | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | China's Xi Orders Military to Prepare for War 'At Any Time'  Epoch News  China Insider.mp4 | .mp4 | 4/4/2021 7:05:19.000 PM | 9/23/2023 3:43:55.000 AM | 2/10/2021 5:58:46.000 AM | 498.42 | 48320840b2fab13eb67951784c1c38fc | 99a84bc0ec1ed082863f037e14e67f79d3a9d6f9 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\China's Xi Orders Military to Prepare for War 'At Any Time'  Epoch News  China Insider.mp4 |
| 37 | | Chinatown (1974) Trailer #1  Movieclips Classic Trailers.mp4 | .mp4 | 4/4/2021 7:04:58.000 PM | 9/23/2023 3:43:55.000 AM | 4/4/2021 6:29:25.000 PM | 196.21 | 419135f2488f9ac02dd2bc02774cb970 | 6629705d229d2adf618f149e6485247a1943ec53 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Chinatown (1974) Trailer #1  Movieclips Classic Trailers.mp4 |
| 38 | | Coronavirus Critics Disappear in China  WSJ.mp4 | .mp4 | 4/4/2021 7:05:26.000 PM | 2/28/2023 7:16:12.000 AM | 1/29/2021 5:33:10.000 AM | 420.38 | 6fff59532ca6ece559d1361cbd86a646 | 6b7f2e9197b166859d280f8a3f77b006379064bb | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Coronavirus Critics Disappear in China  WSJ.mp4 |
| 39 | | Death by China Film - Official Trailer.mp4 | .mp4 | 4/4/2021 7:05:44.000 PM | 12/20/2022 2:35:59.000 PM | 2/7/2021 9:48:14.000 AM | 118.47 | c9529174cbbacf02108f064611f03b4a | b11c9b5c78a3778763c8a78fb7bbb64d1b448055 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Death by China Film - Official Trailer.mp4 |
| 40 | | China's Vanishing Muslims  Undercover In The Most Dystopian Place In The World.mp4 | .mp4 | 4/4/2021 7:05:17.000 PM | 9/23/2023 3:43:51.000 AM | 3/18/2021 8:13:15.000 PM | 1907.26 | 6469b64172a9c6cc3e0849458577bcd8 | 429d41a993a5f7299ecf8402c937ac71abf27542 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\China's Vanishing Muslims  Undercover In The Most Dystopian Place In The World.mp4 |
| 41 | | Chinese censorship is no longer just a China problem (2).mp4 | .mp4 | 4/4/2021 7:05:19.000 PM | 9/23/2023 3:43:56.000 AM | 4/4/2021 3:50:10.000 PM | 630.14 | 6a59428f51af15e6698ca5b360de2453 | 71b4a3d0a702bca08b02486154ad98411ad4c6d9 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Chinese censorship is no longer just a China problem (2).mp4 |
| 42 | | Disclosing U.S. Media's Economic Ties with the CCP  Epoch News  China Insider (2).mp4 | .mp4 | 4/4/2021 7:06:01.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 5:50:28.000 PM | 250.94 | 7b5e47ce09b7d24005bf5241774bc752 | 12715e4cee79b15942ab8c9b1adce97c7f8bf0e5 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Disclosing U.S. Media's Economic Ties with the CCP  Epoch News  China Insider (2).mp4 |
| 43 | | Death By China How America Lost Its Manufacturing Base (Official Version).mp4 | .mp4 | 4/4/2021 7:05:52.000 PM | 4/20/2023 4:47:29.000 AM | 2/7/2021 9:50:52.000 AM | 4815.24 | 31daede722b74968e2c9eb9e054b3079 | e7ec90b811ee5be27b02d63b771f2f3bcab4597d | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Death By China How America Lost Its Manufacturing Base (Official Version).mp4 |
