# EXHIBIT 2

**TRANSACTION DISPLAY**

**ESCAPE™**
EDJ Enterprises, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: | 9/23/2023 | Register: | 221 | Number: | 3111 |
| Store: | 0257 | Cashier: | 428219 | Total: | $12.70 |

Bracket: None

```
----------------------------------------
    428219 SALE          3111 0257 221
VERIFIED AGE 02
24438707*          MDS 1      5.99
24438707*          MDS 1      5.99
           SUBTOTAL         11.98
  6.0% SALES TAX              .72
           TOTAL USD$        12.70
  Cash                       20.00
             CHANGE           7.30
  00125801000015741400110059600000000
                   9/23/23  19:15
```

## Transaction Snapshot

| | | | |
|---|---|---|---|
| **Div-Store:** | 01-00257 | **Associate:** | 428219 |
| **Date-Time:** | 2023-09-23-19:15 | **Reg-Tran:** | 0221-0003111 |
| **Trans Type:** | Sale | **Trans Amt:** | $12.70 |

| SKU | Scan | Void | NonTax | Div | Cls | Vdr | Item Qty | Item Price | Discount | Ext Price | Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24438707 - Tannerite 1/2Lb Single | ✔ | ☐ | ☐ | 01 | 389 | 46271 | 1 | $5.99 | $0.00 | $5.99 | 00 |
| 24438707 - Tannerite 1/2Lb Single | ✔ | ☐ | ☐ | 01 | 389 | 46271 | 1 | $5.99 | $0.00 | $5.99 | 00 |
| TRANSACTION TAX | ☐ | ☐ | ☐ | | | | 0 | $0.72 | $0.00 | $0.72 | 00 |

**Tender Summary:**

**Cash:** ✔    **Check:** ☐    **Cr/Db:** ☐    **Merch Credit:** ☐    **Other:** ☐

| Tender Type | Account Number | Amount | Scan |
|---|---|---|---|
| Cash | 00000000000000000000000 | $20.00 | ☐ |
| Cash | 00000000000000000000000 | ($7.30) | ☐ |

**Store Profile**

**Store:** 257 Buford - Buford, GA    **Dist:** R4D5-Georgia North    **Time Zone:** Eastern Time (UTC-5)

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is ___Perry Davis___.
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena # [redacted] dated January 26, 2024, signed by Assistant United States Attorney Stuart D. Allen, requesting specified records of the business named below.

Attached hereto are ___2___ pages of records regarding ___Sales records___
*(Brief description of type of documents being subpoenaed)*
responsive to the subpoena. I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 31, 2024___
*(date)*

___[signature]___
*(signature of declarant)*

Senior Compliance Director
*(name and title of declarant)*

Academy Sports + Outdoors
*(name of business)*

1540 N. Mason Rd.
*(business address)*

Katy, TX 77449
*(business address)*

Definitions of terms used above:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.