| 44 | | Facebook Injects $500M to Influence Federal Election  Epoch News  China Insider.mp4 | .mp4 | 4/4/2021 7:06:05.000 PM | 12/20/2022 2:36:00.000 PM | 2/10/2021 6:09:11.000 AM | 251.54 | eb1dd6f4d817786dca258d462ecd7f44 | d939e51ec5b1c73b16b7fab99a0e59acb98e863a | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Facebook Injects $500M to Influence Federal Election  Epoch News  China Insider.mp4 |
| 45 | | Facebook Injects $500M to Influence Federal Election  Epoch News  China Insider (2).mp4 | .mp4 | 4/4/2021 7:06:04.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 5:57:54.000 PM | 251.54 | b186222e3bc68a1a8dd8c1efb85afe94 | 364a828e98dd122b336f569234084e000c314e4b | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Facebook Injects $500M to Influence Federal Election  Epoch News  China Insider (2).mp4 |
| 46 | | How China Controls the Internet.mp4 | .mp4 | 4/4/2021 7:06:37.000 PM | 12/20/2022 2:36:00.000 PM | 1/23/2021 12:00:38.000 PM | 993.88 | c71c4b3443c0b84e384eb034442446fa | b811c0a13c8c34588d9b078bb0e816e74e137b1b | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\How China Controls the Internet.mp4 |
| 47 | | Independent Panel CCP and WHO Delays Increased Spread of Virus  Epoch News  China Insider.mp4 | .mp4 | 4/4/2021 7:06:47.000 PM | 12/20/2022 2:36:00.000 PM | 2/10/2021 6:25:12.000 AM | 337.76 | 7659168ef65a6350b7af5a6c86653080 | ee68673854c93a8590c329caf8b9475342e8865c | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Independent Panel CCP and WHO Delays Increased Spread of Virus  Epoch News  China Insider.mp4 |

| # | Name | Ext | Created | Accessed | Modified | Size | MD5 | SHA1 | Extraction Result | Path |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | Independent Panel CCP and WHO Delays Increased Spread of Virus  Epoch News  China Insider.mkv | .mkv | 4/4/2021 7:06:47.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 6:01:06.000 PM | 337.76 | b29f0eb72d2b0ac44510a3cf7160484a | 0dda0fb80d1ed6304a0fa6c3f00595ae3a204692 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Independent Panel CCP and WHO Delays Increased Spread of Virus  Epoch News  China Insider.mkv |
| 49 | How China Controls the Internet.mkv | .mkv | 4/4/2021 7:06:35.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 3:51:53.000 PM | 993.86 | 1c1fbf7c9b57615904a8052ba0007190 | c00166895c8b8c5e2352dd8e2f2cd1936d84d429 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\How China Controls the Internet.mkv |
| 50 | Is China Spying Using COVID-19 Shocking Details Emerge In Zoom Call Case.mkv | .mkv | 4/4/2021 7:07:03.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 6:02:43.000 PM | 347.6 | 26733751a936a029827563d3abfd2e27 | b65ddc203a38fc3627508e71a2d4c977e2a3bd3f | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Is China Spying Using COVID-19 Shocking Details Emerge In Zoom Call Case.mkv |
| 51 | How the Chinese Communist Party's Tiananmen massacre crushed democracy in China   Four Corners (2).mp4 | .mp4 | 4/4/2021 7:06:40.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 3:49:43.000 PM | 500.78 | b7bad3811e4c142b2c7c17443650091b | 7e3eb34eef70512a9e16b7eefcedb7d76c8952af | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\How the Chinese Communist Party's Tiananmen massacre crushed democracy in China   Four Corners (2).mp4 |
| 52 | Mandatory Vaccine Dystopian Sci-Fi Short Film.mp4 | .mp4 | 4/4/2021 7:07:24.000 PM | 12/20/2022 2:36:19.000 PM | 1/30/2021 7:04:11.000 AM | 222.1 | b9dd327cfc1de96108e30cbe232f7196 | 5134aaa263ede6302d4d214bdd2375a983af2601 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Mandatory Vaccine Dystopian Sci-Fi Short Film.mp4 |
| 53 | Mike Pompeo Declares China's Atrocities in Xinjiang 'Genocide'  Epoch News  China Insider.mp4 | .mp4 | 4/4/2021 7:07:27.000 PM | 12/20/2022 2:36:00.000 PM | 2/10/2021 6:06:38.000 AM | 382.48 | 9f0c19a47d7d000834fb89bad0bb8d68 | 2196a77c7d4be266fc23e85bb8e43d9bfc05ef6b | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Mike Pompeo Declares China's Atrocities in Xinjiang 'Genocide'  Epoch News  China Insider.mp4 |
| 54 | Names Exposed in CCP's Australian 'Thousand Talents Plan'  Epoch News  China Insider.mp4 | .mp4 | 4/4/2021 7:07:29.000 PM | 12/20/2022 2:36:00.000 PM | 2/10/2021 6:25:03.000 AM | 725.02 | d26e50cf5e37f116c5694b07e8da8985 | ac8312fad88265fb06847c17bdae2af480397ab8 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Names Exposed in CCP's Australian 'Thousand Talents Plan'  Epoch News  China Insider.mp4 |
| 55 | Mike Pompeo Declares China's Atrocities in Xinjiang 'Genocide'  Epoch News  China Insider.mkv | .mkv | 4/4/2021 7:07:26.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 5:57:37.000 PM | 382.48 | 804c356e96608a80cbb1b9205ac1680a | a9ae1fe35326bb369b09bc58dba3cce87206a37c | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Mike Pompeo Declares China's Atrocities in Xinjiang 'Genocide'  Epoch News  China Insider.mkv |
| 56 | Pres. Obama on China More power means more responsibility.mp4 | .mp4 | 4/4/2021 7:07:39.000 PM | 12/20/2022 2:36:00.000 PM | 1/26/2021 3:03:15.000 AM | 262.6 | b14447cee579dcd718be2f5e31684330 | 3ec1089067fa7a756ae9a038eeceabee7f3146df | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Pres. Obama on China More power means more responsibility.mp4 |
| 57 | President Obama downplays China arrival incident.mp4 | .mp4 | 4/4/2021 7:07:42.000 PM | 12/20/2022 2:36:00.000 PM | 1/26/2021 2:29:44.000 AM | 171.92 | 46f9c8958f319fb7d886dca8d1eb1b88 | aaf87c1aa5e3f70aa8bd85a1a3bf2c0b4ee9955f | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\President Obama downplays China arrival incident.mp4 |
| 58 | Pres. Obama on China More power means more responsibility (2).mp4 | .mp4 | 4/4/2021 7:07:38.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 4:00:20.000 PM | 262.55 | 9f0cacdad8359bfe6ee25696550a0025 | 88d87d2856a339b9e308b5bb2a0ce0f6d049f625 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Pres. Obama on China More power means more responsibility (2).mp4 |
| 59 | President Obama downplays China arrival incident (2).mp4 | .mp4 | 4/4/2021 7:07:41.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 3:59:48.000 PM | 171.87 | c48b8af9329e71635afe63def631dba6 | 7a888c21e4ee6baa103c7fa20fdb95c03f563337 | Extraction Result: Complete | ImageW 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\President Obama downplays China arrival incident (2).mp4 |

| # | | Name | Ext | Created | Modified | Accessed | Size (KB) | MD5 | SHA1 | Extraction | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | | Names Exposed in CCP's Australian 'Thousand Talents Plan' Epoch News China Insider.mkv | .mkv | 4/4/2021 7:07:27.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 6:01:27.000 PM | 725.02 | 53fb3e5003247e0487630cdb950e1be9 | d5de467b539f08031fde1e714132701339c14723 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Names Exposed in CCP's Australian 'Thousand Talents Plan' Epoch News China Insider.mkv |
| 61 | | Death By China How America Lost Its Manufacturing Base (Official Version).mkv | .mkv | 4/4/2021 7:05:44.000 PM | 4/20/2023 4:47:29.000 AM | 4/4/2021 5:52:11.000 PM | 4815.24 | 1136cf8a45795fc2961aab9ad3663086 | 482bd27e9f52b32fad7ba1d1e9a257434be2fab5 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Death By China How America Lost Its Manufacturing Base (Official Version).mkv |
| 62 | | Ted Cruz accuses the Biden administration of 'crawling into bed with China'.mp4 | .mp4 | 4/4/2021 7:08:43.000 PM | 12/20/2022 2:36:00.000 PM | 1/27/2021 8:57:32.000 PM | 779.7 | b5f8b7ca5aadb4765dad817296077803 | d58411cb7e9345c320c9d84fc7d7f8cdc610d449 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Ted Cruz accuses the Biden administration of 'crawling into bed with China'.mp4 |
| 63 | | Mandatory Vaccine Dystopian Sci-Fi Short Film.mkv | .mkv | 4/4/2021 7:07:20.000 PM | 12/20/2022 2:36:19.000 PM | 4/4/2021 5:25:56.000 PM | 222.06 | dd3c45650fc9533ce6a5f38d5f269622 | 2491e2b1f08acdac77e57be4e71ca3f05154f3d4 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Mandatory Vaccine Dystopian Sci-Fi Short Film.mkv |
| 64 | | The ABCs of COVID 1 part 1.mp4 | .mp4 | 4/4/2021 7:08:49.000 PM | 5/28/2022 4:48:21.000 PM | 2/11/2021 7:57:57.000 PM | 1106.99 | c7e1b72c42ae4e02284906dbca5f30b7 | b00ebaebe648625fa78a5b57faf433c8de9491f1 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\The ABCs of COVID 1 part 1.mp4 |
| 65 | | The Clinton First Family Tour the Great Wall of China (1998).mp4 | .mp4 | 4/4/2021 7:08:56.000 PM | 12/20/2022 2:36:01.000 PM | 1/26/2021 3:08:07.000 AM | 862.76 | 23f30766f0e27fae4ce36e8e36bf6c13 | 3fde0da17ac3bb109b02a4ecc5a9ba4ceff1b8fe | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\The Clinton First Family Tour the Great Wall of China (1998).mp4 |
| 66 | | China's Vanishing Muslims Undercover In The Most Dystopian Place In The World (2).mp4.ce52-0368-f4b7-87e5.part | .part | 4/4/2021 7:05:00.000 PM | 4/4/2021 7:05:17.000 PM | 4/4/2021 6:14:39.000 PM | 1907.21 | 206ddd104d62d708f9f48a34cc803a34 | a839f2aadeb96735526051c99e65fcb011784324 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\China's Vanishing Muslims Undercover In The Most Dystopian Place In The World (2).mp4.ce52-0368-f4b7-87e5.part |
| 67 | | The ABCs of COVID 1 part 1 (2).mp4 | .mp4 | 4/4/2021 7:08:45.000 PM | 5/28/2022 4:48:21.000 PM | 4/4/2021 5:44:12.000 PM | 1106.94 | 0b3214ede47b50e06b33c021110a9b0b | c46d7f6694b6c3a0b49616155327b41b560fb062 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\The ABCs of COVID 1 part 1 (2).mp4 |
| 68 | | Covid Marshall Officer  Day in the Life of the Marshalls.mkv | .mkv | 4/4/2021 7:05:27.000 PM | 2/28/2023 7:16:13.000 AM | 4/4/2021 5:38:32.000 PM | 605.41 | e7e48741ad1bff97c6dc6fa47c333b22 | bc0e642fc4b350843454486ed99bd470a7c01c20 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Covid Marshall Officer  Day in the Life of the Marshalls.mkv |
| 69 | | The Point China's role in achieving UN's 2030 goals (2).mp4 | .mp4 | 4/4/2021 7:09:10.000 PM | 9/23/2023 3:44:09.000 AM | 4/4/2021 3:55:46.000 PM | 904.46 | 2a9f31457a04ef99e498afae388c7d70 | 1329fb963cebd434282ab2f97c7322dad8a34664 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\The Point China's role in achieving UN's 2030 goals (2).mp4 |
| 70 | | Tucker Carlson - Dr. Li-Meng Yan Her Research Contains Evidence The Virus Came From A Lab - 10-6-20.mp4 | .mp4 | 4/4/2021 7:09:25.000 PM | 9/23/2023 3:44:20.000 AM | 1/23/2021 12:31:55.000 PM | 299.17 | b76aa9655224b2193898410a14a731bf | c1e9520aa42ce93894af495a9f5eb8ab70246b39 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Tucker Carlson - Dr. Li-Meng Yan Her Research Contains Evidence The Virus Came From A Lab - 10-6-20.mp4 |
| 71 | | The Clinton Chronicles - Year of the Rat  (ChinaGate) (2).mp4 | .mp4 | 4/4/2021 7:08:49.000 PM | 12/20/2022 2:36:00.000 PM | 4/4/2021 4:03:25.000 PM | 5841.6 | 72c88a232ed746c0fc9e3b8bfe529c20 | cc5682d1318e9fbf0fefe9c9792049e0b1a995f7 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\The Clinton Chronicles - Year of the Rat  (ChinaGate) (2).mp4 |

| # | Thumbnail | Filename | Ext | Created | Modified | Accessed | Size (KB) | MD5 | SHA1 | Extraction Result | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | | RIDING THE DRAGON The Bidens' Chinese Secrets (Full Documentary) (2).mp4 | .mp4 | 4/4/2021 7:08:28.000 PM | 10/26/2022 6:53:12.000 AM | 4/4/2021 3:56:42.000 PM | 2479.33 | 9565f99d86deb279ce051ad64b7a8399 | 734394191ec23ac6ae20bed764fd14020a7f9468 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\RIDING THE DRAGON The Bidens' Chinese Secrets (Full Documentary) (2).mp4 |
| 73 | | U.S. Starts Investigation into Organ Harvesting in China  Epoch News.mp4 | .mp4 | 4/4/2021 7:09:33.000 PM | 9/23/2023 3:44:26.000 AM | 2/10/2021 6:25:38.000 AM | 325.82 | 4db1149da19bef56ca1608bf8a9e4684 | 0c733ad706e801c5827fac22c4102be037d13d5a | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\U.S. Starts Investigation into Organ Harvesting in China  Epoch News.mp4 |
| 74 | | USA PRESIDENT CLINTON TO EXTEND SPECIAL TRADE STATUS FOR CHINA (2).mp4 | .mp4 | 4/4/2021 7:09:36.000 PM | 9/23/2023 3:44:28.000 AM | 4/4/2021 3:59:19.000 PM | 101.26 | f473052abd6eaebb4797c9c0a3d8011b | b91da0bd55e209f02eda5441acfb7de73599195b | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\USA PRESIDENT CLINTON TO EXTEND SPECIAL TRADE STATUS FOR CHINA (2).mp4 |
| 75 | | U.S. Starts Investigation into Organ Harvesting in China  Epoch News.mkv | .mkv | 4/4/2021 7:09:32.000 PM | 9/23/2023 3:44:25.000 AM | 4/4/2021 6:01:53.000 PM | 325.82 | c6dbc6fbbec4492187c3ebe614780271 | f127e7e3840793ee5dedf7c5da9ad6e17724372c | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\U.S. Starts Investigation into Organ Harvesting in China  Epoch News.mkv |
| 76 | | Chinawood 3.0.mp4 | .mp4 | 10/29/2022 1:35:01.000 AM | 8/26/2023 8:18:37.000 AM | 10/29/2022 12:54:20.000 AM | 3721.73 | 9636fe8a56458cde5ee8237c4de75182 | 66442addf4e1f325f53c72ac608926072a06d953 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\1st Round\Chinawood 3.0.mp4 |
| 77 | | Investigative Report The Coverup of the Century  Epoch Times  CCPVirus  COVID19  Coronavirus (2).mp4 | .mp4 | 4/4/2021 7:06:49.000 PM | 4/23/2023 8:56:20.000 AM | 4/4/2021 5:57:08.000 PM | 3360.72 | d1a0711ca69f06d434e3cf2513e7b64d | 363b6a1b2a149a9e37ec67f92bbde38815e8c2ef | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Investigative Report The Coverup of the Century  Epoch Times  CCPVirus  COVID19  Coronavirus (2).mp4 |
| 78 | | The first documentary movie on CCP virus, Tracking Down the Origin of the Wuhan Coronavirus (2).mp4 | .mp4 | 4/4/2021 7:08:58.000 PM | 9/11/2021 3:14:15.000 AM | 4/4/2021 5:57:28.000 PM | 3247.38 | ab20a6b71ecb55641177e2fc568df6bc | f6319ef7fd488d42c314b4a13b32fab1586bd19a | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\The first documentary movie on CCP virus, Tracking Down the Origin of the Wuhan Coronavirus (2).mp4 |
| 79 | | China and EU strengthen commitment to Paris climate accord.mkv | .mkv | 5/29/2022 1:58:46.000 PM | 12/20/2022 2:35:59.000 PM | 4/4/2021 5:34:02.000 PM | 149.91 | 0ce7eba9df296dfa47354d537ae12c44 | c1d4a8bbe1c666801d5ee701e131290ab3db2c9f | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Edit Bytes 3\China and EU strengthen commitment to Paris climate accord.mkv |
| 80 | | Death by China Film - Official Trailer.mp4 | .mp4 | 5/29/2022 1:58:46.000 PM | 12/20/2022 2:35:59.000 PM | 2/7/2021 9:48:14.000 AM | 118.47 | c9529174cbbacf02108f064611f03b4a | b11c9b5c78a3778763c8a78fb7bbb64d1b448055 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Edit Bytes 3\Death by China Film - Official Trailer.mp4 |
| 81 | | France and China reassert mutual support for the 'irreversible' Paris climate agreement.mp4 | .mp4 | 5/29/2022 1:58:46.000 PM | 8/26/2023 7:17:55.000 AM | 2/1/2021 6:16:26.000 AM | 38.94 | c985ecb65dd7b2c8d3d112f58be8090f | 9fdcd50a62767647ea166f3d0b7d70b73fae2cc5 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Edit Bytes 3\France and China reassert mutual support for the 'irreversible' Paris climate agreement.mp4 |
| 82 | | Chinese Illuminati How 2 Mn Cadres from Communist Party of China Infiltrated Various Global Orgs. (2).mp4 | .mp4 | 5/29/2022 1:58:46.000 PM | 12/20/2022 2:35:59.000 PM | 4/4/2021 5:27:01.000 PM | 232.11 | 7c4aaf18b9c25e87c768c8d72b55ae90 | 885f8a4dbb5f8df15959637db560a7223fd0804d | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Edit Bytes 3\Chinese Illuminati How 2 Mn Cadres from Communist Party of China Infiltrated Various Global Orgs. (2).mp4 |
| 83 | | The Siege (1 3) Movie CLIP - Bus Bombing (1998) HD.mp4 | .mp4 | 2/1/2022 1:22:37.000 PM | 9/23/2023 3:50:40.000 AM | 1/7/2022 8:17:35.000 PM | 138.44 | 07efb6107ab36ff9fa8e2d7d7da40cc4 | dd0d3b96765b0fd48599cf01a49de60d0836c2c4 | Extraction Result: CompleteImageW | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\Video Projects\The Siege (1 3) Movie CLIP - Bus Bombing (1998) HD.mp4 |

| # | Thumbnail | Filename | Ext | Created | Modified | Accessed | Size (MB) | MD5 | SHA1 | Extraction Result | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | | Vladimir Putin and Xi Jinping pledge 'no limits' to Russian-Chinese partnership _ DW News.mp4 | .mp4 | 5/18/2022 9:07:09.000 PM | 12/20/2022 2:39:13.000 PM | 3/17/2022 3:13:55.000 AM | 552.01 | c93747d0cc35eabee05603476912fbfe | 911ca8c16028cb9c1fda43974e3cef443b718691 | Extraction Result: Complete | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\4K Video Downloader\Putin\Vladimir Putin and Xi Jinping pledge 'no limits' to Russian-Chinese partnership _ DW News.mp4 |
| 85 | | Chinawood.mp4 | .mp4 | 6/5/2022 7:30:31.000 PM | 9/22/2023 7:17:27.000 PM | 6/5/2022 7:03:24.000 PM | 1437.23 | 5361c92d3c638c6a2633bc584daf9842 | 6170d0d007c36760c1e01735bc424c58ac4adcb9 | Extraction Result: Complete | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\WTTW\Chinawood.mp4 |
| 86 | | 'So yes, I do blame the Chinese' for coronavirus pandemic Peter Navarro _ ABC News.mkv | .mkv | 4/4/2021 7:04:18.000 PM | 10/26/2022 6:53:11.000 AM | 4/4/2021 3:56:47.000 AM | 800.86 | 0b144f542e462216fb93e6ac83824866 | bc02d8647761c64e4694127edf3c41377a2caf13 | Extraction Result: Complete | 23-00433 ITEM 36R.E01 - Partition 1 (Microsoft NTFS, 931.48 GB) easystore\WD Software Offline Installers\4K Video Downloader\'So yes, I do blame the Chinese' for coronavirus pandemic Peter Navarro _ ABC News.mkv |
| 87 | | China is Operating Illicit Police Stations Inside the US - Why Are They Still Allowed to Be Here.mp4 | .mp4 | 4/9/2023 11:07:51.000 AM | 4/9/2023 12:00:00.000 AM | 3/27/2023 8:14:32.000 AM | 329.44 | 6382808db2bd9cc73df7a360274cb2f4 | 6972cd61a7022c6a78e48fe5a6f5fbcbdfb0aade | Extraction Result: Complete | 23-00433 ITEM 36P.E01 - Partition 1 (Microsoft FAT32, 28.65 GB) NO NAME\China is Operating Illicit Police Stations Inside the US - Why Are They Still Allowed to Be Here.mp4 |
| 88 | | China is Operating Illicit Police Stations Inside the US - Why Are They Still Allowed to Be Here.mp4 | .mp4 | 4/9/2023 2:00:25.000 PM | 4/9/2023 2:00:24.000 PM | 3/27/2023 11:14:32.000 AM | 329.44 | 6382808db2bd9cc73df7a360274cb2f4 | 6972cd61a7022c6a78e48fe5a6f5fbcbdfb0aade | Extraction Result: Complete | 23-00433 ITEM 41B.E01 - Partition 1 (exFAT, 58.59 GB)\China is Operating Illicit Police Stations Inside the US - Why Are They Still Allowed to Be Here.mp4 |
| 89 | [Error Rendering Image] | Chinawood 3.0.mp4 | .mp4 | 10/28/2022 6:40:45.000 PM | 10/28/2022 6:40:44.000 PM | 10/28/2022 5:54:22.000 PM | | | | Extraction Result: Complete | 23-00433 ITEM 41B.E01 - Partition 1 (exFAT, 58.59 GB)\Chinawood 3.0.mp4 |
| 90 | | China is Operating Illicit Police Stations Inside the US - Why Are They Still Allowed to Be Here.mp4 | .mp4 | 3/27/2023 11:14:58.000 AM | 3/27/2023 11:14:58.000 AM | 3/27/2023 11:14:32.000 AM | 329.44 | 6382808db2bd9cc73df7a360274cb2f4 | 6972cd61a7022c6a78e48fe5a6f5fbcbdfb0aade | Extraction Result: Complete | 23-00433 ITEM 41B.E01 - Partition 1 (exFAT, 58.59 GB)\Cities\China is Operating Illicit Police Stations Inside the US - Why Are They Still Allowed to Be Here.mp4 |
| 91 | | China is Operating Illicit Police Stations Inside the US - Why Are They Still Allowed to Be Here.mp4 | .mp4 | 4/9/2023 11:00:52.000 AM | 4/20/2023 12:00:00.000 AM | 3/27/2023 8:14:32.000 AM | 329.44 | 6382808db2bd9cc73df7a360274cb2f4 | 6972cd61a7022c6a78e48fe5a6f5fbcbdfb0aade | Extraction Result: Complete | 23-00433 ITEM 37.E01 - Partition 1 (Microsoft FAT32, 14.65 GB) DISK_IMG\China is Operating Illicit Police Stations Inside the US - Why Are They Still Allowed to Be Here.mp4 |