```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
      UNITED STATES OF AMERICA,
 3                                          Criminal Case
                          Plaintiff(s),     No. 22-00304 JEB
 4            v.
                                            Washington, D.C.
 5    CHRISTOPHER RODRIGUEZ,
                                            March 14, 2025
 6                     Defendant(s).

 7    ----------------------------------------------------------

 8                         SENTENCING HEARING
                  BEFORE THE HONORABLE JAMES E. BOASBERG
 9                 UNITED STATES DISTRICT CHIEF JUDGE

10    APPEARANCES:

11    FOR THE PLAINTIFF(S):   Jolie Zimmerman, Esquire
                              Stuart Allen, Esquire
12                            United States Attorney's Office
                              District of Columbia
13                            601 D Street Northwest
                              Washington, DC 20004
14

15                            David Rodriguez Encarnacion, Esquire
                              100 Calle de Muelle
16                            Apartment 1208
                              San Juan, Puerto Rico 00901
17

18    FOR THE DEFENDANT(S):   Eugene Ohm, Esquire
                              Diane A. Shrewsbury, Esquire
19                            Public Defender's Office
                              625 Indiana Avenue Northwest
20                            Suite 550
                              Washington, D.C. 20004
21

22    REPORTED BY:           Tammy Nestor, RMR, CRR
                             Official Court Reporter
23                           333 Constitution Avenue Northwest
                             Washington, D.C. 20001
24                           tammy_nestor@dcd.uscourts.gov

25
```

```
 1    The following proceedings began at 10:06 a.m.:

 2              THE COURT:  Good morning, everyone.

 3              THE COURTROOM DEPUTY:  Good morning.

 4              Good morning, everyone.  We are here today for a

 5    sentencing in Criminal Action 23-392, the United States of

 6    America versus Christopher Rodriguez.

 7              Beginning with counsel for the government, please

 8    approach the lectern and identify yourself for the record.

 9              MS. ZIMMERMAN:  Good morning, Your Honor.  Jolie

10    Zimmerman and Stuart Allen on behalf of the United States.

11              THE COURT:  Good morning.

12              MR. OHM:  Eugene Ohm, Diane Shrewsbury, and David

13    Rodriguez on behalf of Christopher Rodriguez.  Good morning,

14    Your Honor.

15              THE COURT:  Good morning to all of you.

16              Mr. Rodriguez, good morning.

17              THE DEFENDANT:  Good morning.

18              THE COURT:  I'm sorry.  Let's hear the most important

19    person.

20              MS. BAKER:  Good morning, Your Honor.  Sherry Baker

21    on behalf of the probation office.

22              THE COURT:  Ms. Baker, thanks so much, and thank you

23    for your work.

24              So I have reviewed the memoranda submitted by both

25    sides and exhibits other than the government's video
```

1    exhibits, which I was not able to get to yesterday

2    afternoon.  I guess the government is not going to show

3    those at sentencing, I understand.  I have reviewed the

4    presentence investigation report and recommendation.

5        Thanks Ms. Baker.

6        And I have reviewed the exhibits including the

7    mitigation report, letters on behalf of Mr. Rodriguez,

8    expert reports.

9        So as a preliminary point, I have two.  The first is

10   that I will accept the plea, meaning that I do intend to

11   sentence the defendant in the recommended range of seven to

12   ten years, which I am required to sentence the defendant to

13   if I accept the plea.  If I reject the plea, then the

14   parties can negotiate, but I have determined that the

15   sentencing range is an appropriate range.  I will accept

16   that range, and therefore, I accept the plea.

17       The second, Mr. Ohm, there was a motion to compel

18   discovery regarding video.  Is that now moot?  Has that been

19   taken care of?  I inferred that by the protective order, but

20   the motion never specifically said that.

21       MR. OHM:  That's correct, Your Honor.  It's either

22   moot or we can withdraw it if the Court prefers.

23       THE COURT:  Okay.  So the only other issue before we

24   start -- there's been a lot of back and forth about the

25   guidelines and what's the proper guidelines.  The government

 1    has had to file two different memoranda.

 2         I guess my essential question is does either side

 3    have an objection to my varying from whatever the sentencing

 4    guidelines ultimately are as long as that variance lands me

 5    in the range that has been agreed upon?

 6         Ms. Zimmerman?

 7         MS. ZIMMERMAN:  No, Your Honor.

 8         THE COURT:  Mr. Ohm?

 9         MR. OHM:  If the Court is asking if we have a legal

10    basis for an objection for a variance, no.

11         THE COURT:  Thank you very much.  Again, I will

12    compliment both sides for their diligence during this --

13    during the entirety of the case.  It's a complex case with

14    unique issues, certainly ones that I haven't seen before.  I

15    appreciate everybody working together on difficult issues,

16    and the resolution seems an appropriate one to me, which is

17    why I have accepted it.

18         So I will hear from the government.

19         MR. OHM:  Your Honor, very briefly, another Court

20    granted us permission to allow a friend of Mr. Rodriguez to

21    appear by video for sentencing.  She also would like to

22    listen to this portion of the hearing if the Court could

23    permit that.

24         THE COURT:  That's fine.  I am happy to do that.

25         MR. OHM:  Thank you.

1        THE COURT:  Ms. Zimmerman.

2        MS. ZIMMERMAN:  Yes, Your Honor.  So when I was

3   thinking about the presentation today, I wasn't sure how the

4   Court was going to handle the departures that the government

5   recommended.  So does the Court have a preference whether I

6   address those first or weave them in?

7        THE COURT:  I don't feel like I need to hear them

8   particularly given that whether I grant them or not, both

9   parties have agreed on the variance, and the departures

10  don't affect my sentencing.

11       MS. ZIMMERMAN:  Okay.  No problem.  Thank you.

12       In that case I am going to focus on the 3553(a)

13  factors.

14       THE COURT:  Please.

15       MS. ZIMMERMAN:  Defendant appears to have lived

16  almost a double life.  He had a job.  He was representing

17  clients in criminal cases.  He was socializing.  He had

18  friends.  And yet somehow on the weekends and maybe on the

19  evenings or where, on vacations, he was going off and being

20  some kind of a bomb.  You know, why exactly is unclear.  But

21  he had these meticulously planned attacks that he was

22  conducting.

23       And it's not just one.  Obviously we have two that

24  he's been convicted of, but we have other circumstances that

25  are suspicious enough to look like potentials for others.

1          This isn't a protest case, Your Honor.  We know what

2     a protest looks like.  People have signs.  They chant.  They

3     go in public.  It's very vocal and very publicized.  It's

4     not someone going in the middle of the night planting an

5     explosive device at his selected target and shooting at it

6     from a distance with all kinds of operational security to

7     make sure he doesn't get caught.

8          And the defendant has shown a propensity to conduct

9     these dangerous attacks in dense urban areas.  He's planted

10    explosive devices near his target and shot them and sniper

11    style from a safe distance.  He was not deterred from his

12    arrest, conviction, or relatively light sentence in

13    California for possessing unlicensed firearms and, in fact,

14    has escalated his operational security and the attack

15    methodology.  If anything, he seems to have become

16    emboldened by that incident.

17         We believe a sentence of 120 months is appropriate in

18    this case.  So starting with the nature and circumstances of

19    the offense, it is important to note that the defendant is

20    being sentenced, not for one incident, but two.  There's

21    three convictions, but there's two distinct incidents.  And

22    we would like the Court to consider each offense

23    individually.

24         So let's start with San Antonio.  So again, we have

25    him planning his -- selecting his target, planning his

1    route, driving -- I think it was about 1100 miles to

2    San Antonio, renting a car, probably using a burner phone,

3    wearing a mask, and doing it all in the middle of the night.

4        It was not -- it was approximately 4 pounds of

5    Tannerite.  As shown by the video evidence and the witness

6    interviews, although perhaps the defendant was not aware of

7    this, we are not suggesting he was intending to harm anyone

8    by any means, but it was very reckless and there were people

9    around.  There were workers nearby.  There were people in

10   apartments nearby.  There was a danger to others in that

11   community because, again, this is a dense urban area where

12   people live and work, even at 2:00 in the morning.

13       In one of the videos the Court may have seen in

14   Exhibit 10, there was a woman who had dark hair and a bag.

15   And in one of the reports, she had complained of her head

16   hurting.  So she must have been close enough -- potentially

17   was close enough to have suffered some damage.

18       There's also evidence of the harm caused by the

19   explosion in San Antonio.  We have the video that was

20   Exhibit 9 showing the statue actually rocking during the

21   explosion.  We have the Carrasco interview saying the blast

22   shook the windows.  We have the Sullivan interview, which

23   was, again, about the woman saying her head was hurting.

24   And then Exhibit 5 -- sorry, excuse me, 15, I already gave

25   to the defense.  It's really just actually two pages from

1   the defense exhibits.  It's Defense Exhibit 4, page 27, and

2   Defense Exhibit 8.  I'm just going to hand it up.

3        15A is the statue before the attack.  And 15B is the

4   statue after the attack.  If you look carefully, you can see

5   quite a bit of damage to the bottom of the statue.  You can

6   see that this whole bottom piece, which is, I guess, maybe

7   the clothing he's supposed to be wearing is all sort of

8   bashed in even though it's a steel statue.  And you can see

9   how the bottom layer of the statue is now sort of out of

10  whack.

11       Turning to the September 2023 incident at the Chinese

12  embassy, he selected his target, he planned his route, he

13  drove this time even further, I'm not sure the exact

14  mileage, but all the way from Panama City, Florida up to

15  Virginia.  This time, instead of renting a car, he used his

16  own car, but he covered his license plate.  He parked

17  somewhere, we believe, in Crystal City, and then he took a

18  taxi to and from the location.  Again it was the middle of

19  the night.  Again he was wearing a mask.  He had a burner

20  phone.  He paid for the items in cash at multiple stores.

21  He used a throw-away email account, again, all kinds of

22  operational security to make sure he didn't get caught.

23       And again we have a dense urban area, right in the

24  middle of Washington, D.C., outside this embassy where,

25  again, there's always Secret Service patrolling and there

1    are people who live nearby.  He was walking through the

2    University of the District of Columbia where there could

3    have been people, you know, studying at night or maybe

4    working.

5         And in this case, we have approximately 15 pounds of

6    Tannerite.  So it's come from approximately 4 pounds in the

7    San Antonio incident -- and that's just based on the images

8    of the coffee cans.  We don't have the exact amount there.

9    But we have gone from approximately 4 pounds to 15 pounds.

10    So it's quite a big increase and in less than a year.

11         We have for the potential damage, because again he

12    missed and the bomb did not go off thankfully, we have the

13    expert opinion offered by Mike Eldridge about the potential

14    damage.  The defense submitted a report from their own

15    expert, Mr. Shatzer.  However, Mr. Shatzer says a few times

16    and the defense brief says a few times that the Eldridge

17    opinion was assuming there was some kind of -- that we have

18    not offered, the government has not offered, anything that

19    could cause fragmentation.  However, the backpack was placed

20    next to a lamppost.

21         The lamppost, given the amount of explosives and

22    given Mr. Eldridge's opinion, the lamppost very likely would

23    have fragmented and caused additional damage.  So no, there

24    was no shrapnel in the backpack.  But having placed it next

25    to the lamppost, the defendant could have expected that

1    there would be more damage than just having placed it by

2    itself in an open area.  And 12 feet from the wall, maybe it

3    is a concrete wall, we don't know exactly what it's built

4    of, but again, this isn't in the middle of a field.  That's

5    the difference between a destructive device and target

6    practice.

7         With respect to the Shatzer opinion, it's a little

8    unclear how much Tannerite was used in those tests.  The

9    report says that they were supposed to use 15 pounds, but

10   based on weather, they could use no more than 5 pounds.

11   However, there's three tests, and the only measurements are

12   given for two of them, and those are approximately 1 pound

13   or less than 500 grams.

14        So comparing one pound on a steel table compared to

15   15 pounds next to a lamppost, it just doesn't seem like it's

16   relevant.  It's just not remotely similar to the conditions

17   that we had the night of the attack outside the embassy.

18        Also, the video tests show an incomplete picture.

19   They are far away.  There's no photographs before.  There's

20   no photographs after.  There are no measurements.  It's

21   really impossible to tell what they are supposed to show.

22        Defendant's decision to make and use the devices both

23   in San Antonio and outside the embassy outside the regulated

24   bounds of explosives, outside of what's permissible, outside

25   what's legal shows why they are inherently dangerous and why

1    they are regulated and why we have a crime.

2        He showed no signs of stopping his pattern of serial

3    bombings following his failed attempt outside the Chinese

4    embassy.  In fact, the circumstances surrounding his arrest

5    were very suspicious.  He had left his main cell phone, the

6    one that he used for work, the one that was tied to his bar

7    license, at a friend's home without even telling that friend

8    along with a bunch of other devices in a bag under a futon.

9    He was driving far from home to a destination we still don't

10   know, and he had recently bought a new phone, potentially a

11   new burner phone.

12       Second I would like to talk about the history and

13   characteristics of the defendant.  He's well-educated.  He

14   was employed at the time of the arrest.  He had a military

15   career.  By all accounts, he had a good professional life, a

16   good home life, education, but at some point, you know,

17   again decided to risk all of that to conduct these attacks.

18       He has only one criminal conviction, but the Court

19   can consider all the circumstances to see if that makes

20   sense here.  You know, we know in hindsight or we can assume

21   in hindsight that the arrest in California was not just

22   someone going hiking with a bunch of clothes in his car.

23   30 pounds of Tannerite and a bunch of firearms implies,

24   especially, again, having seen what happened in San Antonio

25   and again in Washington, D.C., we can assume that that was

another attack that was just thwarted by patrol officers who
noted him sleeping in his car.

He also was not honest with those patrol officers.
He had changed his license plate and lied about it and also
didn't tell them about one of the firearms.

Despite being fully aware of the grave consequences
to himself and possibly to others, defendant has been
willing to risk his safety, his career, and the safety of
innocent bystanders first to transport and then to detonate
and attempt to detonate explosives even twice targeting
property belonging to others in dense urban areas.

Also, the time frame between these events has gotten
closer. So from June 2021 to November 2022 is approximately
17 months, then from November 2022 to September 2023 is 10
months. And then about five weeks later, he's heading off
who knows where from Pensacola to Louisiana again without
his phone and with his new phone, potential burner phone.

With respect to the third factor, the need to promote
respect for the law, to provide just punishment, to afford
adequate deterrence, and to protect the public, obviously
these are principal goals of the court in any case as well
as in this case. And it seems that deterring defendant is a
worthy goal here. He was not deserted by the arrest in
California, in fact, escalated his conduct.

He's used operational security, as we have talked

1    about, rental cars, burner phones, masks, clothing changes,

2    cash purchases, et cetera, to hide his conduct, and he

3    nearly got away with the San Antonio bombing.  Had it not

4    been for this case, had it not been, frankly, the work of

5    one of our filter attorneys who saw something suspicious in

6    the filter review, he probably still would have gotten away

7    with it.

8         The punishment in this case should be sufficient to

9    specifically deter the defendant from committing future

10   offenses.

11        With respect to the need to avoid unwarranted

12   sentencing disparities, the government has identified a few

13   cases that it believes may be helpful to the Court.  In all

14   candor, there doesn't seem to be a perfect case that's going

15   to be on point here.

16        We don't feel that the cases cited by the defense for

17   the most part are helpful.  You know, protest cases in 2020

18   involving George Floyd or Minnesota, again, not to weigh one

19   as more serious or less serious than the other, those were

20   very serious cases.

21        The government is not here to condone burning cop

22   cars, Molotov cocktails, trying to trap police inside,

23   destroying pipelines.  They are very, very serious cases,

24   but they are different.  And to try to use them here for

25   some kind of analysis doesn't seem helpful.  A lot of those

1    defendants also were very young, 18, 19, 20, 23.  Many of

2    them had serious mental health issues, substance abuse

3    issues that don't seem to be present here.

4          Again, in comparison to a typical protest, the

5    defendant could have gone to the statue or to the embassy

6    with a sign.  He could have written letters.  He could have

7    posted on a blog.  He could have posted on social media.  He

8    could have done many kinds of things that wouldn't have

9    violated the law.  Many kinds of things would have been more

10   effective messaging than the bombing and attempting bombing

11   that he did do.

12          I just want to make sure I didn't miss anything, Your

13   Honor.

14          THE COURT:  I don't think you have, but take your

15   time.

16          MS. ZIMMERMAN:  Thank you very much.

17          THE COURT:  All right.  Thank you very much.

18          MS. ZIMMERMAN:  And with that, we recommend a

19   sentence of 120 months.

20          THE COURT:  Thank you.

21          Mr. Ohm.

22          MR. OHM:  Thank you, Your Honor.  As the Court knows,

23   we are asking for a sentence of seven years, which is at the

24   bottom end of the agreed-upon range.  The Court also knows

25   that even under probation's calculation of the guidelines,

1      that the average -- I think the median sentence -- or the

2      average sentence is 47 months under the guideline range.

3      The median sentence is 51 months.  We would ask the Court to

4      impose the seven-year sentence.

5           Mr. Rodriguez agreed to that sentence because he does

6      acknowledge that what he did was very wrong.  Although, he

7      tried very hard to minimize as much as he could the danger.

8      In hindsight now, after a significant period of

9      incarceration now, having spoken to people, having seen

10     these court proceedings, he's had time to reflect and fully

11     wholeheartedly apologizes to the Court and to everyone else

12     for his actions.

13          I have been thinking about this sentencing for a long

14     time now because this does present an unusual case.

15     Mr. Rodriguez presents an unusual person, an unusual client.

16     I've never represented a public defender before.

17          I have had a lot of conversations with Chris.  I

18     mean, when I first met him, he was the guy who wanted to

19     represent himself.  So I was concerned.  Most individuals

20     who are like that have -- the cases go a certain direction.

21     But as it turned out, this is not who Mr. Rodriguez was.  He

22     was just -- he was a person who happened to be a lawyer and

23     a person who had a bad experience in his first proceeding

24     and so was just leery of what representation he could be

25     confronted by.

1          Another thing that I had in common with Chris which

2     we haven't really talked that much about is that we recently

3     both lost a father.  I wasn't planning on talking about this

4     today, but it turned out that when we filed our sentencing

5     memo, it was on my father's birthday.  So you know, I was at

6     the cemetery and I was thinking a lot about this.

7          When Ms. Zimmerman raised the sort of double-life

8     narrative in her presentation, you know, it got me thinking,

9     because whenever I think about that situation, I mean, I'm a

10    different person.  People don't think of me as somebody who

11    shuts down or is very quiet, either my friends or my family

12    or my coworkers, but that's what happens.  I become very

13    introspective.  I don't talk.  And that was a couple years

14    ago, and that was having watched my father suffer from

15    dementia for four years.

16         Chris, on the other hand, lost his father in an

17    instant during COVID and a period of time where it was hard

18    for him to grieve with his family, hard for him to grieve

19    appropriately.  It was hard.

20         So yeah, I mean, I guess double life?  I mean, you

21    want to call it what you call it, but -- and I think, as

22    Dr. Smith's report very accurately and thoroughly captured,

23    I mean, he wasn't -- this isn't the guy he was before.  I

24    mean, this is something that happened in his life and threw

25    his life off course and threw his life off course in a way

1    that none of his family and his friends could possibly have

2    imagined.  His brother Eric is here in the audience today.

3    His mother is here in the audience today.  His close friend

4    Debbie Crayton, she had come twice -- or she had made plans

5    to come twice before, but since this is the third sentencing

6    date, she wasn't able to make it here today, but she's on

7    video.

8        They have been supportive and they know -- and it's

9    not like he had this break.  I mean, he was still

10   functional.  He was still doing work.  But after his father

11   died, yeah, he basically didn't know what to do with himself

12   and he drove west.  And that is how this sort of saga began.

13       Now, throughout all this, he didn't decide to be a

14   danger, but he did want to express his disappointment.  It

15   wasn't an anger thing.  It was a disappointment thing about

16   how he believed the American public was continuing to ignore

17   a growing danger within the community.

18       And that's -- frankly, Your Honor, it's something

19   that when the case began, the American public was in a

20   different place than we are now in terms of how COVID began,

21   even how protests are supposed to be conducted, even how you

22   are supposed to -- when Ms. Zimmerman is talking about, you

23   know, what he could have done, what he could have done, I

24   mean, I don't even know what, in terms of, like, protests

25   that are supposed to be legal and protests that are supposed

1   to involve, you know, trespass or invasions or whatever, I

2   mean, what's right is right, and what's wrong is wrong is

3   different now than it was several years ago.

4         But what is most important about what Mr. Rodriguez

5   did is that he made these efforts to make sure that no one

6   would be hurt.  Now, was he 100 percent successful?  As it

7   turns out, he was.  Could it have gone wrong?  Absolutely.

8   And he's not denying that.

9         And when I sat down with him yesterday and we looked

10  at the evidence about the people who are around, he was

11  heartfelt, and he was relieved that there was no passengers

12  in the video -- or bystanders in the video within, I think,

13  ten minutes.  That was what he understood was going on, but

14  he also realized that he couldn't do this, like, perimeter

15  sweep and be 100 percent sure.

16        And not being 100 percent sure is why he's pleading

17  guilty to ultimately a harsh sentence as compared to other

18  sentences under the guidelines, other sentences like the

19  ones in Minnesota and like the ones in this district.

20  That's why he accepted that seven- to ten-year sentence even

21  though he -- it would require him to get a minimum of seven

22  years.

23        Your Honor, there's a lot of dispute about what the

24  device could have done, and I want to talk about that a

25  little bit.  I don't know if the Court had an opportunity to

1    review Dr. Shatzer's experimental videos.

2            THE COURT:  No, not the videos, but the report.

3            MR. OHM:  We have them if the Court wants to see

4    them.

5            THE COURT:  Okay.

6            MR. OHM:  They are very short.

7            THE COURT:  Okay.

8            MR. OHM:  So as Your Honor knows, Mr. Shatzer did an

9    experiment to try and simulate what the explosion would look

10   like to demonstrate that it wouldn't cause damage and that

11   it's primarily a noise that it would cause.  And this is, I

12   believe, the 5 pounds of Tannerite mixture.

13           (The videotape was played.)

14           MS. SHREWSBURY:  That was 2.  You can play 1 and 3.

15           (The videotape was played.)

16           (The videotape was played.)

17           MR. OHM:  And for the record, Your Honor, in order,

18   that was 13B, 13A, and 13C.  The largest one was the 5-pound

19   Tannerite mixture.

20           Now, the government's sort of different argument now

21   is that, I guess, the lamppost somehow could have been used

22   or could have acted as some sort of shrapnel without any

23   sort of inspection or any note of what the -- I mean, it

24   really just seems like spitballing there, Your Honor.

25           I think what's important, especially in terms of the

1    way the government is arguing for culpability in this case,

2    is what was intended.  Tannerite was purchased.  I said Home

3    Depot.  Home Depot doesn't sell Tannerite, but Bass Pro Shop

4    does.  They also sell ball bearings.  Typically when you see

5    some sort of device that is intended to cause the kind of

6    harm that the government is alleging, then you see things

7    like ball bearings, like intentional shrapnel that is put

8    within the device so that it could create damage to property

9    in a more significant way.

10         None of that existed.  There was nothing inside of

11   that bag other than the Tannerite itself.  And it was a

12   cloth bag.  So it was not intended to in any way -- and I

13   wanted to actually show the Court, if I could approach, Your

14   Honor -- may I approach?

15         THE COURT:  Sure.  Has the government seen it?

16         MR. OHM:  I think the Court has seen from the other

17   diagrams the a significant distance that the object was

18   placed, and I can proffer to the Court that the reason that

19   it was placed at that distance was in order to make sure

20   that there wasn't going to be significant or any damage done

21   to the building itself.

22         And from Mr. Rodriguez's past work and experience, he

23   knew that there would be a certain amount of protection in

24   terms of the embassy and the construction, the windows.  He

25   had done security work on his own previously, and so he knew

what to expect in terms of that.  But in order to safeguard
and make an additional attempt to make sure there wasn't
going to be significant damage, there was that additional
placement beyond.

There was additional placement of himself to make
sure that he was not going to harm anybody.  He was
initially placed further behind.  And if the Court
recalls -- so I mean, generally speaking, Northwest
Washington is residential, but this is an area where there
was a construction site, so it was like a big plot of dirt.

He placed himself closer to the road because at one
point he realized -- when he did see a car driving past, he
realized that he didn't have as much of a line of sight that
he had preferred in terms of being able to make sure that
nobody could potentially get hurt, so he actually moved
himself closer to that object so that he could make sure
that nobody else was going to get hurt.

Now, again, he's not saying the reason he took
responsibility to what we believe is a harsh sentence, a
seven-year sentence, is because he knows that he couldn't
have 100 percent guaranteed the safety of everybody.  But in
terms of his intent, he made sure as much as he possibly
could that he would not be hurting anybody.  And that is why
these incidents occurred late at night.  It's not because he
didn't want to get caught.  It's because he didn't want to

1    harm anybody.  It's because he wanted --

2         THE COURT:  Or perhaps both, right.  I mean, he

3    wouldn't --

4         MR. OHM:  Your Honor, in terms of, like, the burner

5    phone, I don't dispute what the government is saying, the

6    point the government is trying to make.  But in terms of the

7    late at night, it is exactly because he -- there is no way,

8    there's no world in which Mr. Rodriguez would have done this

9    in the daytime where there was people around.  It never

10   would have happened.  It never would have crossed his mind.

11        Your Honor, Mr. Rodriguez isn't a mystery.  I think

12   one of the things that best illustrates that is the letter

13   from Free Minds which I know that the Court has had a long

14   history with.  One of the gaps in Free Minds is that they

15   have a lot of Spanish-speaking individuals over there

16   that -- and there's a language barrier.  But I have clients

17   from other countries who are in the Free Minds program, and

18   they get assisted by Mr. Rodriguez because he actually

19   provides a bridge from the program directors to the clients

20   who don't speak English.  And he enjoys that.  That's one of

21   the things he's really excelled at.

22        And he's been -- he's one of my few clients that has

23   been at the D.C. jail the entire time because he's been in

24   the education block, and he's remained in the education

25   block because they found him to be such a positive resource

1    over there.  He has used this opportunity to work with the

2    other people, the residents of the D.C. jail, and to use

3    this as a time where he can actually do what he's done for

4    the entirety of his life, which is to give back to society

5    in a way that he can.

6         He recognizes that what he did was foolish on that

7    day, but he isn't a dangerous person.  He certainly isn't a

8    terrorist kind of person.  He's a person who's always tried

9    to do the right thing and up until this point has.  He's a

10   public servant, and he's shown that with everything that

11   he's done.

12        You know, we say on the defense side all the time

13   that a person is more than the worst thing that he has ever

14   done or the worst two things that he's ever done.

15   Mr. Rodriguez has a lifelong history that we ask the Court

16   to focus upon when the Court sentences him.

17        He served in the military.  Within the military, he

18   served the most vulnerable people, the people who were

19   having the hardest time within the military when he

20   volunteered to be a mental health counselor.

21        He went to law school and then became a lawyer.  And

22   not to toot our own horn, but he served the most vulnerable

23   people in the legal community, the clients who needed his

24   help the most, the people without any money, the people who

25   are charged with crimes.  That is who he is.

1    He went the wrong way here after his father died.  He

2    regrets that immensely.  And maybe ironically this time that

3    he's had to think things through has really given him an

4    opportunity to move a little bit forward.  He's not all the

5    way there yet.  He's taken significant steps.  Either way,

6    the Court is going to send a significant message to the

7    community.  He's going to get a good amount of time, double,

8    triple amount of time than the folks who burned down a

9    police station, double, triple the amount of time than

10   people who actually harmed individuals.

11       No one was hurt, and one of the main reasons was

12   because he wanted to make sure nobody was hurt.

13       So, Your Honor, unless the Court has any other

14   questions, we would like to ask the Court to sentence him to

15   a period of seven years.  Mr. Rodriguez would also like to

16   address the Court.  And David Rodriguez would like to answer

17   any questions as to restitution if the Court has any

18   questions about that.

19       THE COURT:  All right.  I think what I am -- the

20   restitution issue because it's a little bit tricky, I am

21   actually going to hold off on that and do a little more work

22   on them both, whether it's what degree of discretion I

23   have -- I mean, you spent a bunch of time in your brief on

24   the amount as well as on whether it's applicable or not.

25   The government spent less time on that.  So I just need to

1    do some more work and figure that out.  So I will not be

2    deciding that issue.  I will decide it before I sign off on

3    the judgment and commitment order.

4         MR. OHM:  I did want to offer one other things

5    because Dr. Shatzer -- Mr. Shatzer's report was pretty

6    technical.  He did offer to be available by phone if the

7    Court has any technical questions.  I know the 98 to 2

8    things is a very important thing that took me a while to get

9    my mind around, or I guess, 98 to 2 versus 80 to 20 is

10   somewhat --

11        THE COURT:  Thank you.  Do you want to connect --

12        MS. ZIMMERMAN:  Your Honor, I'm not responding.  I

13   just have one additional --

14        MR. OHM:  I'm sorry.  One other thing.

15        THE COURT:  Go ahead.

16        MR. OHM:  Also, Mr. Rodriguez also had no weapons

17   when he was arrested.  So to the extent that there was any

18   illusion that there was some other attack that the

19   government was suggesting, there was no weapon.

20        THE COURT:  Okay.

21        MS. ZIMMERMAN:  One issue that didn't show up, I

22   think, in either brief is the issue of forfeiture, but there

23   is a provision in the plea agreement for forfeiture of any

24   firearms including any destructive devices, silencers, and

25   other weapons that were involved in Count 1 or Count 2 and

1    that were in his possession, custody, or control.

2           So the silencer, he did have a silencer registered to

3    him.  We just wanted to make it clear that we believe that's

4    subject to forfeiture, plus any other things that he might

5    have that fall within that category.

6           THE COURT:  Okay.

7           MS. ZIMMERMAN:  Thank you.

8           THE COURTROOM DEPUTY:  If everyone can just bear with

9    me for a moment, I have to reconnect the witness.

10          Mr. Ohm, she's on.  She's connected.

11          THE COURT:  And it's Ms. Crayton?

12          MS. SHREWSBURY:  Yes, Your Honor.

13          THE COURTROOM DEPUTY:  It looks like Debbie Crayton,

14   yes.

15          Ms. Crayton, are you there?

16          THE WITNESS:  Yes, ma'am.  Can you hear me?

17          THE COURTROOM DEPUTY:  Yes, we can.

18          THE COURT:  Ms. Crayton, this is Judge Boasberg.

19   Good morning.  Thank you very much for participating here

20   today.  I would be happy to hear anything you would like to

21   say.

22          THE WITNESS:  Good morning, sir.  First of all, the

23   information that I did hear is not the Chris that I know.  I

24   have submitted a letter to the Court.  I have talked at

25   length with Mr. Ohm regarding his professionalism as well as

1    his friendship in general.  Since this event, I have gotten

2    to know his mother very well, and it's just totally out of

3    character.  I cannot stress that enough.

4        On the other side of that, as a friend, Chris and I

5    have had some really good discussions about things in life

6    that don't go the way we planned.  I don't know why he did

7    what he did, but I do believe that the death of his father

8    had something to do with it.  I do believe that I didn't

9    know of anything else that had happened, but I do now.

10        And I just feel like that, being in criminal law for

11   over 35 years, he deserves a second chance.  The legal

12   community has lost a very good attorney, and I'm just hoping

13   that personally he can recover and emotionally he can

14   recover.

15        THE COURT:  Okay.  Thank you so much for your

16   comments.

17        Mr. Rodriguez, would you like to say anything?

18        I'm talking about for the defendant because I

19   understand Mr. David Rodriguez was just addressing

20   restitution.

21        MR. OHM:  He also wanted to address the Court as the

22   brother.

23        THE COURT:  Fine.

24        MR. OHM:  Actually, the mother has also decided to

25   speak if that's okay.  Sorry.

```
1            MR. DAVID RODRIGUEZ ENCARNACION:  Your Honor, David

2       Rodriguez.  I was going to read our mother's letter, but she

3       wants to read it to the Court, so I will --

4            THE COURT:  Is that the letter that's in the

5       sentencing memorandum?

6            MR. DAVID RODRIGUEZ ENCARNACION:  Is that the letter?

7            THE WITNESS:  Yeah.  I'm a court reporter.  I'm used

8       to court settings.  But right now -- I wrote this letter for

9       my son, but I'm asking my other son to help me because I

10      don't think I'm capable of reading it because you are not

11      going to understand me anyway.

12           THE COURT:  I understand, and I appreciate that.  And

13      I have also read -- if it is the same letter that was

14      submitted with the sentencing memorandum, I did read that.

15      But I'm happy to have you --

16           MR. DAVID RODRIGUEZ ENCARNACION:  Your Honor, David

17      Rodriguez.  I'm sorry if I am not professional today.

18           Your Honor, my name is Sonia Encarnacion, and I am

19      Christopher's mother.  I have been blessed with three sons,

20      and Chris is my youngest.  I was a stay-at-home mom -- I'm

21      sorry.  I can't.

22           THE COURT:  Ms. Shrewsbury, is this the same letter

23      that was submitted?

24           MS. ENCARNACION:  No.

25           THE COURT:  It's a different letter?
```

1          MR. DAVID RODRIGUEZ ENCARNACION:  I raised my kids in

2     a house out in the country, no television, not many

3     neighbors, and a perfect environment for my two oldest

4     rambunctious sons who (unintelligible) those early days of

5     their lives.  We have lived in a small town in Puerto Rico,

6     and they were going to schools in the town where we lived.

7     So I wanted my sons to go to an English-speaking school.

8          I drove on a daily basis for an hour and sometimes

9     even more in order to take my boys to English-speaking

10    schools since my husband and I spoke English at home and we

11    wanted to have an English education -- wanted them to have

12    an English education.

13         I always told everyone I know that if Chris had been

14    my first born, I would have had six kids because he was

15    easygoing child and very loving, and I never had any

16    disciplinary problems even when he reached his teenage

17    years.  And he never caused any problems.

18         The only disagreement I can remember we had was when

19    it came time for college and he wanted to join the Army and

20    we wanted him to go to college first.  We sat down with him,

21    and he saw our point and he agreed he would reach that as

22    long as he studied in the states, so he would go to college.

23    The weekend of his college graduation, he enlisted in the

24    Army, and his father and I gave him our blessing.

25         Chris loved his Army life.  He lived in Germany and

1    traveled through Europe, and he was quite happy.  Obviously

2    we were not happy when he was in Iraq, but he kept in

3    constant communication with us knowing about our fears as

4    for the duration of his tour.  Chris loved his family life

5    and always came home for Christmas, Thanksgiving, weddings,

6    and other special occasions.

7          When Hurricane Maria was about to hit Puerto Rico,

8    Chris flew home in order to help me prepare for the

9    hurricane.  Also Chris and I would take trips together to

10   such destinations as New York; San Francisco; Las Vegas;

11   Destin, Florida; and our favorite Universal Studios.  I have

12   an apartment in Florida, and I tried to fly to Florida

13   several times a year, and Chris would always join.

14         Chris is very close to his brothers, and when they

15   were together it brought me an enormous amount of joy

16   (unintelligible), and those times (unintelligible).

17         Chris was extremely close to his dad, and his dad

18   passed away in 2021.  And I saw such a big change in Chris,

19   and I did voice my concern to my oldest son, David.

20         That's me.

21         And I'm very sorry I didn't do anything about it back

22   then.  I mentioned to him that I noticed there was something

23   wrong with Chris, but I could not put my finger on it.  I

24   now look back and regret not talking to him and my middle

25   son Eric.  That was when we realized Chris was having

1    issues.  And to this day, he still has many sleepless nights

2    regretting not reaching out to Chris.

3         This act that Chris is pleading guilty to does not

4    reflect my Chris.  My Chris is the son that always was

5    looking to help people and was very kind to everyone.  At

6    Christmastime, while all the family was enjoying all the

7    festivities and partying having a nice time, Chris would

8    make it a point to prepare food and drinks for the guards at

9    my apartment complex.

10        At this moment, he has a homeless man living in his

11   home in Panama City.  He always lent an ear if he saw that

12   someone had a problem.  And as much as my three sons were

13   loved and liked by family members and the community,

14   whenever I ran into someone I had not seen for a while,

15   Chris was the son they always asked about.  And on one

16   occasion, I mentioned to a friend that I have three sons and

17   why does Chris name come up first.  And that person smiled

18   and told me what a kind, thoughtful person was.

19        And with that, I close my letters that I write with

20   such pain in my heart, Your Honor, because I have three sons

21   whom I love deeply, and the young man you are now going to

22   sentence today is such a kind soul.  He's not a habitual

23   criminal.  And I sincerely believe that something has

24   snapped in him when his father died.

25        I will forever regret not being aware of what he was

1    enduring.  This awful situation that I have been -- that I

2    had been aware, I would have (unintelligible) and helped him

3    and offered any guidance as any loving mother would.

4         Anyone who has a son or a daughter that has shared

5    such a special life would understand what the sentence

6    reflects.  Every moment Chris spends incarcerated is a

7    moment less of my life that I won't be able to spend in

8    company of my Chris.

9         Please be merciful as you possibly can, and may God

10   guide you in your moment of imposing the sentence.  Thank

11   you, sir.

12        And I'm sorry, Your Honor.

13        THE COURT:  No, thank you very much.  Thank you both

14   very much.

15        Mr. Rodriguez, I would be happy to hear anything you

16   would like to say.  If you need a minute, I would certainly

17   understand that.

18        THE DEFENDANT:  Thank you, Your Honor.  Good morning,

19   Your Honor.  Thank you for the opportunity.

20        As you know, my name is Christopher Rodriguez.  My

21   father is Joseph Rodriguez.  My mother is Sonia Encarnacion.

22   She's here today, as are my two brothers.

23        I was born and raised in Puerto Rico.  I graduated

24   from the University of Florida with an undergraduate degree

25   in criminology before joining the U.S. Army.  I deployed to

Iraq with the 28th Combat Support Hospital in support of the
initial invasion.  I worked as a mental health counselor
helping diagnose and treat mental health issues which arise
in a combat environment.

One of my most important duties was to respond to the
emergency room for a variety of reasons to include suicide
attempts, psychotic breaks, and to provide soldiers who have
been stabilized to use the satellite phone so as to speak
with the families.  It was in the emergency room where I
witnessed so many of my fellow soldiers die painfully from
terrible injuries.  Even those that survived continued to
live with horrible trauma to the body and mind.

I repeatedly reminded myself that this was war and
this was the sacrifice U.S. soldiers were expected to endure
in order to keep our fellow Americans safe and promote a
freer world.

However, as memories of toppling Saddam Hussein's
statue began to fade and the reality set in that Saddam
Hussein did not have weapons of mass destruction, I began to
question why the continued sacrifice of our soldiers was
necessary.

I changed jobs after my return from Iraq, and my last
assignment within that was to row as a protective service
agent at Fort Belvoir, Virginia.  I worked as a protective
service agent with the security detail of the secretary of

the defense for President Bush and Obama and Mr. Robert
Gates.

        As a bodyguard to the secretary of defense working
within the pentagon, one becomes a fly on the wall and the
inner workers of the Department of Defense.  In time it
became clear to me that the priority of the pentagon was not
the lives of our brave service members or even national
security, but rather individual and departmental financial
interests.

        I saw and heard generals behave and speak of the
Chinese communist government, not as a dangerous adversary
our country must stand against, but rather, a demanding
client that the pentagon had to cater to.

        Now, Secretary Gates is a good man, and he did his
best to fix a broken system, if not a corrupt system.  He
was, however, one man against a network of powerful
individuals to include the president and cabinet-level
officials and generals all with their own personal agendas
that had little to do or nothing to do with the security of
our nation.

        During this time, a dark overcast began to form over
my memories of the years I served in the Army.  I couldn't
help think about all my fellow soldiers I witnessed die and
what we were told was service to the global war on terror.

        I also imagined all those I didn't watch die in Iraq

1    and Afghanistan.  I recalled those I saw in the military

2    hospital in Landstuhl, Germany, men and women without arms,

3    legs, or both, some of them with half their faces missing,

4    others with no visible injures at all, but then their minds

5    and souls vacant, fractured, or destroyed.

6         It was with some level of hope that the new

7    presidential administration, Obama's administration, would

8    bring much needed reform.  I was soon painfully

9    disappointed.

10        2009 was my last year in the Army, my last year with

11   the Secretary Gates protective service detail, and in that

12   year I learned the following:

13        Former Secretary of State Hillary Clinton was

14   encouraging President Obama to approve sale of

15   American-owned uranium to Russia in an attempt to reset

16   foreign policy relationship with Russia.

17        This was incredibly alarming as I now saw -- I saw

18   this as little more than a dangerous appeasement of Russia's

19   totalitarian regime.

20        Approximately a month after that, I learned that the

21   Chinese communist government was strongly urging White House

22   approval of the sale of the uranium to Russia.

23        The last thing I learned on the matter was that then

24   vice president Joe Biden was also recommending the sale of

25   the uranium to Russia in an effort, not just to strengthen

1    relations with Vladimir Putin's government in Russia, but

2    also strengthen relations with the Chinese communist

3    government.

4        In my estimation, all of this was little more than a

5    conspiracy to commit treason at our government's highest

6    levels.  I decided I could not continue to serve in my role

7    within the U.S. Army with a clear conscience.  I did not

8    reenlist, and I left the Army in July 2009 with an honorable

9    discharge.  I have kept and held my peace about what I

10   learned all these years until now.

11       After the Army, I made every effort to place these

12   distressing experiences behind me.  I used the GI bill to

13   attend Marymount University in Arlington, Virginia when I

14   graduated with a graduate degree in forensics psychology.

15       I subsequently used my remaining GI bill and

16   education benefits to attend Florida State University's

17   College of Law when I graduated in 2017, passing the Florida

18   Bar in 2018.

19       I worked as a public defender in Tampa, Florida for

20   approximately two years before taking an associate position

21   at a private law firm in Miami.

22       By the time I began working in Miami, more than ten

23   years had passed since leaving the Army.  I hadn't thought

24   of what I learned during my role as a protective service

25   agent for years up to that point.  That was about to change.

1    It changed because of COVID-19.

2         I lived and worked in Miami, Florida at the time of

3    the forced COVID-19 lockdowns.  I witnessed a dynamic and

4    bustling city come to a frightening halt.  Via television, I

5    saw our once free and prosperous nation become authoritarian

6    and impoverished in a matter of months.  People lost mothers

7    and fathers.  Others lost grandfathers and grandmothers to

8    the virus and then had to suffer the indignity of being

9    prevented from holding the funerals.

10        People lost their businesses and livelihoods.  People

11   lost their savings trying to stay afloat.  Others were

12   arrested and thrown in jail for simply leaving their homes

13   or staying past curfew.

14        Criminal courts shut down, but I continued to work

15   during the day.  I had developed insomnia after my

16   deployment to Iraq, which had improved after leaving the

17   Army.  It returned during the COVID-19 lockdowns.

18        Unable to leave my residence after work and unable to

19   sleep more than two hours a night, I began to research

20   online what I could about COVID-19 and its consequences.  I

21   also began to once again reflect on what I learned about the

22   Chinese government's corruptive influence on our government.

23   I continued by researching about the Chinese communist

24   government more broadly.

25        As few years COVID-19 swirled around the world as

1    more and more states and countries shut down, I became aware

2    of the unspeakable atrocities the Chinese government had

3    done to their own people and to the people around the world;

4    the massacre of Tiananmen Square, the deliberate mass famine

5    of entire swaths of the population, the murder of countless

6    babies in furtherance of the one-child policy, the

7    disappearances of any who are brave enough to openly

8    criticize them, mass imprisonment of religious and spiritual

9    practitioners, use of forced child labor, the harvest of

10   bodily organs such as kidneys, liver, eyes --

11        (There was an interruption by the court reporter.)

12        THE COURT:  Mr. Ohm, I'm not sure this is entirely

13   beneficial to your client.

14        THE DEFENDANT:  -- hearts from the prison populations

15   for sale on the black market, et cetera, et cetera.

16        During the mass hysteria over COVID-19, another

17   danger had developed as a consequence in the resulting

18   panic.  Pharmaceutical companies rushed a vaccination into

19   production and distribution.  They announced an additional

20   vaccination that was not a dead or weakened sample of the

21   virus, but rather, a vaccination in name only.  What it was

22   in actuality was a chemical substance that modified a

23   person's RNA.

24        The unrolling of this experimental substance was

25   paired up with government officials ordered to keep the

1   nation, indeed, the world's populations as shut-ins.  After

2   the 2020 election, it came to a point that people were fired

3   from their jobs if they refused to take the vaccine.  There

4   was even public debate about prosecuting those who weren't

5   vaccinated and even vaccinating them against their will.

6        THE COURT:  I'm sorry to interrupt you,

7   Mr. Rodriguez, and you are free to say what you want, but

8   what I am a whole lot more interested in is --

9        THE DEFENDANT:  The reason --

10       THE COURT:  -- the remorse you might have for what

11  happened and why I shouldn't give you the sentence the

12  government's asking, because what it seems I'm hearing from

13  you are only reasons why, when you get out, you would

14  continue to pursue that agenda, so --

15       THE DEFENDANT:  Understood, Your Honor.

16       THE COURT:  -- that is not -- again, you can say what

17  you want, but I'm telling you this isn't helping you.

18       THE DEFENDANT:  I understand, Your Honor.  I felt I

19  needed to explain my -- what led me to do what I did.

20       THE COURT:  Okay.

21       THE DEFENDANT:  Not that I am going to continue to do

22  it, but why I came to this point.

23       And also I am talking about the vaccines because it's

24  pertinent to my father's death.

25       THE COURT:  I think we can get do that in much more

1    summary fashion.  But again, I don't want to -- this is your

2    opportunity to say what you wish, but I trust that you are

3    speaking more to me than to the public and so I'm just

4    telling you what would be more helpful to me than less

5    helpful.

6        THE DEFENDANT:  Yes, Your Honor.

7        I'm not sure if it was the virus, itself, or the fact

8    that you couldn't go anywhere in Puerto Rico without

9    demonstrating your vaccination card as to why my father

10   decided to get the vaccine.  Both, I suspect.

11       I was suspicious of the vaccine, but I also

12   understand the elderly were more vulnerable to the virus.  I

13   did not know what to advise my father, and I was scared I

14   would advise him incorrectly.

15       My father, Joseph Rodriguez, who was an engineer, he

16   assisted in developing the space suit for the Apollo mission

17   which landed the first man on the moon.  My father always

18   worked very hard to provide a good life for his three sons

19   even after my parents divorced.  He did not grow up with a

20   father in his life, yet without having one as an example, he

21   became one to his children.

22       My father was -- my father died of a catastrophic

23   heart attack approximately a month after taking --

24   approximately months after taking the vaccine.  Several

25   months before the pharmaceutical companies started posting

1  warnings regarding the risk of heart attack.

2      He was very careful with his diet and mindful to take

3  his heart medication.  He wanted to live a long enough life

4  to see his two granddaughters, David's daughters, grow up,

5  and also to see Eric and I have children of our own.

6      I booked a flight to see him as soon as I heard about

7  the heart attack, but it was so sudden and forceful, that he

8  died before I could even board a plane.  He was in critical

9  condition, so I was afraid to even try to speak to him on

10  the phone for fear of aggravating it somehow.  I didn't get

11  to tell him how much I love him one last time.  I loved him

12  very much, and I was very proud that he was my father.

13      I hold the Chinese communist government responsible

14  for my father's death and the death of so many others.  I

15  personally believe -- and it was that anger that, I believe,

16  placed me in a very different mental framework, one that I

17  have never been in before.  I felt helpless and despondent

18  after my father's death; however, the more I thought about

19  it, the angrier I became.  Normally becoming increasingly

20  angry about something would be a problem, but when the

21  feelings you were experiencing before were that of deep

22  sadness, anger feels a lot better.  Whereas before I felt

23  helpless, I later began planning purposeful action.

24      At first I didn't know what I wanted to do, but I did

25  know what I must not do.  I must not hurt anyone nor do

1   anything that could reasonably place others in harm's way.

2   I also had no desire to damage anything; although, I concede

3   that was a secondary concern.

4        With that in mind, I began to think about what I

5   might do.  I came upon a stirring image I first saw when I

6   was younger.  It was the image of the man standing in front

7   of the row of tanks in Tiananmen Square.  I felt that this

8   image was the perfect example of defiance in the face of

9   oppression.

10       I wanted to do a clear -- I too wanted to do a clear

11   and unambiguous act of defiance in the face of Chinese

12   aggression, or what I thought was Chinese aggression, and

13   that's on the internet.  I came upon the existence of a

14   statue of Vladimir Lenin and Chairman Mao which was created

15   in Beijing, China.

16       I believe, it is my opinion, that Lenin was a mass

17   murderer as was the founder of the Soviet Union, that Mao

18   was a mass murderer as well as the founder of the Chinese

19   communist government.  The statue, I learned, was on a kind

20   of world tour.  It was located in Vancouver, Canada before

21   arriving in San Antonio, Texas.  It was put before being

22   placed there at a very public location, the type of location

23   one might place a statue of a national regional local hero.

24       I thought and felt that the placement of the statue

25   was deliberate as a flagrant showcasing of the infiltration

1    and influence of Russian government of Chinese western --
2    Chinese influence in western government culture.  The fact
3    that they could do this without anyone protesting or
4    seriously speaking out against the statue was a way of
5    demonstrating their victories over us.  I felt that there
6    had been already so many victories, the Chinese communist
7    government had taken over us such as the purchasing of
8    American farmland, flooding our country with fentanyl
9    designed to look like candy to where we now have our school
10   children overdosing in their own bedrooms, corrupting U.S.
11   government officials to the point where COVID-19 --
12   investigation into COVID-19 was shut down, 40 percent of our
13   strategic oil reserves were sold to the Chinese communist
14   government, navigating spy balloons across the entire width
15   of the continental U.S., et cetera, et cetera.

16        They even -- I felt that they have even influenced so
17   much of our justice system.  For example, people who were
18   spying, caught spying for them, are not charged or charges
19   are dropped later on.  If convicted, they get plea deals
20   with lenient sentences, for example, just an example of this
21   petty officer --

22        THE COURT:  I fully understand that you are angry and
23   unhappy about the role of the Chinese government.  I think
24   that's been established.  I don't need any further examples
25   of why you felt that way.  I think you have explained that

1    clearly.

2         THE DEFENDANT:  Well, because of all this, my plan

3    was simple.  It was to activate some Tannerite in front of

4    the statue in front of the statue of Lenin and Mao in the

5    dark of night as a symbolic act of defines and protest as to

6    how far the Chinese communists had encroached into our

7    nation and our values.

8         In the prosecution's memorandum, I am regarded as

9    having started experimenting with explosives.  I believe

10   this to be incorrect.  Tannerite is a commercially available

11   substance that can be purchased over the counter at sports

12   stores across the country.  One can even purchase it online,

13   and they can ship it to you to your home or business.  I did

14   not experiment with anything.  I simply read the instruction

15   manual.

16        I've heard the prosecution regard it as a bombing,

17   but can you purchase bombs over the mail?  Can you purchase

18   bombs over the counter without ID?

19        It's not an explosive.  It's not labeled as an

20   explosive.  Rather, it's a commercially available product

21   that's more akin to a pyrotechnic such as fireworks.  It is

22   a form of special effect commonly used in Hollywood.  It is

23   used in that way because it is not designed for the purposes

24   of destruction.  Its advertised purpose is as a targeting

25   marker for sport shooters.  It does not have any labels

1    indicating it as an explosive.

2         I'm not trying to excuse my actions.  I understand my

3    behavior was reckless, but I do not want the Court -- I do

4    want the Court to understand my state of mind.  I kept watch

5    over the area before firing at the Tannerite before

6    activating it.  I made sure no one was in the area before

7    activating it.

8         I also took into consideration what could happen if I

9    missed and a bullet ricocheted.  I expected any misses to

10   end up at the concrete wall behind the statue or the cement

11   floor.  Similarly, I expected any misses to end up on the

12   concrete portion of the wall around embassy.  According to

13   the prosecution, this is exactly what happened.

14        My concern so as not to hurt anyone was also why I

15   did these actions at approximately 2:00 a.m. in the morning.

16   I did not want people in the area and I wanted to minimize

17   the probability of someone walking by.

18        From a purely personal point of view, my actions in

19   San Antonio seemed to have the desired effect.  Afterwards,

20   my preoccupation with my father's death ceased.  I stopped

21   researching issues related to COVID-19 and I stopped

22   tracking anything having to do with the Chinese communist

23   government.

24        Over a period of months, I stopped thinking of my

25   father's death altogether.  My secret depression lifted as

did my feelings, and I resumed my life as before.  The near
instantaneous return to the state of mind before my father's
death, before even COVID-19 should have concerned me, but I
was too relieved to dwell on it.  This artificial normalcy
went on for the better part of a year up until the week of
Fathers Day.

It was days before Fathers Day that I was in the
office and I saw advertisements for Fathers Day gifts.  I
thought to myself that it had been a long time since I
talked to my father, and I needed to remember to buy him a
gift and to call him.  Immediately after finishing the
thought, I remembered my father had passed and under what
circumstances.  I realized quite quickly that I had merely
dammed my memories and grief of his death.

After San Antonio, I entered a form of temporary
denial.  The upcoming Fathers Day broke the dam, and between
Fathers Day and my father's birthday in July, I thought of
little else, and with it my grief and my anger and my sense
of helplessness with it all also came -- also came another
plan.

I saw online that the Chinese communist government
had built one of the world's largest embassies right here in
our nation's capitol.  It looked almost as big as the White
House.

I decided to do the same plan as I had before.  I

1    scouted the site.  I saw an empty field across from the

2    embassy.  I intended to activate the Tannerite there in the

3    dark of night and slip out of the city.  I had no intention

4    to damage anything and no intention to hurt anyone.

5         I arrived on site in the very early morning hours,

6    approximately 2:00 a.m., and I noticed a vehicle pass in

7    front of the embassy on the street between the field and the

8    embassy.  I realize my original plan meant I wouldn't be

9    able to observe if a car or pedestrian would pass by upon

10   activation of the Tannerite.

11        I decided to place the backpack with the Tannerite on

12   the sidewalk in front of the embassy's back wall and place

13   myself at the edge of the field across the street.  This

14   allowed me the ability to see both sides of the street and

15   sidewalk to make sure no vehicles or people were

16   approaching.

17        And I believed by placing it on the sidewalk in front

18   of the back wall, it would still be far enough not to damage

19   the walled fence of the embassy.  I believed this because I

20   know Tannerite is weak and not designed for the purposes of

21   destruction; however, I understand the prosecutor's point of

22   view that the proximity is such that an inference could have

23   been made that I was trying to cause damage to the wall.  In

24   all honesty, I didn't even notice the lamppost.

25        I judged the Tannerite was well clear of the embassy

1  guardhouse as the guardhouse seemed more than a hundred feet

2  away and it was also behind the wall.  I saw -- I saw --

3  excuse me.  I -- the only person I determined in any

4  potential danger from the Tannerite was myself.

5      I fired and I missed.  I missed three times with

6  every shot more nervous than the one before.  I saw someone

7  with a flashlight leave the embassy guardhouse and began

8  walking to the street.  For the safety and to avoid

9  discovery, I abandoned my plan and I left.  Managing to

10 leave the city, I was arrested over a month later.

11      I was raised by parents to -- by my parents to obey

12 the law and respect law enforcement.  It is a difficult

13 thing to begin committing serious illegal activities after a

14 lifetime of obeying the law, harder still to risk everything

15 you have ever worked for to carry them out.

16      Most difficult of all was to suppress my feelings and

17 thoughts of how it may affect my family if discovered.  I

18 told myself over and over again that I was standing up to

19 the evil of the Chinese communist government, that it

20 justified all the risks and all foreseeable consequences.  I

21 was wrong.

22      I have been incarcerated for more than a year.  And

23 after much needed self-reflection, I realize now my actions

24 had more to do with my father's manner of death.  I was

25 beyond angry and I grasped on to the Chinese communist

government as a focus point to my anger. Every day I would
make plans against them was a day I did not have to accept
that my father was gone forever and nothing was going to
change that.

All I really managed to accomplish was to break my
mother's heart and placing myself in a situation in which I
may not be with her when it is her time to pass just as I
was not there with my father at his time.

There, of course, are the painful consequences, years
of a difficult life in prison, my eventual disbarment,
separation from my brothers and nieces, having to start my
life again from scratch with a felony criminal record over
the age of 50, yet all of this does not pain me as much as
knowing I robbed myself of spending time with my mother in
her sunset years, that I have stolen from my mother the
peace of mind that any elder parent deserves, that I will be
there to help take care of her just as she was there always
to take care of me.

Your Honor, before my father's death and the wayward
path I embarked after it, I was a law-abiding citizen having
undergone various background investigations to attain a
federal top secret security clearance can attest to that.

I have served as an officer of the court and as a
member of the Florida Bar with no complaint from any
employer or client. I served responsibly in the U.S. Army

1    for more than seven years to include serving in war.  I have

2    done all this as a matter of duty, and I have never asked

3    anyone for anything in return for my service until now.

4        I ask you, Your Honor, to please grant me the least

5    amount of time allowable per the plea agreement so as to

6    increase the probability of being able to be with my mother

7    in this last period of her life.  I give you my word that I

8    will not do anything like this again.  There is nothing to

9    be gained by adding several more years to the sentence.  If

10   not for me, then for her, to spare my mother the real

11   possibility of passing away while her youngest son is in

12   prison.

13       I deeply regret my actions.  I took great pains not

14   to hurt anyone.  I was very surprised to hear that there was

15   anybody saying that they did get hurt.  I was surprised to

16   hear that because I always thought I was the closest person

17   to the activation of the Tannerite.  And since I -- I

18   thought that since I didn't suffer any consequences from

19   that, that no one else would have.  And I regret that

20   anybody got hurt in any way.  That was never my intention.

21       Thank you for giving me the opportunity to speak.  I

22   stand ready to answer any questions this Honorable Court may

23   have.

24       THE COURT:  Okay.  Thank you very much.

25       THE DEFENDANT:  Thank you.

1          THE COURT:  All right.  So in terms of the

2     guidelines, I will follow the unadjusted guidelines that the

3     government sets forth in its memorandum.  That's 37 to 46

4     months on Counts 1 and 3 and 60 months on Count 2.  Both

5     sides have agreed that variance is appropriate to the range

6     that the parties have agreed on.  And I am well aware of the

7     3553(a) factors.

8          So this is one of the strangest cases that I have

9     dealt with in my 23 years as a judge for multiple reasons.

10    I think the government is right that in describing

11    essentially a double life, maybe not at the same time, but

12    certainly in stages that, Mr. Rodriguez, prior to your

13    father's death, you led a very impressive life of service in

14    the Army, particularly the kind of work you did in the Army,

15    then going to be a public defender, then also in your

16    service to your family and to your community.

17         And I have read very supportive letters and heard

18    moving statements by your mother as read through your

19    brother and also in the letters that I have received.

20         The death of your father combined with COVID seemed

21    to, and I don't discount or disbelieve that triggered your

22    descent, as it did for others, during COVID and in this

23    environment, but your descent down rabbit holes of obsession

24    and anger.  But it certainly wasn't a question of your

25    acting impulsively or lashing out.  The preparation and

1    meticulous work you did to prepare for and carry out these

2    two bombing incidents were the product of highly deliberate

3    and involved decision-making, and only through impressive

4    investigation by the government did these come to light.

5         And the conduct is very serious conduct.  I

6    appreciate your taking care that no one was injured, and I

7    believe your statements that you had taken steps to do that,

8    but it's certainly concerning, as the government points out,

9    that after your California arrest, that no wake-up call

10   registered, that again you engaged in the San Antonio

11   bombing and then a year later in D.C. using high-powered

12   weapons to detonate explosives.

13        Even if the explosives arguably aren't likely to

14   cause serious damage or injury, all of those acts that you

15   engaged in were very troubling and acted to seriously alarm

16   the communities in which they took place.  And I'm not

17   saying that I'm applying a terrorism enhancement, but a form

18   of terrorism is to cause fear and consternation in those

19   affected.  And certainly your message that you were sending

20   the Chinese government was one to cause them such reactions.

21        Now, I am very glad to hear what appears to be going

22   on in prison and your understanding of what you have engaged

23   in and your contributions in prison to other prisoners and

24   to Free Minds and your realization of what caused this.

25        Your lengthy statements today were certainly not what

1    I expected, and I have some concern that it was focused much

2    more on justification than on remorse which causes me, as I

3    said, some alarm given that these were repeated acts in the

4    past.

5        I ultimately believe, given everything that I have

6    heard today, which has shifted my opinion somewhat, that

7    giving voice and support to the agreement that's ultimately

8    reached between the parties is important in these

9    situations, and so I will actually split the difference and

10   give you eight and a half years, Mr. Rodriguez.

11       I might have given less, but based on what I have

12   heard today, I don't see how I can do that.  So again,

13   that's a long sentence without a doubt, but I think it's the

14   right sentence in this case, and it's in the middle of what

15   the parties negotiated.

16       Therefore, on Count 1, I sentence the defendant to

17   102 months in prison -- I'm sorry, on Count 1, 60 months in

18   prison.  On Counts 2 and 3, 102 months in prison.  Each

19   count, all counts to run concurrently.  36 months, each

20   count supervised release, all to run concurrently.  Special

21   assessment of $300.

22       Again, I will determine restitution subsequently.

23   Any objection to my issuing the restitution order as part of

24   an opinion, Ms. Zimmerman?

25       MS. ZIMMERMAN:  No, Your Honor.

```
 1            THE COURT:  Mr. Ohm?

 2            MR. OHM:  Your Honor, does Your Honor want more

 3    briefing, or is there any particular issue?

 4            THE COURT:  No.  Your briefing is -- I just need to

 5    spend more time researching the issues because they are both

 6    complicated.

 7            MR. OHM:  Okay.  Always happy to chime in if the

 8    Court wants.

 9            THE COURT:  Thank you.

10            All right.  So any objection then to my not bringing

11    the parties back to issue the restitution order, Mr. Ohm?

12            MR. OHM:  Your Honor, if the Court doesn't mind, I

13    think Mr.  -- we wouldn't mind coming back.

14            THE COURT:  Okay.  Then let's actually -- we will

15    pick a date to do that.  I don't expect to hear argument.  I

16    just expect to rule.

17            All right.  The 24th.  At what time?

18            THE COURTROOM DEPUTY:  9:30 or 2:30.

19            MS. ZIMMERMAN:  2:30, please.

20            MR. OHM:  I'm sure that's fine.

21            THE COURT:  The 24th at 2:30, we will come back for

22    restitution.  Let me also finish the remainder of the

23    sentence.

24            While on supervision, you shall abide by the

25    following mandatory conditions as well as all discretionary
```

1    conditions recommended by the probation office in part D of

2    the sentencing options of the presentence report.

3         That includes not committing other federal, state, or

4    local crimes, unlawfully possessing a controlled substance.

5    You must also cooperate in the collection of DNA.  I will

6    not require substance abuse testing, but I will require

7    mental health assessment and treatment if necessary.  Also I

8    will require you to stay away from any Chinese embassy or

9    consulate in the United States.  I won't require the

10   financial restrictions.

11        We will have a reentry progress hearing within 60

12   days after release.  I will waive any fine.  I will order

13   forfeiture of any weapons or firearms accessories including

14   silencers and other destructive devices.

15        All right.  I am going to instruct you on this now,

16   Mr. Rodriguez; although, we will ultimately conclude the

17   sentence in ten days.

18        You do have the right to appeal this conviction.  If

19   you wish to file any notice of appeal, you must file such

20   within 14 days after the entry of judgment.  If you are

21   unable to afford the cost of appeal, you may request

22   permission from the Court to file without cost.  You may

23   also apply for court-appointed counsel.  Do you understand

24   that?

25        THE DEFENDANT:  I'm sorry.  I couldn't --

1          THE COURT:  The question is, do you understand you

2    have the right to court-appointed counsel and to subsidized

3    appeal if you can't afford the cost.

4          THE DEFENDANT:  Thank you.

5          THE COURT:  All right.  Any objections to the

6    sentence imposed not previously noted, Ms. Zimmerman?

7          MS. ZIMMERMAN:  No, Your Honor.

8          THE COURT:  Mr. Ohm?

9          MR. OHM:  Nothing other than what we have --

10         THE COURT:  Okay.  I'll see everybody on the 24th.

11         MR. OHM:  Recommendations, Your Honor?

12         THE COURT:  Sure.  We can that on the -- well, you

13   can do it.  That's fine.

14         MR. OHM:  Miami, Coleman, Tallahassee, the three in

15   Florida.

16         THE COURT:  I will recommend all of those.

17         THE COURTROOM DEPUTY:  The government, with the

18   original indictments, you have to dismiss it on the record

19   or it stays.

20         MS. ZIMMERMAN:  No problem.  We move to dismiss the

21   original indictment.

22         THE COURT:  That's granted.  Thank you.

23         (The hearing concluded at 11:44 a.m.)

24                        - - -

25

C E R T I F I C A T E


I hereby certify that the foregoing is an accurate
transcription of the proceedings in the above-entitled
matter.



3/21/25                    s/ Tammy Nestor
                           Tammy Nestor, RMR, CRR
                           Official Court Reporter
                           333 Constitution Avenue NW
                           Washington, D.C. 20001
                           tammy_nestor@dcd.uscourts.gov

MR. DAVID RODRIGUEZ ENCARNACION: [4] 28/1 28/6 28/16 29/1
MR. OHM: [24] 2/12 3/21 4/9 4/19 4/25 14/22 19/3 19/6 19/8 19/17 20/16 22/4 25/4 25/14 25/16 27/21 27/24 54/2 54/7 54/12 54/20 56/9 56/11 56/14
MS. BAKER: [1] 2/20
MS. ENCARNACION: [1] 28/24
MS. SHREWSBURY: [2] 19/14 26/12
MS. ZIMMERMAN: [14] 2/9 4/7 5/2 5/11 5/15 14/16 14/18 25/12 25/21 26/7 53/25 54/19 56/7 56/20
THE COURT: [55] 2/2 2/11 2/15 2/18 2/22 3/23 4/8 4/11 4/24 5/1 5/7 5/14 14/14 14/17 14/20 19/2 19/5 19/7 20/15 22/2 24/19 25/11 25/15 25/20 26/6 26/11 26/18 27/15 27/23 28/4 28/12 28/22 28/25 32/13 38/12 39/6 39/10 39/16 39/20 39/25 43/22 50/24 51/1 54/1 54/4 54/9 54/14 54/21 56/1 56/5 56/8 56/10 56/12 56/16 56/22
THE COURTROOM DEPUTY: [6] 2/3 26/8 26/13 26/17 54/18 56/17
THE DEFENDANT: [12] 2/17 32/18 38/14 39/9 39/15 39/18 39/21 40/6 44/2 50/25 55/25 56/4
THE WITNESS: [3] 26/16 26/22 28/7

$

$300 [1] 53/21

-

-- that [1] 39/16

0

00304 [1] 1/3
00901 [1] 1/16

1

10 [2] 7/14 12/14
100 [1] 1/15
100 percent [4] 18/6 18/15 18/16 21/21
102 [2] 53/17 53/18
10:06 [1] 2/1
1100 [1] 7/1
11:44 [1] 56/23
12 feet [1] 10/2
120 [2] 6/17 14/19
1208 [1] 1/16
13A [1] 19/18
13B [1] 19/18
13C [1] 19/18
14 [2] 1/5 55/20
15 [1] 7/24
15 pounds [4] 9/5 9/9 10/9 10/15
15A [1] 8/3
15B [1] 8/3
17 [1] 12/14
18 [1] 14/1
19 [11] 14/1 37/1 37/3 37/17 37/20 37/25 38/16 43/11 43/12 45/21 46/3

2

20 [2] 14/1 25/9
20001 [2] 1/23 57/10
20004 [2] 1/13 1/20
2009 [2] 35/10 36/8
2017 [1] 36/17
2018 [1] 36/18
2020 [2] 13/17 39/2
2021 [2] 12/13 30/18
2022 [2] 12/13 12/14
2023 [2] 8/11 12/14
2025 [1] 1/5
22-00304 [1] 1/3
23 [2] 14/1 51/9
23-392 [1] 2/5
24th [3] 54/17 54/21 56/10
25 [1] 57/8
27 [1] 8/1
28th [1] 33/1
2:00 a.m [2] 45/15 47/6
2:00 in [1] 7/12
2:30 [3] 54/18 54/19 54/21

3

3/21/25 [1] 57/8
30 pounds [1] 11/23
333 [2] 1/23 57/9
35 [1] 27/11
3553 [2] 5/12 51/7
36 [1] 53/19
37 [1] 51/3
392 [1] 2/5

4

4 pounds [2] 9/6 9/9
40 percent [1] 43/12
46 [1] 51/3
47 [1] 15/2

5

5 pounds [2] 10/10 19/12
5-pound [1] 19/18
50 [1] 49/13
500 grams [1] 10/13
51 [1] 15/8
550 [1] 1/20

6

60 [3] 51/4 53/17 55/11
601 [1] 1/13
625 [1] 1/19

8

80 [1] 25/9

9

98 [2] 25/7 25/9
9:30 [1] 54/18

A

a.m [4] 2/1 45/15 47/6 56/23
abandoned [1] 48/9
abide [1] 54/24
abiding [1] 49/20
ability [1] 47/14
able [6] 3/1 17/6 21/14 32/7 47/9 50/6
about [41] 3/24 5/3 7/1 7/23 9/13 11/12 12/4 12/5 12/15 13/1 15/13 16/2 16/3 16/6 16/9 17/15 17/22 18/4 18/10 18/23 18/24 24/18 27/5 27/18 30/3 30/7 30/21 31/15 34/23 36/9 36/25 37/20 37/21 37/23 39/4 39/23 41/6 41/18 41/20 42/4 43/23
above [1] 57/4
above-entitled [1] 57/4
Absolutely [1] 18/7
abuse [2] 14/2 55/6
accept [5] 3/10 3/13 3/15 3/16 49/2
accepted [2] 4/17 18/20
accessories [1] 55/13
accomplish [1] 49/5
According [1] 45/12
account [1] 8/21
accounts [1] 11/15
accurate [1] 57/3
accurately [1] 16/22
acknowledge [1] 15/6
across [4] 43/14 44/12 47/1 47/13
act [3] 31/3 42/11 44/5
acted [2] 19/22 52/15
acting [1] 51/25
action [2] 2/5 41/23
actions [6] 15/12 45/2 45/15 45/18 48/23 50/13
activate [2] 44/3 47/2
activating [2] 45/6 45/7
activation [2] 47/10 50/17
activities [1] 48/13
acts [2] 52/14 53/3
actuality [1] 38/22
actually [11] 7/20 7/25 20/13 21/15 22/18 23/3 24/10 24/21 27/24 53/9 54/14
adding [1] 50/9
additional [6] 9/23 21/2 21/3 21/5 25/13 38/19
address [3] 5/6 24/16 27/21
addressing [1] 27/19
adequate [1] 12/20
administration [2] 35/7 35/7
adversary [1] 34/11
advertised [1] 44/24
advertisements [1] 46/8
advise [2] 40/13 40/14
affect [2] 5/10 48/17
affected [1] 52/19
afford [3] 12/19 55/21 56/3
Afghanistan [1] 35/1
afloat [1] 37/11
afraid [1] 41/9
after [24] 8/4 10/20 15/8 17/10 24/1 33/22 35/20 36/11 37/15 37/16 37/18 39/1 40/19 40/23 40/24 41/18 46/11 46/15 48/13 48/23 49/20 52/9 55/12 55/20
afternoon [1] 3/2
Afterwards [1] 45/19
again [27] 4/11 6/24 7/11 7/23 8/18 8/19 8/21 8/23 8/25 9/11 10/4 11/17 11/24 11/25 12/16 13/18 14/4 21/18 37/21 39/16 40/1 48/18 49/12 50/8 52/10 53/12 53/22
against [5] 34/12 34/16 39/5 43/4 49/2
age [1] 49/13
agenda [1] 39/14
agendas [1] 34/18
agent [3] 33/24 33/25 36/25
aggravating [1] 41/10
aggression [2] 42/12 42/12
ago [2] 16/14 18/3
agreed [7] 4/5 5/9 14/24 15/5 29/21 51/5 51/6
agreed-upon [1] 14/24
agreement [3] 25/23 50/5 53/7
ahead [1] 25/15
akin [1] 44/21
alarm [2] 52/15 53/3
alarming [1] 35/17
all [43] 2/15 6/6 7/3 8/7 8/14 8/21 11/15 11/17 11/19 13/13 14/17 17/13 23/12 24/4 24/19 26/22 31/6 31/6 34/18 34/23 34/25 35/4 36/4 36/10 44/2 46/19 47/24 48/16 48/20 48/20 49/5 49/13 50/2 51/1 52/14 53/19 53/20 54/10 54/17 54/25 55/15 56/5 56/16
alleging [1] 20/6
Allen [2] 1/11 2/10
allow [1] 4/20
allowable [1] 50/5
allowed [1] 47/14
almost [2] 5/16 46/23
along [1] 11/8
already [2] 7/24 43/6
also [36] 4/21 7/18 10/18 12/3 12/4 12/12 14/1 14/24 18/14 20/4 24/15 25/16 25/16 27/21 27/24 28/13 30/9 34/25 35/24 36/2 37/21 39/23 40/11 41/5 42/2 45/8 45/14 46/19 46/19 48/2 51/15 51/19 54/22 55/5 55/7 55/23
although [4] 7/6 15/6 42/2 55/16
altogether [1] 45/25
always [12] 8/25 23/8 29/13 30/5 30/13 31/4 31/11 31/15 40/17 49/17 50/16 54/7
am [14] 3/12 4/24 5/12 24/19 24/20 28/17 28/18 39/8 39/21 39/23 44/8 51/6 52/21 55/15
AMERICA [2] 1/2 2/6
American [4] 17/16 17/19 35/15 43/8
American-owned [1] 35/15
Americans [1] 33/15
amount [9] 9/8 9/21 20/23 24/7 24/8 24/9 24/24 30/15 50/5
analysis [1] 13/25
anger [6] 17/15 41/15 41/22 46/18 49/1 51/24
angrier [1] 41/19
angry [3] 41/20 43/22 48/25
announced [1] 38/19
another [5] 4/19 12/1 16/1 38/16 46/19
answer [2] 24/16 50/22
Antonio [11] 6/24 7/2 7/19 9/7 10/23 11/24 13/3 42/21 45/19 46/15 52/10
any [38] 7/8 12/21 19/22 19/23 20/12 20/20 23/24 24/13 24/17 24/17 25/7 25/17 25/23 25/24 26/4 29/15 29/17 32/3

**A**

any... [20] 32/3 38/7 43/24 44/25 45/9 45/11 48/3 49/16 49/24 50/18 50/20 50/22 53/23 54/3 54/10 55/8 55/12 55/13 55/19 56/5
anybody [5] 21/6 21/23 22/1 50/15 50/20
anyone [8] 7/7 32/4 41/25 43/3 45/14 47/4 50/3 50/14
anything [15] 6/15 9/18 14/12 26/20 27/9 27/17 30/21 32/15 42/1 42/2 44/14 45/22 47/4 50/3 50/8
anyway [1] 28/11
anywhere [1] 40/8
apartment [1] 1/16 30/12 31/9
apartments [1] 7/10
Apollo [1] 40/16
apologizes [1] 15/11
appeal [4] 55/18 55/19 55/21 56/3
appear [1] 4/21
APPEARANCES [1] 1/10
appears [2] 5/15 52/21
appeasement [1] 35/18
applicable [1] 24/24
apply [1] 55/23
applying [1] 52/17
appointed [2] 55/23 56/2
appreciate [3] 4/15 28/12 52/6
approach [2] 2/8 20/13 20/14
approaching [1] 47/16
appropriate [4] 3/15 4/16 6/17 51/5
appropriately [1] 16/19
approval [1] 35/22
approve [1] 35/14
approximately [12] 7/4 9/5 9/6 9/9 10/12 12/13 35/20 36/20 40/23 40/24 45/15 47/6
are [41] 2/4 4/4 5/25 7/7 9/1 10/11 10/12 10/19 10/20 10/21 10/25 11/1 12/21 13/17 13/23 13/24 14/23 15/20 17/20 17/21 17/22 17/25 17/25 18/10 19/6 22/17 23/25 25/15 28/10 31/21 32/22 38/7 39/7 39/13 40/2 43/18 43/19 43/22 49/9 54/5 55/20
area [7] 7/11 8/23 10/2 21/9 45/5 45/6 45/16
areas [2] 6/9 12/11
aren't [1] 52/13
arguing [1] 20/1
argument [2] 19/20 54/15
arise [1] 33/3
Arlington [1] 36/13
arms [1] 35/2
Army [14] 29/19 29/24 29/25 32/25 34/22 35/10 36/7 36/8 36/11 36/23 37/17 49/25 51/14 51/14
around [7] 7/9 18/10 22/9 25/9 37/25 38/3 45/12
arrest [6] 6/12 11/4 11/14 11/21 12/23 52/9
arrested [3] 25/17 37/12 48/10
arrived [1] 47/5
arriving [1] 42/21
artificial [1] 46/4
as [96] 3/9 4/4 4/4 7/5 12/21 12/22 12/25 13/19 14/22 15/7 15/7 15/21 16/10 16/21 18/6 18/17 19/8 19/22 21/13 21/22 21/22 23/3 24/17 24/24 24/24 26/25 26/25 27/4 27/21 29/21 29/22 30/3 30/10 31/12 31/12 32/3 32/9 32/20 32/22 33/2 33/8 33/17 33/23 33/24 34/3 34/11 35/17 35/18 36/19 36/24 37/25 37/25 38/10 38/17 39/1 40/9 40/20 41/6 41/6 42/17 42/18 42/18 42/25 43/7 44/5 44/5 44/8 44/16 44/19 44/21 44/24 45/1 45/14 45/25 46/1 46/23 46/23 46/25 48/1 49/1 49/7 49/13 49/13 49/17 49/23 49/23 50/2 50/5 51/9 51/18 51/22 52/8 53/2 53/23 54/25 54/25 24/14 50/4
ask [4] 15/3 23/15 24/14 50/4
asked [2] 31/15 50/2
asking [4] 4/9 14/23 28/9 39/12
assessment [2] 53/21 55/7
assignment [1] 33/23
assisted [2] 22/18 40/16
associate [1] 36/20
assume [2] 11/20 11/25
assuming [1] 9/17
atrocities [1] 38/2
attack [9] 6/14 8/3 8/4 10/17 12/1 25/18 40/23 41/1 41/7

**A**

11/17
attain [1] 49/21
attempt [4] 11/3 12/10 21/2 35/15
attempting [1] 14/10
attempts [1] 33/7
attend [2] 36/13 36/16
attest [1] 49/22
attorney [1] 27/12
Attorney's [1] 1/12
attorneys [1] 13/5
audience [2] 17/2 17/3
authoritarian [1] 37/5
available [3] 25/6 44/10 44/20
Avenue [3] 1/19 1/23 57/9
average [2] 15/1 15/2
avoid [2] 13/11 48/8
aware [6] 7/6 12/6 31/25 32/2 38/1 51/6
away [8] 8/21 10/19 13/3 13/6 30/18 48/2 50/11 55/8
awful [1] 32/1

**B**

babies [1] 38/6
back [9] 3/24 23/4 30/21 30/24 47/12 47/18 54/11 54/13 54/21
background [1] 49/21
backpack [3] 9/19 9/24 47/11
bad [1] 15/23
bag [4] 7/14 11/8 20/11 20/12
Baker [3] 2/20 2/22 3/5
ball [2] 20/4 20/7
balloons [1] 43/14
bar [3] 11/6 36/18 49/24
barrier [1] 22/16
based [3] 9/7 10/10 53/11
bashed [1] 8/8
basically [1] 17/11
basis [2] 4/10 29/8
Bass [1] 20/3
be [38] 8/7 10/1 13/8 13/13 13/14 13/15 14/3 15/22 15/24 17/13 17/21 17/25 18/6 18/15 20/20 20/23 21/3 21/23 22/25 23/20 25/1 25/6 26/20 32/7 32/9 32/15 40/4 41/20 44/10 44/11 47/8 47/18 49/7 49/16 50/6 50/9 51/15 52/21
bear [1] 26/8
bearings [2] 20/4 20/7
became [5] 23/21 34/6 38/1 40/21 41/19
because [30] 7/11 9/11 15/5 15/14 16/9 21/11 21/20 21/24 21/25

**B**

22/25 24/12 24/20 25/5 27/18 28/9 28/10 29/14 31/20 37/1 39/12 39/23 44/2 44/23 47/19 50/16 54/5
become [3] 6/15 16/12 37/5
becomes [1] 34/4
becoming [1] 41/19
bedrooms [1] 43/10
been [27] 3/18 3/24 4/5 5/24 7/16 9/3 12/7 13/4 13/14 14/9 15/13 17/8 19/21 22/22 22/23 22/23 28/19 29/13 32/1 32/2 33/8 41/17 43/6 43/24 46/9 47/23 48/22
before [28] 1/8 3/23 4/14 8/3 10/19 15/16 16/23 17/5 25/2 32/25 36/20 40/25 41/8 41/17 41/21 41/22 42/20 42/21 45/5 45/5 45/6 46/1 46/2 46/3 46/7 46/25 48/6 49/19
began [13] 2/1 17/12 17/19 17/20 33/18 33/19 34/21 36/22 37/19 37/21 41/23 42/4 48/7
begin [1] 48/13
Beginning [1] 2/7
behalf [4] 2/10 2/13 2/21 3/7
behave [1] 34/10
behavior [1] 45/3
behind [4] 21/7 36/12 45/10 48/2
Beijing [1] 42/15
being [10] 5/19 6/20 12/6 18/16 21/14 27/10 31/25 37/8 42/21 50/6
believe [14] 6/17 8/17 19/12 21/19 26/3 27/7 27/8 31/23 41/15 41/15 42/16 44/9 52/7 53/5
believed [3] 17/16 47/17 47/19
believes [1] 13/13
belonging [1] 12/11
Belvoir [1] 33/24
beneficial [1] 38/13
benefits [1] 36/16
best [2] 22/12 34/15
better [2] 41/22 46/5
between [5] 10/5 12/12 46/16 47/7 53/8
beyond [2] 21/4 48/25
Biden [1] 35/24
big [4] 9/10 21/10 30/18 46/23
bill [2] 36/12 36/15
birthday [2] 16/5 46/17
bit [4] 8/5 18/25 24/4

**B**

black [1] 38/15
blast [1] 7/21
blessed [2] 28/19
blessing [1] 29/24
block [2] 22/24 22/25
blog [1] 14/7
board [1] 41/8
BOASBERG [2] 1/8 26/18
bodily [1] 38/10
body [1] 33/12
bodyguard [1] 34/3
bomb [5] 5/20 9/12
bombing [6] 3/13 14/10 14/10 44/16 52/2 52/11
bombings [1] 11/3
bombs [2] 44/17 44/18
booked [1] 41/6
born [13] 29/14 32/23
both [13] 2/24 4/12 5/8 10/22 16/3 22/22 24/22 32/13 35/3 40/10 47/14 51/4 54/5
bottom [4] 8/5 8/6 8/9 14/24
bought [1] 11/10
bounds [1] 10/24
boys [1] 29/9
brave [2] 34/7 38/7
break [2] 17/9 49/5
breaks [1] 33/7
bridge [1] 22/19
brief [3] 9/16 24/23 25/22
briefing [2] 54/3 54/4
briefly [1] 4/19
bring [1] 35/8
bringing [1] 54/10
broadly [1] 37/24
broke [1] 46/16
broken [1] 34/15
brother [3] 17/2 27/22 51/19
brothers [3] 30/14 32/22 49/11
brought [1] 30/15
building [1] 20/21
built [2] 10/3 46/22
bullet [1] 45/9
bunch [4] 11/8 11/22 11/23 24/23
burned [1] 24/8
burner [6] 7/2 8/19 11/11 12/17 13/1 22/4
burning [1] 13/21
Bush [1] 34/1
business [1] 44/13
businesses [1] 37/10
bustling [1] 37/4
buy [1] 46/10
bystanders [2] 12/9 18/12

**C**

cabinet [1] 34/17
cabinet-level [1] 34/17
calculation [1] 14/25
California [4] 6/13

**C**

California... [3] 11/21 12/24 52/9
call [4] 16/21 16/21 46/11 52/9
Calle [1] 1/15
came [8] 29/19 30/5 39/2 39/22 42/5 42/13 46/19 46/19
can [30] 3/14 3/22 8/4 8/5 8/8 11/19 11/20 11/25 19/14 20/18 23/3 23/5 26/8 26/16 26/17 27/13 27/13 29/18 32/9 39/16 39/25 44/11 44/12 44/13 44/17 44/17 49/22 53/12 56/12 56/13
can't [2] 28/21 56/3
Canada [1] 42/20
candor [1] 13/14
candy [1] 43/9
cannot [1] 27/3
cans [1] 9/8
capable [1] 28/10
capitol [1] 46/23
captured [1] 16/22
car [7] 7/2 8/15 8/16 11/22 12/2 12/21 12/21 47/9
card [1] 40/9
care [4] 3/19 49/17 49/18 52/6
career [2] 11/15 12/8
careful [1] 41/2
carefully [1] 8/4
Carrasco [1] 7/21
carry [2] 48/15 52/1
cars [2] 13/1 13/22
case [16] 1/3 4/13 4/13 5/12 6/1 6/18 9/5 12/21 12/22 13/4 13/8 13/14 15/14 17/19 20/1 53/14
cases [8] 5/17 13/13 13/16 13/17 13/20 13/23 15/20 51/8
cash [2] 8/20 13/2
catastrophic [1] 40/22
category [1] 26/5
cater [1] 34/13
caught [4] 6/7 8/22 21/25 43/18
cause [8] 9/19 19/10 19/11 20/5 47/23 52/14 52/18 52/20
caused [4] 7/18 9/23 29/17 52/24
causes [1] 53/2
ceased [1] 45/20
cell [1] 11/5
cement [1] 45/10
cemetery [1] 16/6
certain [2] 15/20 20/23
certainly [8] 4/14 23/7 32/16 51/12 51/24 52/8 52/19 52/25
certify [1] 57/3
cetera [5] 13/2 38/15

Chairman [1] 42/14
chance [1] 27/11
change [3] 30/18 36/25 49/4
changed [3] 12/4 33/22 37/1
changes [1] 13/1
chant [1] 6/2
character [1] 27/3
characteristics [1] 11/13
charged [2] 23/25 43/18
charges [1] 43/18
chemical [1] 38/22
CHIEF [1] 1/9
child [3] 29/15 38/6 38/9
children [3] 40/21 41/5 43/10
chime [1] 54/7
China [1] 42/15
Chinese [24] 8/11 11/3 34/11 35/21 36/2 37/22 37/23 38/2 41/13 42/11 42/12 42/18 43/1 43/2 43/6 43/13 43/23 44/6 45/22 46/21 48/19 48/25 52/20 55/8
Chris [26] 15/17 16/1 16/16 26/23 27/4 28/20 29/13 29/25 30/4 30/8 30/9 30/13 30/14 30/17 30/18 30/23 30/25 31/2 31/3 31/17 32/6 32/8
Christmas [1] 30/5
Christmastime [1] 31/6
CHRISTOPHER [4] 1/5 2/6 2/13 32/20
Christopher's [1] 28/19
circumstances [5] 5/24 6/18 11/4 11/19 46/13
cited [1] 13/16
citizen [1] 49/20
city [6] 8/14 8/17 31/11 37/4 47/3 48/10
clear [6] 26/3 34/6 36/7 42/10 42/10 47/25
clearance [1] 49/22
clearly [1] 44/1
client [4] 15/15 34/13 38/13 49/25
clients [5] 5/17 22/16 22/19 22/22 22/23
Clinton [1] 35/13
close [6] 7/16 7/17 17/3 30/14 30/17 31/19
closer [3] 12/13 21/11 21/16
closest [1] 50/16
cloth [1] 20/12
clothes [1] 11/22
clothing [1] 8/7 13/1
cocktails [1] 13/22

Coleman [1] 56/14
collection [1] 55/5
college [5] 29/19 29/20 29/22 29/23 30/2
COLUMBIA [3] 1/1 1/12 9/2
combat [2] 33/1 33/4
combined [1] 51/20
come [7] 9/6 17/4 17/5 31/17 37/4 52/4 54/21
coming [1] 54/13
comments [1] 27/16
commercially [2] 44/10 44/20
commit [1] 36/5
commitment [1] 25/3
committing [1] 13/9 48/13 55/3
common [1] 16/1
commonly [1] 44/22
communication [1] 30/3
communist [12] 34/11 35/21 36/2 37/23 41/13 42/19 43/6 43/13 45/22 46/21 48/19 48/25
communists [1] 44/6
communities [1] 52/16
community [7] 7/11 17/17 23/23 24/7 27/12 31/13 51/16
companies [2] 38/18 40/25
company [1] 32/8
compared [2] 10/14 18/17
comparing [1] 10/14
comparison [1] 14/4
compel [1] 3/17
complained [1] 7/15
complaint [1] 49/24
complex [2] 4/13 31/9
complicated [1] 54/6
compliment [1] 4/12
concede [1] 42/2
concern [4] 30/19 42/3 45/14 53/1
concerned [2] 15/19 46/3
concerning [1] 52/8
conclude [1] 55/16
concluded [1] 56/23
concrete [3] 10/3 45/10 45/12
concurrently [2] 53/19 53/20
condition [1] 41/9
conditions [3] 10/16 54/25 55/1
condone [1] 13/21
conduct [6] 6/8 11/17 12/24 13/2 52/5 52/5
conducted [1] 17/21
conducting [1] 5/22
confronted [1] 15/25
connect [1] 25/11
connected [1] 26/10

consequence [1] 38/17
consequences [5] 12/6 37/20 48/20 49/9 50/18
consider [2] 6/22 11/19
consideration [1] 45/8
conspiracy [1] 36/5
constant [1] 30/3
consternation [1] 52/18
Constitution [1] 1/23 57/9
construction [2] 20/24 21/10
consulate [1] 55/9
continental [1] 43/15
continue [3] 36/6 39/14 39/21
continued [4] 33/11 33/20 37/14 37/23
continuing [1] 17/16
contributions [1] 52/23
control [1] 26/1
controlled [1] 55/4
conversations [1] 15/17
convicted [1] 5/24 43/19
conviction [2] 6/12 11/18 55/18
convictions [1] 6/21
cooperate [1] 55/5
cop [1] 13/21
correct [1] 3/21
corrupt [1] 34/15
corrupting [1] 43/10
corruptive [1] 37/22
cost [3] 55/21 55/22 56/3
could [32] 4/22 9/2 9/19 9/25 10/10 14/5 14/6 14/6 14/7 14/8 15/7 15/24 17/1 17/23 17/23 18/7 18/24 19/21 19/22 20/8 20/13 21/15 21/16 21/23 30/3 30/6 30/20 37/20 41/8 42/1 43/3 45/8 47/22
couldn't [5] 18/14 21/20 34/22 40/8 55/25
counsel [3] 2/7 55/23 56/2
counselor [2] 23/20 33/2
count [7] 25/25 25/25 51/4 53/16 53/17 53/19 53/20
Count 1 [3] 25/25 53/16 53/17
Count 2 [2] 25/25 51/4
counter [2] 44/11 44/18
countless [1] 38/5
countries [2] 22/17 38/1
country [4] 29/2 34/12 43/8 44/12

consolation [2] 51/18 53/19
Counts 1 [1] 51/4
Counts 2 [1] 53/18
couple [1] 41/9
course [3] 16/25 16/25 49/9
court [49] 1/1 1/22 3/22 4/9 4/19 4/22 5/4 5/5 6/22 7/13 11/18 12/21 13/13 14/22 14/24 15/3 15/10 15/11 18/25 19/3 20/13 20/16 20/18 21/7 22/13 23/15 23/16 24/6 24/13 24/14 24/16 24/17 25/7 26/24 27/21 28/3 28/7 28/8 38/11 45/3 45/4 49/23 50/22 54/8 54/12 55/22 55/23 56/2 57/9
court-appointed [2] 55/23 56/2
courts [1] 37/14
covered [1] 8/16
COVID [14] 16/17 17/20 37/1 37/3 37/17 37/20 37/25 38/16 43/11 43/12 45/21 46/3 51/20 51/22
COVID-19 [10] 37/1 37/3 37/17 37/20 37/25 38/16 43/11 43/12 45/21 46/3
coworkers [1] 16/12
Crayton [5] 17/4 26/11 26/13 26/15 26/18
create [1] 20/8
created [1] 42/14
crime [1] 17/11
crimes [2] 23/25 55/4
criminal [8] 1/3 2/5 5/17 11/18 27/10 31/23 37/14 49/12
criminology [1] 32/25
critical [1] 41/8
criticize [1] 38/8
crossed [1] 22/10
CRR [2] 1/22 57/8
Crystal [1] 8/17
culpability [1] 20/1
culture [1] 43/2
curfew [1] 37/13
custody [1] 26/1

**D**

D.C [9] 1/4 1/20 1/23 8/24 11/25 22/23 23/2 52/11 57/10
dad [2] 30/17 30/17
daily [1] 29/8
dam [1] 46/16
damage [15] 7/17 8/5 9/11 9/14 9/23 10/1 19/10 20/8 20/20 21/3 42/2 47/4 47/18 47/23 52/14
dammed [1] 46/14
danger [6] 7/10 15/7

**D**

danger... [4] 17/14 17/17 38/17 48/4
dangerous [5] 6/9 10/25 23/7 34/11 35/18
dark [4] 7/14 34/21 44/5 47/3
date [2] 17/6 54/15
daughter [1] 32/4
daughters [1] 41/4
David [7] 1/15 2/12 24/16 27/19 28/1 28/16 30/19
David's [1] 41/4
day [10] 23/7 31/1 37/15 46/6 46/7 46/8 46/16 46/17 49/1 49/2
days [5] 29/4 46/7 55/12 55/17 55/20
daytime [1] 22/9
DC [1] 1/13
dcd.uscourts.gov [2] 1/24 57/10
de [1] 1/15
dead [1] 38/20
deals [1] 43/19
dealt [1] 51/9
death [13] 27/7 39/24 41/14 41/14 41/18 45/20 45/25 46/3 46/14 48/24 49/19 51/13 51/20
debate [1] 39/4
Debbie [2] 17/4 26/13
decide [2] 17/13 25/2
decided [6] 11/17 27/24 36/6 40/10 46/25 47/11
deciding [1] 25/2
decision [2] 10/22 52/3
decision-making [1] 52/3
deep [1] 41/21
deeply [2] 31/21 50/13
defendant [16] 1/6 1/18 3/11 3/12 5/15 6/8 6/19 7/6 9/25 11/13 12/7 12/22 13/9 14/5 27/18 53/16
Defendant's [1] 10/22
defendants [1] 14/1
defender [3] 15/16 36/19 51/15
Defender's [1] 1/19
defense [11] 7/25 8/1 8/1 8/2 9/14 9/16 13/16 23/12 34/1 34/3 34/5
defiance [2] 42/8 42/11
defines [1] 44/5
degree [3] 24/22 32/24 36/14
deliberate [3] 38/4 42/25 52/2
demanding [1] 34/12
dementia [1] 16/15
demonstrate [1] 19/10
demonstrating [2] 40/9

denial [1] 46/16
dense [4] 6/9 7/11 8/23 12/11
denying [1] 18/8
Department [1] 34/5
departmental [1] 34/8
departures [2] 5/4 5/9
deployed [1] 32/25
deployment [1] 37/16
Depot [2] 20/3 20/3
depression [1] 45/25
descent [2] 51/22 51/23
describing [1] 51/10
deserted [1] 12/23
deserves [2] 27/11 49/16
designed [3] 43/9 44/23 47/20
desire [1] 42/2
desired [1] 45/19
Despite [1] 12/6
despondent [1] 41/17
Destin [1] 30/11
destination [1] 11/9
destinations [1] 30/10
destroyed [1] 35/5
destroying [1] 13/23
destruction [3] 33/19 44/24 47/21
destructive [3] 10/5 25/24 55/14
detail [2] 33/25 35/11
deter [1] 13/9
determine [1] 53/22
determined [2] 3/14 48/3
deterred [1] 6/11
deterrence [1] 12/20
deterring [1] 12/22
detonate [2] 12/9 12/10 52/12
developed [2] 37/15 38/17
developing [1] 40/16
device [5] 6/5 10/5 18/24 20/5 20/8
devices [5] 6/10 10/22 11/8 25/24 55/14
diagnose [1] 33/3
diagrams [1] 20/17
Diane [2] 1/18 2/12
did [33] 9/12 14/11 15/6 17/14 18/5 19/8 21/12 23/6 25/4 25/6 26/2 26/23 27/6 27/7 28/14 30/19 33/19 34/14 36/7 39/19 40/13 40/19 41/24 44/13 45/15 45/16 46/1 49/2 50/15 51/14 51/22 52/1 52/4
didn't [16] 8/22 12/5 14/12 17/11 17/13 21/13 21/25 21/25 25/21 27/8 30/21 34/25 41/10 41/24 47/24 50/18

done [13] 14/8 17/23 17/23 18/24 20/20 20/25 22/8 23/3 23/11 23/14 23/14 38/3 50/2
double [6] 5/16 16/7 16/20 24/7 24/9 51/11
double-life [1] 16/7
doubt [1] 53/13
down [8] 16/11 18/9 24/8 29/20 37/14 38/1 43/12 51/23
Dr. [3] 16/22 19/1 25/5
Dr. Shatzer [1] 25/5
Dr. Shatzer's [1] 19/1
Dr. Smith's [1] 16/22
drinks [1] 31/8
driving [3] 7/1 11/9 21/12
dropped [1] 43/19
drove [3] 8/13 17/12 29/8
duration [1] 30/4
during [10] 4/12 4/13 7/20 16/17 34/21 36/24 37/15 37/17 38/16 51/22
duties [1] 33/5
duty [1] 50/2
dwell [1] 46/4
dynamic [1] 37/3

denial [1] 46/16
34/25
died [5] 17/11 24/1 31/24 40/22 41/8
diet [1] 41/2
difference [1] 10/5 53/9
different [8] 4/1 13/24 16/10 17/20 18/3 19/20 28/25 41/16 48/16 49/10
diligence [1] 4/12
direction [1] 15/20
directors [1] 22/19
dirt [1] 21/10
disagreement [1] 29/18
disappearances [1] 38/7
disappointed [1] 35/9
disappointment [2] 17/14 17/15
disbarment [1] 49/10
disbelieve [1] 51/21
discharge [1] 36/9
disciplinary [1] 29/16
discount [1] 51/21
discovered [1] 48/17
discovery [3] 3/18 48/9
discretion [1] 24/22
discretionary [1] 54/25
discussions [1] 27/5
dismiss [2] 56/18 56/20
disparities [1] 13/12
dispute [2] 18/23 22/5
distance [1] 6/6 6/11 20/17 20/19
distinct [1] 6/21
distressing [1] 36/12
distribution [1] 38/19
district [6] 1/1 1/1 1/9 1/12 9/2 18/19
divorced [1] 40/19
DNA [1] 55/5
do [40] 3/10 4/24 14/11 17/11 18/14 23/3 23/9 24/21 25/1 25/11 27/7 27/8 27/8 27/9 30/21 34/19 34/19 39/19 39/21 39/25 41/24 41/25 41/25 42/5 42/10 42/10 43/3 45/3 45/5 45/22 46/25 48/24 50/8 52/7 53/12 54/15 55/18 55/23 56/1 56/13
does [10] 4/2 5/5 15/5 15/14 20/4 31/3 31/17 44/25 49/13 54/2
doesn't [6] 6/7 10/15 13/14 13/25 20/3 54/12
doing [2] 7/3 17/10
don't [22] 5/7 5/10 9/8 10/3 11/9 13/16 14/3 14/14 16/10 16/25 17/24 18/25 22/5 22/20 27/6 27/6 28/10

**E**

each [3] 6/22 53/18 53/19
ear [1] 31/11
early [2] 29/4 47/5
easygoing [1] 29/15
edge [1] 47/13
educated [1] 11/13
education [6] 11/16 22/24 22/24 29/11 29/12 36/16
effect [2] 44/22 45/19
effective [1] 14/10
effort [2] 35/25 36/11
efforts [1] 18/5
eight [1] 53/10
either [5] 3/21 4/2 16/11 24/5 25/22
elder [1] 49/16
elderly [1] 40/12
Eldridge [2] 9/13 9/16
Eldridge's [1] 9/22
election [1] 39/2
else [5] 15/11 21/17 27/9 46/18 50/19
email [1] 8/21
embarked [1] 49/20
embassies [1] 46/22
embassy [15] 8/12 8/24 10/17 10/23 11/4 14/5 20/24 45/12 47/2 47/7 47/8 47/19 47/25 48/7 55/8
embassy's [1] 47/12
emboldened [1] 6/16
emergency [2] 33/6 33/9

enforionally [1] 27/13
employed [1] 11/14
employer [1] 49/25
empty [1] 47/1
Encarnacion [3] 1/15 28/18 32/21
encouraging [1] 35/14
encroached [1] 44/6
end [3] 14/24 45/10 45/11
endure [1] 33/14
enduring [1] 32/1
enforcement [1] 48/12
engaged [3] 52/10 52/15 52/22
engineer [1] 40/15
English [6] 22/20 29/7 29/9 29/10 29/11 29/12
English-speaking [2] 29/7 29/9
enhancement [1] 52/17
enjoying [1] 31/6
enjoys [1] 22/20
enlisted [1] 29/23
enormous [1] 30/15
enough [7] 5/25 7/16 7/17 27/3 38/7 41/3 47/18
entered [1] 46/15
entire [3] 22/23 38/5 43/14
entirely [1] 38/12
entirety [2] 4/13 23/4
entitled [1] 57/4
entry [1] 55/20
environment [3] 29/3 33/4 51/23
Eric [3] 17/2 30/25 41/5
escalated [2] 6/14 12/24
especially [2] 11/24 19/25
Esquire [5] 1/11 1/11 1/15 1/18 1/18
essential [1] 4/2
essentially [1] 51/11
established [1] 43/24
estimation [1] 36/4
et [5] 13/2 38/15 38/15 43/15 43/15
et cetera [4] 13/2 38/15 43/15 43/15
Eugene [2] 1/18 2/12
Europe [1] 30/1
even [25] 7/12 8/8 8/13 12/10 14/25 17/21 17/21 17/24 18/20 29/9 29/16 33/11 34/7 39/4 39/5 40/19 41/8 41/9 43/16 43/16 44/12 46/3 47/24 52/13
evenings [1] 5/19
event [1] 27/1
events [1] 12/12
eventual [1] 49/10
ever [1] 23/13 23/14

## E

ever... [1] 48/15
every [4] 32/6 36/11 48/6 49/1
everybody [3] 4/15 21/21 56/10
everyone [6] 2/2 2/4 15/11 26/8 29/13 31/5
everything [3] 23/10 48/14 53/5
evidence [3] 7/5 7/18 18/10
evil [1] 48/19
exact [2] 8/13 9/8
exactly [4] 5/20 10/3 22/7 45/13
example [5] 40/20 42/8 43/17 43/20 43/20
examples [1] 43/24
excelled [1] 22/21
excuse [3] 7/24 45/2 48/3
Exhibit [5] 7/14 7/20 7/24 8/1 8/2
exhibits [4] 2/25 3/1 3/6 8/1
existed [1] 20/10
existence [1] 42/13
expect [3] 21/1 54/15 54/16
expected [5] 9/25 33/14 45/9 45/11 53/1
experience [2] 15/23 20/22
experiences [1] 36/12
experiencing [1] 41/21
experiment [2] 19/9 44/14
experimental [2] 19/1 38/24
experimenting [1] 44/9
expert [3] 3/8 9/13 9/15
explain [1] 39/19
explained [1] 43/25
explosion [3] 7/19 7/21 19/9
explosive [5] 6/5 6/10 44/19 44/20 45/1
explosives [6] 9/21 10/24 12/10 44/9 52/12 52/13
express [1] 17/14
extent [1] 25/17
extremely [1] 30/17
eyes [1] 38/10

## F

face [2] 42/8 42/11
faces [1] 35/3
fact [5] 6/13 11/4 12/24 40/7 43/2
factor [1] 12/18
factors [2] 5/13 51/7
fade [1] 33/18
failed [1] 11/3
fall [1] 26/5
families [1] 33/9
family [8] 16/11 16/18 48/17 51/16
famine [1] 38/4
far [4] 10/19 11/9 44/6 47/18
farmland [1] 43/8
fashion [1] 40/1
father [22] 16/3 16/14 16/16 17/10 24/1 27/7 29/24 31/24 32/21 40/9 40/13 40/15 40/17 40/20 40/22 40/22 41/12 46/10 46/12 49/3 49/8 51/20
father's [11] 16/5 39/24 41/14 41/18 45/20 45/25 46/2 46/17 48/24 49/19 51/13
fathers [6] 37/7 46/6 46/7 46/8 46/16 46/17
favorite [1] 30/11
fear [2] 41/10 52/18
fears [1] 30/3
federal [2] 49/22 55/3
feel [3] 5/7 13/16 27/10
feelings [3] 41/21 46/1 48/16
feels [1] 41/22
feet [2] 10/2 48/1
fellow [3] 33/10 33/15 34/23
felony [1] 49/12
felt [8] 39/18 41/17 41/22 42/7 42/24 43/5 43/16 43/25
fence [1] 47/19
fentanyl [1] 43/8
festivities [1] 31/7
few [5] 9/15 9/16 13/12 22/22 37/25
field [4] 10/4 47/1 47/7 47/13
figure [1] 25/1
file [4] 4/1 55/19 55/19 55/22
filed [1] 16/4
filter [2] 13/5 13/6
financial [2] 34/8 55/10
fine [5] 4/24 27/23 54/20 55/12 56/13
finger [1] 30/23
finish [1] 54/22
finishing [1] 46/11
firearms [5] 6/13 11/23 12/5 25/24 55/13
fired [2] 39/2 48/5
fireworks [1] 44/21
firing [1] 45/5
firm [1] 36/21
first [12] 3/9 5/6 12/9 15/18 15/23 26/22 29/14 29/20 31/17 40/17 41/24 42/5
five [1] 12/15
fix [1] 34/15
flagrant [1] 42/25
flashlight [1] 48/7
flew [1] 30/8
flight [1] 41/6
floor [1] 45/11
Florida [11] 8/14 30/11 30/12 30/12 32/24 36/16 36/17 36/19 37/2 49/24 56/15
Floyd [1] 13/18
fly [2] 30/12 34/4
focus [5] 5/12 23/16 49/1
focused [1] 53/1
folks [1] 24/8
follow [1] 51/2
following [4] 2/1 11/3 35/12 54/25
food [1] 31/8
foolish [1] 23/6
forced [2] 37/3 38/9
forceful [1] 41/7
foregoing [1] 57/3
foreign [1] 35/16
forensics [1] 36/14
foreseeable [1] 48/20
forever [2] 31/25 49/3
forfeiture [4] 25/22 25/23 26/4 55/13
form [4] 34/21 44/22 46/15 52/17
Former [1] 35/13
Fort [1] 33/24
forth [2] 3/24 51/3
forward [1] 24/4
found [1] 22/25
founder [2] 42/17 42/18
four [1] 16/15
fractured [1] 35/5
fragmentation [1] 9/19
fragmented [1] 9/23
frame [1] 12/12
framework [1] 41/16
Francisco [1] 30/10
frankly [2] 13/4 17/18
free [6] 22/13 22/14 22/17 37/5 39/7 52/24
freer [1] 33/16
friend [5] 4/20 11/7 17/3 27/4 31/16
friend's [1] 11/7
friends [3] 5/18 16/11 17/1
friendship [1] 27/1
frightening [1] 37/4
front [6] 42/6 44/3 44/4 47/7 47/12 47/17
fully [3] 12/6 15/10 43/22
functional [1] 17/10
funerals [1] 37/9
further [3] 8/13 21/7 43/24
furtherance [1] 38/6
futon [1] 11/8
future [1] 13/9

## G

gained [1] 50/9
gaps [1] 22/14
Gates [3] 34/2 34/14 35/11
general [1] 27/1
generally [1] 21/8
generals [2] 34/10 34/18
George [1] 13/18
Germany [2] 29/25 35/2
get [16] 3/1 6/7 8/22 18/21 21/15 21/17 21/25 22/18 24/7 25/8 39/13 39/25 40/10 41/10 43/19 50/15
GI [2] 36/12 36/15
gift [1] 46/11
gifts [1] 46/8
give [4] 23/4 39/11 50/7 53/10
given [8] 5/8 9/21 9/22 10/12 24/3 53/3 53/5 53/11
giving [2] 50/21 53/7
glad [1] 52/21
global [1] 34/24
go [9] 6/3 9/12 15/20 25/15 27/6 29/7 29/20 29/22 40/8
goal [1] 12/23
goals [1] 12/21
God [1] 32/9
going [25] 3/2 5/4 5/12 5/19 6/4 8/2 11/22 13/14 18/13 20/20 21/3 21/6 21/17 24/6 24/7 24/21 28/2 28/11 29/6 31/21 39/21 49/3 51/15 52/21 55/15
gone [4] 9/9 14/5 18/7 49/3
good [20] 2/2 2/3 2/4 2/9 2/11 2/13 2/15 2/16 2/17 2/20 11/15 11/16 24/7 26/19 26/22 27/5 27/12 32/18 34/14 40/18
got [3] 13/3 16/8 50/20
gotten [3] 12/12 13/6 27/1
government [41] 2/7 3/2 3/25 4/18 5/4 9/18 13/12 13/21 20/1 20/6 20/15 22/5 22/6 24/25 25/19 34/11 35/21 36/1 36/3 37/22 37/24 38/2 38/25 41/13 42/19 43/1 43/2 43/7 43/11 43/14 43/23 45/23 46/21 48/19 49/1 51/3 51/10 52/4 52/8 52/20 56/17
government's [5] 2/25 19/20 36/5 37/22 39/12
graduate [1] 36/14
graduated [3] 32/23 36/14 36/17
graduation [1] 29/23
grams [1] 10/13
granddaughters [1]
grandfathers [1] 37/7
grandmothers [1] 37/7
grant [2] 5/8 50/4
granted [2] 4/20 56/22
grasped [2] 48/25
grave [1] 12/6
great [1] 50/13
grief [2] 46/14 46/18
grieve [2] 16/18 16/18
grow [2] 40/19 41/4
growing [1] 17/17
guaranteed [1] 21/21
guardhouse [3] 48/1 48/4 48/7
guards [1] 31/8
guess [6] 3/2 4/2 8/6 16/20 19/21 25/9
guidance [1] 32/3
guide [1] 32/10
guideline [1] 15/2
guidelines [7] 3/25 3/25 4/4 14/25 18/18 51/2 51/2
guilty [2] 18/17 31/3
guy [2] 15/18 16/23

## H

habitual [1] 31/22
had [59] 4/1 5/16 5/17 5/21 7/14 7/15 8/19 10/17 11/5 11/10 11/14 11/15 12/4 13/3 13/4 14/2 15/10 15/17 15/23 16/1 17/4 17/4 17/9 18/20 20/25 21/14 22/13 24/3 25/16 27/5 27/8 27/9 29/13 29/14 29/19 29/18 31/12 31/14 32/2 34/13 34/19 36/23 37/8 37/15 37/16 38/2 38/17 42/2 43/6 43/7 44/6 46/9 46/12 46/13 46/22 46/25 47/3 48/24 52/7
hadn't [1] 36/23
hair [1] 7/14
half [2] 35/3 53/10
halt [1] 37/4
hand [2] 8/2 16/16
handle [1] 5/4
happen [1] 45/8
happened [7] 11/24 15/22 16/24 22/10 27/9 39/11 45/13
happens [1] 16/12
happy [7] 4/24 26/20 28/15 30/1 30/2 32/15 54/7
hard [5] 15/7 16/17 16/18 16/19 40/18
harder [1] 40/18
hardest [1] 23/19
harm [5] 7/7 7/18 20/6 21/6 22/1
harm's [1] 42/1
harmed [1] 24/10
harsh [2] 18/17 21/19
harvest [1] 38/9

**H**

has [30] 3/18 4/1 4/5 6/8 6/14 9/18 11/18 12/7 12/12 13/12 20/15 20/16 22/13 22/22 23/1 23/9 23/13 23/15 24/3 24/13 24/17 25/7 27/12 27/24 31/1 31/10 31/23 32/4 32/4 53/6
have [120] 2/24 3/3 3/6 3/9 3/14 4/3 4/9 4/17 5/5 5/9 5/15 5/23 5/24 6/2 6/15 6/24 7/13 7/16 7/17 7/19 7/21 7/22 8/23 9/3 9/5 9/8 9/9 9/11 9/12 9/17 9/23 9/25 11/1 12/25 13/6 14/5 14/6 14/6 14/7 14/8 14/8 14/9 14/14 15/13 15/17 15/20 17/1 17/8 17/23 17/23 18/7 18/24 19/3 19/21 19/22 21/13 21/21 22/8 22/10 22/10 22/15 22/16 24/23 25/13 26/2 26/5 26/9 26/24 26/24 27/1 27/5 28/13 28/15 28/19 29/5 29/11 29/11 29/14 30/11 31/16 31/20 32/1 32/2 33/7 33/19 36/9 39/10 41/5 41/17 43/9 43/16 43/25 44/25 45/19 46/3 47/22 48/15 48/22 49/2 49/15 49/23 50/1 50/2 50/19 50/23 51/5 51/6 51/8 51/17 51/19 52/22 53/1 53/5 53/11 53/11 55/11 55/18 56/2 56/9 56/18
haven't [2] 4/14 16/2
having [14] 9/24 10/1 11/24 15/9 15/9 16/14 23/19 30/25 31/7 40/20 44/9 45/22 49/11 49/20
he [156] 5/16 5/16 5/17 5/17 5/19 5/21 5/21 6/7 6/11 6/15 7/7 8/12 8/12 8/12 8/15 8/16 8/16 8/17 8/19 8/19 8/20 8/21 8/22 9/1 9/11 11/2 11/5 11/6 11/9 11/10 11/13 11/14 11/15 11/18 12/3 12/4 12/23 13/2 13/6 14/6 14/6 14/7 14/7 14/11 15/5 15/6 15/6 15/7 15/18 15/21 15/22 15/24 16/3 16/23 16/23 17/9 17/9 17/10 17/11 17/12 17/13 17/14 17/16 17/23 17/23 18/5 18/6 18/7 18/10 18/11 18/13 18/14 18/14 18/20

20/25 21/6 21/6 21/11 21/12 21/12 21/12 21/13 21/14 21/15 21/16 21/18 21/20 21/20 21/22 21/22 21/23 21/24 21/25 22/1 22/2 22/7 22/18 22/20 23/1 23/3 23/5 23/6 23/6 23/7 23/7 23/13 23/17 23/17 23/19 23/21 23/22 23/25 24/1 24/1 24/12 25/6 25/17 26/2 26/4 27/6 27/7 27/11 27/13 27/13 27/21 29/14 29/16 29/17 29/19 29/21 29/21 29/21 29/22 29/22 29/23 29/25 30/1 30/2 30/2 31/1 31/10 31/11 31/11 31/25 34/14 34/15 40/15 40/19 40/20 41/2 41/3 41/7 41/8 41/12
he's [26] 5/24 6/9 8/7 11/13 12/15 12/25 15/10 18/8 18/16 21/18 22/21 22/22 22/22 22/23 22/24 23/3 23/8 23/9 23/10 23/11 23/14 24/3 24/4 24/5 24/7 31/22
head [2] 7/15 7/23
heading [1] 12/15
health [5] 14/2 23/20 33/2 33/3 55/7
hear [11] 2/18 4/18 5/7 26/16 26/20 26/23 32/15 50/14 50/16 52/21 54/15
heard [6] 34/10 41/6 44/16 51/17 53/6 53/12
hearing [5] 1/8 4/22 39/12 55/11 56/23
heart [6] 31/20 40/23 41/1 41/3 41/7 49/6
heartfelt [1] 18/11
hearts [1] 38/14
held [1] 36/9
help [6] 23/24 28/9 30/8 31/5 34/23 49/17
helped [1] 32/2
helpful [5] 13/13 13/17 13/25 40/4 40/5
helping [2] 33/3 39/17
helpless [2] 41/17 41/23
helplessness [1] 46/19
her [10] 7/15 7/23 16/8 49/7 49/7 49/15 49/17 50/7 50/10 50/11
here [14] 2/4 11/20 12/23 13/15 13/21 13/24 14/3 17/2 17/3 17/6 24/1 26/19 32/22 46/22
hereby [1] 57/3

hide [1] 13/2
high [1] 52/11
high-powered [1] 52/11
highest [1] 36/5
highly [1] 52/2
hiking [1] 11/22
Hillary [1] 35/13
him [27] 6/25 12/2 15/18 16/18 16/18 18/9 18/21 22/25 23/16 24/3 24/14 26/3 29/20 29/20 29/24 30/22 30/24 31/24 32/2 40/14 41/6 41/9 41/11 41/11 41/11 46/10 46/11
himself [6] 12/7 15/19 17/11 21/5 21/11 21/16
hindsight [3] 11/20 11/21 15/8
his [70] 6/5 6/10 6/11 6/14 6/25 6/25 6/25 8/12 8/12 8/15 8/16 11/2 11/3 11/4 11/5 11/6 11/22 12/2 12/4 12/8 12/9 12/17 12/17 12/24 13/2 15/12 15/23 16/16 16/18 16/24 16/25 16/25 17/1 17/1 17/2 17/3 17/3 17/10 17/14 20/25 21/22 22/10 23/4 23/23 24/1 26/1 26/25 27/1 27/2 27/7 29/16 29/23 29/24 29/25 30/4 30/4 30/14 30/17 30/17 31/10 31/24 34/14 40/18 40/20 40/21 41/2 41/3 41/4 46/14 49/8
history [3] 11/12 22/14 23/15
hit [1] 30/7
hold [2] 24/21 41/13
holding [1] 37/9
holes [1] 51/23
Hollywood [1] 44/22
home [11] 11/7 11/9 11/16 20/2 20/3 28/20 29/10 30/5 30/8 31/11 44/13
homeless [1] 31/10
homes [1] 37/12
honest [1] 12/3
honesty [1] 47/24
Honor [39] 2/9 2/14 2/20 3/21 4/7 4/19 5/2 6/1 14/13 14/22 17/18 18/23 19/8 19/17 19/24 20/14 22/4 22/11 24/3 25/12 26/12 28/1 28/16 28/31 30/20 32/12 32/18 32/19 39/15 39/18 40/6 49/19 50/4 53/25 54/2 54/2 54/12 56/7 56/11

boardable [3] Pages/63 nput 71
50/22
hope [1] 35/6
hoping [1] 27/12
horn [1] 23/22
horrible [1] 33/12
hospital [2] 33/1 35/2
hour [1] 29/8
hours [2] 37/19 47/5
house [3] 29/2 35/21 46/24
how [12] 5/3 8/9 10/8 17/12 17/16 17/20 17/21 17/21 41/11 44/6 48/17 53/12
however [9] 9/15 9/19 10/11 33/17 34/16 41/18 47/21
hundred [1] 48/1
hurricane [2] 30/7 30/9
hurt [11] 18/6 21/15 21/17 24/11 24/12 41/25 45/14 47/4 50/14 50/15 50/20
hurting [3] 7/16 7/23 21/23
husband [1] 29/10
Hussein [1] 33/19
Hussein's [1] 33/17
hysteria [1] 38/16

**I**

I'll [56] 56/10
I'm [29] 2/18 8/2 8/13 16/9 25/12 25/14 27/12 27/18 28/7 28/7 28/9 28/10 28/15 28/17 28/20 30/21 32/12 38/12 39/6 39/12 39/17 40/3 40/7 45/2 52/16 52/17 53/17 54/20 55/25
I've [2] 15/16 44/16
ID [1] 44/18
identified [1] 13/12
identify [1] 2/8
ignore [1] 17/16
illegal [1] 48/13
illusion [1] 25/18
illustrates [1] 22/12
image [3] 42/5 42/6 42/8
images [1] 9/7
imagined [2] 17/2 34/25
Immediately [1] 46/11
immensely [1] 24/2
implies [1] 17/3
important [7] 2/18 6/19 18/4 19/25 25/8 33/5 53/8
impose [1] 15/4
imposed [1] 56/6
imposing [1] 32/10
impossible [1] 10/21
impoverished [1] 37/6
impressive [2] 51/13 52/3
imprisonment [1] 38/8
improved [1] 37/16

boardable [3] Pages/63 nput 71
impulsively [1] 51/25
incarcerated [2] 32/6 48/22
incarceration [1] 15/9
incident [4] 6/16 6/20 8/11 9/7
incidents [3] 6/21 21/24 52/2
include [3] 33/6 34/17 50/1
includes [1] 55/3
including [3] 3/6 25/24 55/13
incomplete [1] 10/18
incorrect [1] 44/10
incorrectly [1] 40/14
increase [2] 9/10 50/6
increasingly [1] 41/19
incredibly [1] 35/17
indeed [1] 39/1
Indiana [1] 1/19
indicating [1] 45/1
indictment [1] 56/21
indictments [1] 56/18
indignity [1] 37/8
individual [1] 34/8
individually [1] 6/23
individuals [4] 15/19 22/15 24/10 34/17
inference [1] 47/22
inferred [1] 3/19
infiltration [1] 42/25
influence [3] 37/22 43/1 43/2
influenced [1] 43/16
information [1] 26/23
inherently [1] 10/25
initial [1] 33/2
initially [1] 21/7
injured [1] 52/6
injures [1] 35/4
injuries [1] 33/11
injury [1] 52/14
inner [1] 34/5
innocent [1] 12/9
ins [1] 39/1
inside [2] 13/22 20/10
insomnia [1] 37/15
inspection [1] 19/23
instant [1] 16/17
instantaneous [1] 46/2
instead [1] 8/15
instruct [1] 55/15
instruction [1] 44/14
intend [1] 3/10
intended [4] 20/2 20/5 20/12 47/2
intending [1] 7/7
intent [1] 21/22
intention [3] 47/3 47/4 50/20
intentional [1] 20/7
interested [1] 39/8
interests [1] 34/9
internet [1] 42/13
interrupt [1] 39/6
interruption [1] 38/11
interview [2] 7/21 7/22
interviews [1] 7/6

**I**

introspective [1] 16/13
invasion [1] 33/2
invasions [1] 18/1
investigation [3] 3/4
43/12 52/4
investigations [1] 49/21
involve [1] 18/1
involved [2] 25/25 52/3
involving [1] 13/18
Iraq [5] 30/2 33/1
33/22 34/25 37/16
ironically [1] 24/2
is [111] 3/2 3/9 3/15
3/18 4/2 4/9 4/16 5/20
6/17 6/19 6/19 7/11
8/3 8/3 8/6 8/7 8/9
10/3 12/13 12/14
12/22 13/21 14/23
15/2 15/3 15/21 16/2
16/11 16/24 17/2 17/3
17/5 17/12 17/22 18/2
18/2 18/2 18/4 18/5
18/16 19/11 19/21
20/1 20/2 20/5 20/6
20/7 21/9 21/9 21/19
21/20 21/23 22/5 22/6
22/7 22/7 22/12 22/14
23/4 23/13 23/25
23/25 24/6 25/8 25/9
25/22 25/23 26/18
26/23 28/4 28/6 28/13
28/18 28/20 28/22
30/14 31/3 31/4 31/22
32/6 32/20 32/21
32/21 34/14 38/12
39/8 39/16 40/1 42/16
44/10 44/21 44/22
44/23 44/24 45/13
47/20 47/22 48/12
49/7 50/8 50/11 51/5
51/8 51/10 52/5 52/18
53/8 54/3 54/4 56/1
57/3
isn't [7] 6/1 10/4 16/23
22/11 23/7 23/7 39/17
issue [7] 3/23 24/20
25/2 25/21 25/22 54/3
54/11
issues [8] 4/14 4/15
14/2 14/3 31/1 33/3
45/21 54/5
issuing [1] 53/23
it [109] 3/22 4/17 6/5
6/19 7/1 7/3 7/4 7/4
7/8 8/2 8/18 9/24 10/1
10/2 10/15 12/4 12/22
13/3 13/4 13/7 13/13
15/21 16/4 16/5 16/8
16/17 16/19 16/21
16/21 17/6 17/14
17/15 18/3 18/6 18/7
18/21 19/10 19/11
19/23 20/8 20/11
21/10 22/7 22/9 22/10
25/2 26/3 26/13 27/8
28/3 28/10 28/13
29/19 30/15 30/21

35/6 37/1 37/17 38/21
39/2 39/12 39/22 40/7
41/7 41/10 41/15
41/19 42/6 42/16
42/20 42/21 44/3
44/12 44/13 44/16
44/21 44/22 44/23
44/25 45/1 45/6 45/7
46/4 46/7 46/9 46/18
46/19 46/23 47/17
47/18 48/2 48/12
48/17 48/19 49/7
49/20 51/22 51/24
53/1 56/13 56/18
56/19
it's [34] 3/21 4/13 5/23
6/3 6/3 7/25 8/1 8/8
9/6 9/10 10/3 10/7
10/15 10/16 10/20
17/8 17/18 19/11
21/24 21/25 22/1
24/20 24/22 24/24
26/11 27/2 28/25
39/23 44/19 44/19
44/20 52/8 53/13
53/14
items [1] 8/20
its [3] 37/20 44/24 51/3
itself [4] 10/2 20/11
20/21 40/7

**J**

jail [3] 22/23 23/2
37/12
JAMES [1] 1/8
JEB [1] 1/3
job [1] 5/16
jobs [2] 33/22 39/3
Joe [1] 35/24
join [2] 29/19 30/13
joining [1] 32/25
Jolie [2] 1/11 2/9
Joseph [2] 32/21 40/15
joy [1] 30/15
Juan [1] 1/16
judge [3] 1/9 26/18
51/9
judged [1] 47/25
judgment [2] 25/3
55/20
July [2] 36/8 46/17
July 2009 [1] 36/8
June [1] 12/13
June 2021 [1] 12/13
just [29] 5/23 7/25 8/2
9/7 10/1 10/15 10/16
11/21 12/1 12/19
14/12 15/22 15/24
19/24 24/25 25/13
26/3 26/8 27/2 27/10
27/12 27/19 35/25
40/3 43/20 49/7 49/17
54/4 54/16
justice [1] 43/17
justification [1] 53/2
justified [1] 48/20

**K**

keep [2] 33/15 38/25

kidneys [1] 38/10
kids [2] 29/1 29/14
kind [10] 5/20 9/17
13/25 20/5 23/8 31/5
31/18 31/22 42/19
51/14
kinds [4] 6/6 8/21 14/8
14/9
knew [2] 20/23 20/25
know [30] 5/20 6/1 9/3
10/3 11/10 11/16
11/20 11/20 13/17
16/5 16/8 17/8 17/11
17/23 17/24 18/1
18/25 22/13 23/12
25/7 26/23 27/2 27/6
27/9 29/13 32/20
40/13 41/24 41/25
47/20
knowing [2] 30/3 49/14
knows [5] 12/16 14/22
14/24 19/8 21/20

**L**

labeled [1] 44/19
labels [1] 44/25
labor [1] 38/9
lamppost [7] 9/20 9/21
9/22 9/25 10/15 19/21
47/24
landed [1] 40/17
lands [1] 4/4
Landstuhl [1] 35/2
language [1] 22/16
largest [2] 19/18 46/22
Las [1] 30/10
lashing [1] 51/25
last [6] 33/22 35/10
35/10 35/23 41/11
50/7
late [2] 21/24 22/7
later [5] 12/15 41/23
43/19 48/10 52/11
law [10] 12/19 14/9
23/21 27/10 36/17
36/21 48/12 48/12
48/14 49/20
law-abiding [1] 49/20
lawyer [2] 15/22 23/21
layer [1] 8/9
learned [1] 35/12
35/20 35/23 36/10
36/24 37/21 42/19
least [1] 50/4
leave [3] 37/18 48/7
48/10
leaving [3] 36/23 37/12
37/16
lectern [1] 2/8
led [2] 39/19 51/13
leery [1] 15/24
left [3] 11/5 36/8 48/9
legal [5] 4/9 10/25
17/25 23/23 27/11
legs [1] 35/3
length [1] 26/25
lengthy [1] 52/25
lenient [1] 43/20
Lenin [3] 42/14 42/16

lent [1] 31/11
less [7] 9/10 10/13
13/19 24/25 32/7 40/4
53/11
Let [1] 54/22
let's [3] 2/18 6/24
54/14
letter [9] 22/12 26/24
28/2 28/4 28/6 28/8
28/13 28/22 28/25
letters [5] 3/7 14/6
31/19 51/17 51/19
level [2] 34/17 35/6
levels [1] 36/6
license [8] 8/16 11/7
12/4
lied [1] 12/4
life [23] 5/16 11/15
11/16 16/7 16/20
16/24 16/25 16/25
23/4 27/5 29/25 30/4
32/5 32/7 40/18 40/20
41/3 46/1 49/10 49/12
50/7 51/11 51/13
lifelong [1] 23/15
lifetime [1] 48/14
lifted [1] 45/25
light [2] 6/12 52/4
like [29] 4/21 5/7 5/25
6/2 6/22 10/5 11/12
15/20 17/9 17/24
18/14 18/18 18/19
19/10 19/24 20/7 20/7
21/10 22/4 24/14
24/15 24/16 26/13
26/20 27/10 27/17
32/16 43/9 50/8
liked [1] 31/13
likely [2] 9/22 52/13
line [1] 21/13
listen [1] 4/22
little [9] 10/7 18/25
24/4 24/20 24/21
34/19 35/18 36/4
46/18
live [4] 7/12 9/1 33/12
41/3
lived [5] 5/15 29/5 29/6
29/25 37/2
livelihoods [1] 37/10
liver [1] 38/10
lives [2] 29/5 34/7
living [1] 31/10
local [2] 42/23 55/4
located [1] 42/20
location [3] 8/18 42/22
42/22
lockdowns [2] 37/3
37/17
long [7] 4/4 15/13
22/13 29/22 41/3 46/9
53/13
look [5] 5/25 8/4 19/9
30/24 43/9
looked [2] 18/9 46/23
looking [1] 31/5
looks [2] 6/2 26/13
lost [7] 16/3 16/16

37/6 37/7 37/10
37/11
lot [8] 3/24 13/25 15/17
16/6 18/23 22/15 39/8
41/22
Louisiana [1] 12/16
love [2] 31/21 41/11
loved [2] 29/25 30/4
31/13 41/11
loving [2] 29/15 32/3

**M**

ma'am [1] 26/16
made [6] 17/4 18/5
21/22 36/11 45/6
47/23
mail [1] 44/17
main [2] 11/5 24/11
make [18] 6/7 8/22
10/22 14/12 17/6 18/5
20/19 21/2 21/2 21/5
21/14 21/16 22/6
24/12 26/3 31/8 47/15
49/2
makes [1] 11/19
making [1] 52/3
man [6] 31/10 31/21
34/14 34/16 40/17
42/6
managed [1] 49/5
Managing [1] 48/9
mandatory [1] 54/25
manner [1] 48/24
manual [1] 44/15
many [8] 14/1 14/8
14/9 29/2 31/1 33/10
41/14 43/6
Mao [3] 42/14 42/17
44/4
March [1] 1/5
Maria [1] 30/7
marker [1] 44/25
market [1] 38/15
Marymount [1] 36/13
mask [2] 7/3 8/19
masks [1] 13/1
mass [6] 33/19 38/4
38/8 38/16 42/16
42/18
massacre [1] 38/4
matter [4] 35/23 37/6
50/2 57/5
may [9] 7/13 13/13
20/14 32/9 48/17 49/7
50/22 55/21 55/22
maybe [6] 5/18 8/6 9/3
10/2 24/2 51/11
me [30] 4/4 4/16 7/24
16/8 16/10 25/8 26/9
26/16 28/9 28/11 30/8
30/15 30/20 31/18
34/6 36/12 39/19 40/3
40/4 41/16 46/3 47/14
48/3 49/13 49/18 50/4
50/10 50/21 53/2
54/22
mean [13] 15/18 16/9
16/20 16/20 16/23
16/24 17/9 17/24 18/2
19/23 21/8 22/2 24/23

## M

meaning [1] 3/10
means [1] 7/8
meant [1] 47/8
measurements [2]
10/11 10/20
media [1] 14/7
median [2] 15/1 15/3
medication [1] 41/3
member [1] 49/24
members [2] 31/13
34/7
memo [1] 16/5
memoranda [2] 2/24
4/1
memorandum [4] 28/5
28/14 44/8 51/3
memories [3] 33/17
34/22 46/14
men [1] 35/2
mental [6] 14/2 23/20
33/2 33/3 41/16 55/7
mentioned [2] 30/22
31/16
merciful [1] 32/9
merely [1] 46/13
message [2] 24/6
52/19
messaging [1] 14/10
met [1] 15/18
methodology [1] 6/15
meticulous [1] 52/1
meticulously [1] 5/21
Miami [4] 36/21 36/22
37/2 56/14
middle [7] 6/4 7/3 8/18
8/24 10/4 30/24 53/14
might [5] 26/4 39/10
42/5 42/23 53/11
Mike [1] 9/13
mileage [1] 8/14
miles [1] 7/1
military [5] 11/14 23/17
23/17 23/19 35/1
mind [9] 22/10 25/9
33/12 42/4 45/4 46/2
49/16 54/12 54/13
mindful [1] 41/2
minds [5] 22/13 22/14
22/17 35/4 52/24
minimize [2] 15/7
45/16
minimum [1] 18/21
Minnesota [2] 13/18
18/19
minute [1] 32/16
minutes [1] 18/13
miss [1] 14/12
missed [4] 9/12 45/9
48/5 48/5
misses [2] 45/9 45/11
missing [1] 35/3
mission [1] 40/16
mitigation [1] 3/7
mixture [2] 19/12 19/19
modified [1] 38/22
Molotov [1] 13/22
mom [1] 28/20
moment [5] 26/9 31/10

money [1] 23/24
month [3] 35/20 40/23
48/10
months [16] 6/17 12/14
12/15 14/19 15/2 15/3
37/6 40/24 40/25
45/24 51/4 51/4 53/17
53/17 53/18 53/19
moon [1] 40/17
moot [2] 3/18 3/22
more [32] 10/1 10/10
13/19 14/9 20/9 23/13
24/21 25/1 29/9 35/18
36/4 36/22 37/19
37/24 38/1 38/1 39/8
39/25 40/3 40/4 40/12
41/18 44/21 48/1 48/6
48/22 48/24 50/1 50/9
53/2 54/2 54/5
morning [16] 2/2 2/3
2/4 2/9 2/11 2/13 2/15
2/16 2/17 2/20 7/12
26/19 26/22 32/18
45/15 47/5
most [9] 2/18 13/17
15/19 18/4 23/18
23/22 23/24 33/5
48/16
mother [11] 17/3 27/2
27/24 28/19 32/3
32/21 49/14 49/15
50/6 50/10 51/18
mother's [2] 28/2 49/6
mothers [1] 37/6
motion [2] 17/3 3/20
move [2] 24/4 56/20
moved [1] 21/15
moving [1] 51/18
Mr [1] 54/13
Mr. [36] 2/16 3/7 3/17
4/8 4/20 9/15 9/15
9/22 14/21 15/5 15/15
15/21 18/4 19/8 20/22
22/8 22/11 22/18
23/15 24/15 25/5
25/16 26/10 26/25
27/17 27/19 32/15
34/1 38/12 39/7 51/12
53/10 54/1 54/11
55/16 56/8
Mr. David [1] 27/19
Mr. Eldridge's [1] 9/22
Mr. Ohm [3] 3/17 4/8
14/21 26/10 26/25
38/12 54/1 54/11 56/8
Mr. Robert [1] 34/1
Mr. Rodriguez [19]
2/16 3/7 4/20 15/5
15/15 15/21 18/4 22/8
22/11 22/18 23/15
24/15 25/16 27/17
32/15 39/7 51/12
53/10 55/16
Mr. Rodriguez's [1]
20/22
Mr. Shatzer [3] 9/15
9/15 19/8
Mr. Shatzer's [1] 25/5

money [1] 23/24
5/1 16/7 17/22 26/11
26/15 26/18 28/22
53/24 56/6
Ms. Baker [2] 22/2 3/5
Ms. Crayton [3] 26/11
26/15 26/18
Ms. Shrewsbury [1]
28/22
Ms. Zimmerman [6]
4/6 5/1 16/7 17/22
53/24 56/6
much [23] 2/22 4/11
10/8 14/16 14/17 15/7
16/2 21/13 21/22
26/19 27/15 31/12
32/13 32/14 35/8
39/25 41/11 41/12
43/17 48/23 49/13
50/24 53/1
Muelle [1] 1/15
multiple [2] 8/20 51/9
murder [1] 38/5
murderer [2] 42/17
42/18
must [6] 7/16 34/12
41/25 41/25 55/5
55/19
my [111] 4/2 4/3 5/10
16/5 16/11 16/11
16/12 16/14 22/22
25/9 28/9 28/9 28/18
28/20 29/1 29/3 29/7
29/9 29/10 29/14
30/19 30/19 30/23
30/24 31/4 31/4 31/9
31/12 31/19 31/20
32/7 32/8 32/20 32/20
32/21 32/22 33/5
33/10 33/22 33/22
34/22 34/23 35/10
35/10 36/4 36/6 36/9
36/15 36/24 37/15
37/18 39/19 39/24
40/9 40/13 40/15
40/17 40/19 40/22
40/22 41/12 41/14
41/18 42/16 44/2 45/2
45/2 45/4 45/14 45/18
45/20 45/20 45/24
45/25 46/1 46/1 46/2
46/10 46/12 46/14
46/17 46/18 46/18
46/18 47/8 48/9 48/11
48/16 48/17 48/23
48/24 49/1 49/3 49/5
49/8 49/10 49/11
49/11 49/14 49/15
49/19 50/3 50/6 50/7
50/10 50/13 50/24
51/9 53/6 53/23 54/10
myself [7] 33/13 46/9
47/13 48/4 48/18 49/6
49/14
mystery [1] 22/11

## N

name [4] 28/18 31/17
32/20 38/21
narrative [1] 16/8

39/1 44/7
nation's [1] 46/23
national [2] 34/7 42/23
nature [1] 6/18
navigating [1] 43/14
near [2] 6/10 46/1
nearby [3] 7/9 7/10 9/1
nearly [1] 13/3
necessary [2] 33/21
55/7
need [7] 5/7 12/18
13/11 24/25 32/16
43/24 54/4
needed [5] 23/23 35/8
39/19 46/10 48/23
negotiate [1] 3/14
negotiated [1] 53/15
neighbors [1] 29/3
nervous [1] 48/6
nestor [5] 1/22 1/24
57/8 57/8 57/10
network [1] 34/16
never [9] 3/20 15/16
22/9 22/10 29/15
29/17 41/17 50/2
50/20
new [5] 11/10 11/11
12/17 30/10 35/6
next [3] 9/20 9/24
10/15
nice [1] 31/7
nieces [1] 49/11
night [10] 6/4 7/3 8/19
9/3 10/17 21/24 22/7
37/19 44/5 47/3
nights [1] 31/1
no [36] 1/3 4/7 4/10
5/11 9/23 9/24 10/10
10/19 10/20 10/20
11/2 18/5 18/11 19/2
22/7 22/8 24/11 25/16
25/19 28/24 29/2
32/13 35/4 42/2 45/6
47/3 47/4 47/15 49/24
50/19 52/6 52/9 53/25
54/4 56/7 56/20
nobody [3] 21/15 21/17
24/12
noise [1] 19/11
none [2] 17/1 20/10
normalcy [1] 46/4
Normally [1] 41/19
Northwest [4] 1/13
1/19 1/23 21/8
not [91] 3/1 3/2 5/8
5/23 6/4 6/11 6/20 7/4
7/6 7/7 8/13 9/12 9/18
9/18 10/16 11/21 12/3
12/23 13/3 13/4 13/18
13/21 15/21 17/9 18/8
18/16 19/2 20/12 21/6
21/18 21/23 21/24
23/22 24/4 24/24 25/1
28/17 29/2 30/2 30/23
30/24 31/2 31/3 31/14
31/22 31/25 33/19
34/6 34/11 34/15

38/20 39/16 39/21
40/7 40/13 40/19
41/25 41/25 43/18
44/14 44/19 44/19
44/23 44/25 45/2 45/3
45/14 45/16 47/18
47/20 49/2 49/7 49/8
49/13 50/8 50/10
50/13 51/11 52/16
52/25 54/10 55/3 55/6
56/6
note [2] 6/19 19/23
noted [1] 12/2 56/6
nothing [5] 20/10 34/19
49/3 50/8 56/9
notice [2] 47/24 55/19
noticed [2] 30/22 47/6
November [2] 12/13
12/14
November 2022 [2]
12/13 12/14
now [24] 3/18 8/9 15/8
15/9 15/14 17/13
17/20 18/3 18/6 19/20
19/20 21/18 27/9 28/8
30/24 31/21 34/14
35/17 36/10 43/9
48/23 50/3 52/21
55/15
NW [1] 57/9

## O

Obama [2] 34/1 35/14
Obama's [1] 35/7
obey [1] 48/11
obeying [1] 48/14
object [2] 20/17 21/16
objection [4] 4/3 4/10
53/23 54/10
objections [1] 56/5
observe [1] 47/9
obsession [1] 51/23
obviously [3] 5/23
12/20 30/1
occasion [1] 31/16
occasions [1] 30/6
occurred [1] 21/24
off [7] 5/19 9/12 12/15
16/25 16/25 24/21
25/2
offense [2] 6/19 6/22
offenses [1] 13/10
offer [2] 25/4 25/6
offered [4] 9/13 9/18
9/18 32/3
office [5] 1/12 1/19
2/21 46/8 55/1
officer [2] 43/21 49/23
officers [2] 12/1 12/3
Official [1] 1/22 57/9
officials [3] 34/18
38/25 43/11
Ohm [11] 1/18 2/12
3/17 4/8 14/21 26/10
26/25 38/12 54/1
54/11 56/8
oil [1] 43/13
okay [13] 3/23 5/11
19/5 19/7 25/20 26/6

**O**

okay... [7]  27/15 27/25 39/20 50/24 54/7 54/14 56/10
oldest [2]  29/3 30/19
once [2]  37/5 37/21
one [43]  4/16 5/23 6/20 7/13 7/15 10/14 11/6 11/6 11/18 12/5 13/5 13/18 18/5 19/18 21/11 22/12 22/14 22/20 22/22 24/11 24/11 25/4 25/13 25/14 25/21 31/15 33/5 34/4 34/16 38/6 40/20 40/21 41/11 41/16 42/23 44/12 45/6 46/22 48/6 50/19 51/8 52/6 52/20
one-child [1]  38/6
ones [3]  4/14 18/19 18/19
online [3]  37/20 44/12 46/21
only [8]  3/23 10/11 11/18 29/18 38/21 39/13 48/3 52/3
open [1]  10/2
openly [1]  38/7
operational [4]  6/6 6/14 8/22 12/25
opinion [7]  9/13 9/17 9/22 10/7 42/16 53/6 53/24
opportunity [6]  18/25 23/1 24/4 32/19 40/2 50/21
oppression [1]  42/9
options [1]  55/2
order [11]  3/19 19/17 20/19 21/1 25/3 29/9 30/8 33/15 53/23 54/11 55/12
ordered [1]  38/25
organs [1]  38/10
original [3]  47/8 56/18 56/21
other [25]  2/25 3/23 5/24 11/8 13/19 16/16 18/17 18/18 20/11 20/16 22/17 23/2 24/13 25/4 25/14 25/18 25/25 26/4 27/4 28/9 30/6 52/23 55/3 55/14 56/9
others [10]  5/25 7/10 12/7 12/11 35/4 37/7 37/11 41/14 42/1 51/22
our [24]  13/5 16/4 23/22 28/2 29/21 29/24 30/3 30/11 33/15 33/20 34/7 34/12 34/20 36/5 37/5 37/22 41/5 43/8 43/9 43/12 43/17 44/6 44/7 46/23
out [15]  8/9 15/21 16/4 18/7 25/1 27/2 29/2 48/15 51/25 52/1 52/8 outside [7]  8/24 10/17 10/23 10/23 10/24 10/24 11/3
over [16]  22/15 23/1 27/11 34/21 38/16 43/5 43/7 44/11 44/17 44/18 45/5 45/24 48/10 48/18 48/18 49/12
overcast [1]  34/21
overdosing [1]  43/10
own [8]  8/16 9/14 20/25 23/22 34/18 38/3 41/5 43/10
owned [1]  35/15

**P**

page [1]  8/1
pages [1]  7/25
paid [1]  8/20
pain [2]  31/20 49/13
painful [1]  49/9
painfully [2]  33/10 35/8
pains [1]  50/13
paired [1]  38/25
Panama [8]  8/14 31/11
panic [1]  38/18
parent [1]  49/16
parents [3]  40/19 48/11 48/11
parked [1]  8/16
part [4]  13/17 46/5 53/23 55/1
participating [1]  26/19
particular [1]  54/3
particularly [2]  5/8 51/14
parties [6]  3/14 5/9 51/6 53/8 53/15 54/11
partying [1]  31/7
pass [3]  47/6 47/9 49/7
passed [3]  30/18 36/23 46/12
passengers [1]  18/11
passing [2]  36/17 50/11
past [4]  20/22 21/12 37/13 53/4
path [1]  49/20
patrol [2]  12/1 12/3
patrolling [1]  8/25
pattern [1]  11/2
peace [2]  36/9 49/16
pedestrian [1]  47/9
Pensacola [1]  12/16
pentagon [3]  34/4 34/6 34/13
people [27]  6/2 7/8 7/9 7/12 9/1 9/3 15/9 16/10 18/10 22/9 23/2 23/18 23/18 23/23 23/24 23/24 24/10 31/5 37/6 37/10 37/10 38/3 38/3 39/2 43/17 45/16 47/15 per [1]  50/5
percent [5]  18/6 18/15 18/16 21/21 43/12
perhaps [7]  7/6 22/2 42/8
perimeter [1]  18/14
period [5]  15/8 16/17 24/15 45/24 50/7
permissible [1]  10/24
permission [2]  4/20 55/22
permit [1]  4/23
person [13]  2/19 15/15 15/22 15/23 16/10 23/7 23/8 23/8 23/13 31/17 31/18 48/3 50/16
person's [1]  38/23
personal [2]  34/18 45/18
personally [2]  27/13 41/15
pertinent [1]  39/24
petty [1]  43/21
pharmaceutical [2]  38/18 40/25
phone [12]  7/2 8/20 11/5 11/10 11/11 12/17 12/17 12/17 22/5 25/6 33/8 41/10
phones [1]  13/1
photographs [2]  10/19 10/20
pick [1]  54/15
picture [1]  10/18
piece [1]  8/6
pipelines [1]  13/23
place [7]  17/20 36/11 42/1 42/23 47/11 47/12 52/16
placing [2]  47/17 49/6
Plaintiff [2]  1/3 1/11
plan [5]  44/2 46/20 46/25 47/8 48/9
plane [1]  41/8
planned [3]  5/21 8/12 27/6
planning [4]  6/25 6/25 16/3 41/23
plans [2]  17/4 49/2
planted [1]  6/9
planting [1]  6/4
plate [2]  8/16 12/4
play [1]  19/14
played [3]  19/13 19/15 19/16
plea [7]  3/10 3/13 3/13 3/16 25/23 43/19 50/5 pleading [2]  18/16 31/3
please [5]  2/7 5/14 32/9 50/4 54/19
plot [1]  26/4
plus [1]  26/4
point [15]  3/9 11/16 13/15 21/12 22/6 23/9 29/21 31/8 36/25 39/2

point... [3]  13/18 47/4
pointed [1]  42/8
points [1]  52/8
police [2]  13/22 24/9
policy [2]  35/16 38/6
population [1]  38/5
populations [2]  38/14 39/1
portion [2]  4/22 45/12
position [1]  36/20
positive [1]  22/25
possessing [2]  6/13 55/4
possession [1]  26/1
possibility [1]  50/11
possibly [4]  12/7 17/1 21/22 32/9
posted [2]  14/7 14/7
posting [1]  40/25
potential [4]  9/11 9/13 12/17 48/4
potentially [2]  7/16 11/10 21/15
potentials [1]  5/25
pound [10]  10/12 10/14 19/18
pounds [10]  7/4 9/5 9/6 9/9 9/9 10/9 10/10 10/15 11/23 19/12
powered [1]  52/11
powerful [1]  34/16
practice [1]  10/6
practitioners [1]  38/9
preference [1]  5/25
preferred [1]  21/14
prefers [1]  3/22
preliminary [1]  3/9
preoccupation [1]  45/20
preparation [1]  51/25
prepare [3]  30/8 31/8 52/1
present [2]  14/3 15/14
presentation [2]  5/3 16/8
presentence [2]  3/4 55/2
presents [1]  15/15
president [4]  34/1 34/17 35/14 35/24
presidential [1]  35/7
pretty [1]  25/5
prevented [1]  37/9
previously [2]  20/25 56/6
primarily [1]  19/11
principal [1]  12/21
prior [1]  51/12
priority [1]  34/6
prison [8]  38/14 49/10 50/12 52/22 52/23 53/17 53/18 53/18
prisoners [1]  52/22
private [1]  36/21
Pro [1]  20/3
probability [2]  45/17 50/6
probably [2]  7/2 13/6
probation [2]  2/21 55/1

probation's [1]  14/25
problem [4]  5/11 31/12 41/20 56/20
problems [2]  29/16 29/17
proceeding [1]  15/23
proceedings [3]  2/1 15/10 57/4
product [2]  44/20 52/2
production [1]  38/19
professional [2]  11/15 28/17
professionalism [1]  26/25
proffer [1]  20/18
program [2]  22/17 22/19
progress [1]  55/11
promote [2]  12/18 33/15
propensity [1]  6/8
proper [1]  3/25
property [2]  12/11 20/8
prosecuting [1]  39/4
prosecution [2]  44/16 45/13
prosecution's [1]  44/8
prosecutor's [1]  47/21
prosperous [1]  37/5
protect [1]  12/20
protection [1]  20/23
protective [5]  3/19 33/23 33/24 35/11 36/24
protest [5]  6/1 6/2 13/17 14/4 44/5
protesting [1]  43/3
protests [3]  17/21 17/24 17/25
proud [1]  41/12
provide [3]  12/19 33/7 40/18
provides [1]  22/19
provision [1]  25/23
proximity [1]  47/22
psychology [1]  36/14
psychotic [1]  33/7
public [12]  1/19 6/3 12/20 15/16 17/16 17/19 23/10 36/19 39/4 40/3 42/22 51/15
publicized [1]  6/3
Puerto [5]  1/16 29/5 30/7 32/23 40/8
punishment [2]  12/19 13/8
purchase [3]  44/12 44/17 44/17
purchased [2]  20/2 44/11
purchases [1]  13/2
purchasing [1]  43/7
purely [1]  45/18
purpose [1]  44/24
purposeful [1]  41/23
purposes [2]  44/23 47/20
pursue [1]  39/14
put [3]  20/7 30/23

**P**

put... [1] 42/21
Putin's [1] 36/1
pyrotechnic [1] 44/21

**Q**

question [4] 4/2 33/20
51/24 56/1
questions [5] 24/14
24/17 24/18 25/7
50/22
quickly [1] 46/13
quiet [1] 16/11
quite [4] 8/5 9/10 30/1
46/13

**R**

rabbit [1] 51/23
raised [4] 16/7 29/1
32/23 48/11
rambunctious [1] 29/4
ran [1] 31/14
range [8] 3/11 3/15
3/15 3/16 4/5 14/24
15/2 51/5
rather [4] 34/8 34/12
38/21 44/20
reach [1] 29/21
reached [2] 29/16 53/8
reaching [1] 31/2
reactions [1] 52/20
read [7] 28/2 28/3
28/13 28/14 44/14
51/17 51/18
reading [1] 28/10
ready [1] 50/22
real [1] 50/10
reality [1] 33/18
realization [1] 52/24
realize [2] 47/8 48/23
realized [5] 18/14
21/12 21/13 30/25
46/13
really [8] 7/25 10/21
16/2 19/24 22/21 24/3
27/5 49/5
reason [3] 20/18 21/18
39/9
reasonably [1] 42/1
reasons [4] 24/11 33/6
39/13 51/9
recalled [1] 35/1
recalls [1] 21/8
received [1] 51/19
recently [2] 11/10 16/2
reckless [2] 7/8 45/3
recognizes [1] 23/6
recommend [2] 14/18
56/16
recommendation [1]
3/4
Recommendations [1]
56/11
recommended [3] 3/11
5/5 55/1
recommending [1]
35/24
reconnect [1] 26/9
record [4] 2/8 19/17

recover [2] 27/13
27/14
reenlist [1] 36/8
reentry [1] 55/11
reflect [3] 15/10 31/4
37/21
reflection [1] 48/23
reflects [1] 32/6
reform [1] 35/8
refused [1] 39/3
regard [1] 44/16
regarded [1] 44/8
regarding [3] 3/18
26/25 41/1
regime [1] 35/19
regional [1] 42/23
registered [2] 26/2
52/10
regret [4] 30/24 31/25
50/13 50/19
regrets [1] 24/2
regretting [1] 31/2
regulated [2] 10/23
11/1
reject [1] 3/13
related [1] 45/21
relations [2] 36/1 36/2
relationship [1] 35/16
relatively [1] 6/12
release [2] 53/20 55/12
relevant [1] 10/16
relieved [2] 18/11 46/4
religious [1] 38/8
remainder [1] 54/22
remained [1] 22/24
remaining [1] 36/15
46/10
remember [2] 29/18
46/10
remembered [1] 46/12
reminded [1] 33/13
remorse [2] 39/10 53/2
remotely [1] 10/16
rental [1] 13/1
renting [2] 7/2 8/15
repeated [1] 53/3
repeatedly [1] 33/13
report [8] 3/4 3/7 9/14
10/9 16/22 19/2 25/5
55/2
REPORTED [1] 1/22
reporter [4] 1/22 28/7
38/11 57/9
reports [2] 3/8 7/15
represent [1] 15/19
representation [1]
15/24
represented [1] 15/16
representing [1] 5/16
request [1] 55/21
require [5] 18/21 55/6
55/6 55/8 55/9
required [1] 3/12
research [1] 37/19
researching [3] 37/23
45/21 54/5
reserves [1] 43/13
reset [1] 35/15
residence [1] 37/18

residential [1] 23/2
resolution [1] 4/16
resource [1] 22/25
respect [5] 10/7 12/18
12/19 13/11 48/12
respond [1] 33/5
responding [1] 25/12
responsibility [1] 21/19
responsible [1] 41/13
responsibly [1] 49/25
restitution [7] 24/17
24/20 27/20 53/22
53/23 54/11 54/22
restrictions [1] 55/10
resulting [1] 38/17
resumed [1] 46/1
return [3] 33/22 46/2
50/3
returned [1] 37/17
review [2] 13/6 19/1
reviewed [3] 2/24 3/3
3/6
Rico [5] 1/16 29/5 30/7
32/23 40/8
ricocheted [1] 45/9
right [18] 8/23 14/17
18/2 18/2 22/2 23/9
24/19 28/8 46/22 51/1
51/10 53/14 54/10
54/17 55/15 55/18
56/2 56/5
risk [4] 11/17 12/8 41/1
48/14
risks [1] 48/20
RMR [2] 1/22 57/8
RNA [1] 38/23
road [1] 21/11
robbed [1] 49/14
Robert [1] 34/1
rocking [1] 7/20
RODRIGUEZ [31] 1/5
1/15 2/6 2/13 2/13
2/16 3/7 4/20 15/5
15/15 15/21 18/4 22/8
22/11 22/18 23/15
24/15 24/16 25/16
27/17 27/19 28/2
28/17 32/15 32/20
32/21 39/7 40/15
51/12 53/10 55/16
Rodriguez's [1] 20/22
role [3] 36/6 36/24
43/23
room [2] 33/6 33/9
route [2] 7/1 8/12
row [2] 33/23 42/7
rule [1] 54/16
run [2] 53/19 53/20
rushed [1] 38/18
Russia [5] 35/15 35/16
35/22 35/25 36/1
Russia's [1] 35/18
Russian [1] 43/1

**S**

sacrifice [2] 33/14
33/20
Saddam [2] 33/17
33/18

safe [2] 6/11 33/15
safeguard [1] 21/1
safety [4] 12/8 12/8
21/21 48/8
saga [1] 17/12
said [3] 3/20 20/2 53/3
sale [4] 35/14 35/22
35/24 38/15
same [4] 28/13 28/22
46/25 51/11
sample [1] 38/20
San [13] 1/16 6/24 7/2
7/19 9/7 10/23 11/24
13/3 30/10 42/21
45/19 46/15 52/10
San Antonio [1] 7/2
sat [2] 18/9 29/20
satellite [1] 33/8
savings [1] 37/11
saw [16] 13/5 29/21
30/18 31/11 34/10
35/1 35/17 35/17 37/5
42/5 46/8 46/21 47/1
48/2 48/2 48/6
say [7] 23/12 26/21
27/17 32/16 39/7
39/16 40/2
saying [6] 7/21 7/23
21/18 22/5 50/15
52/17
says [3] 9/15 9/16 10/9
scared [1] 40/13
school [3] 23/21 29/7
43/9
schools [2] 29/6 29/10
scouted [1] 47/1
scratch [1] 49/12
second [3] 3/17 11/12
27/11
secondary [1] 42/3
secret [3] 8/25 45/25
49/22
secretary [5] 33/25
34/3 34/14 35/11
35/13
security [9] 6/6 6/14
8/22 12/25 20/25
33/25 34/8 34/19
49/22
see [14] 8/4 8/6 8/8
11/19 19/3 20/4 20/6
21/12 41/4 41/5 41/6
47/14 53/12 56/10
seem [4] 10/15 13/14
13/25 14/3
seemed [3] 45/19 48/1
51/20
seems [5] 4/16 6/15
12/22 19/24 39/12
seen [7] 4/14 7/13
11/24 15/9 20/15
20/16 31/14
selected [2] 6/5 8/12
selecting [1] 6/25
self [1] 48/23
self-reflection [1] 48/23
sell [2] 20/3 20/4
send [1] 24/6

sending [1] 52/19

sense [2] 11/20 46/18
sentence [27] 3/11
3/12 6/12 6/17 14/19
14/23 15/1 15/2 15/3
15/4 15/5 18/17 18/20
21/19 21/20 24/14
31/22 32/5 32/22
39/11 50/9 53/13
53/14 53/16 54/23
55/17 56/6
sentenced [1] 6/20
sentences [4] 18/18
18/18 23/16 43/20
sentencing [14] 1/8 2/5
3/3 3/15 4/3 4/21 5/10
13/12 15/13 16/4 17/5
28/5 28/14 55/2
separation [1] 49/11
September [2] 8/11
12/14
September 2023 [2]
8/11 12/14
serial [1] 11/2
serious [8] 13/19 13/19
13/20 13/23 14/2
48/13 52/5 52/14
seriously [2] 43/4
52/15
servant [1] 23/10
serve [1] 36/6
served [6] 23/17 23/18
23/22 34/22 49/23
49/25
service [10] 8/25 33/23
33/25 34/7 34/24
35/11 36/24 50/3
51/13 51/16
serving [1] 50/1
set [1] 33/18
sets [1] 51/3
settings [1] 28/8
seven [8] 3/11 14/23
15/4 18/20 18/21
21/20 24/15 50/1
seven-year [2] 15/4
21/20
several [4] 18/3 30/13
40/24 50/9
shall [1] 54/24
shared [1] 32/4
Shatzer [5] 9/15 9/15
10/7 19/8 25/5
Shatzer's [2] 19/1 25/5
she [8] 4/21 7/15 7/16
17/4 17/4 17/6 28/2
49/17
she's [4] 17/6 26/10
26/10 32/22
Sherry [1] 2/20
shifted [1] 53/6
ship [1] 44/13
shook [1] 7/22
shooters [1] 44/25
shooting [1] 6/5
Shop [1] 20/3
short [1] 19/6
shot [2] 6/10 48/6
should [2] 13/8 46/3

shouldn't [1] 39/11
show [5] 3/2 10/18
10/21 20/13 25/21
showcasing [1] 42/25
showed [1] 11/2
showing [1] 7/20
shown [3] 6/8 7/5
23/10
shows [1] 10/25
shrapnel [3] 9/24 19/22
20/7
Shrewsbury [3] 1/18
2/12 28/22
shut [4] 37/14 38/1
39/1 43/12
shut-ins [1] 39/1
shuts [1] 16/11
side [3] 4/2 23/12 27/4
sides [2] 2/25 4/12
47/14 51/5
sidewalk [3] 47/12
47/15 47/17
sight [1] 21/13
sign [2] 14/6 25/2
significant [7] 15/8
20/9 20/17 20/20 21/3
24/5 24/6
signs [2] 6/2 11/2
silencer [2] 26/2 26/2
silencers [2] 25/24
55/14
similar [1] 10/16
Similarly [1] 45/11
simple [1] 44/3
simply [2] 37/12 44/14
simulate [1] 19/9
since [7] 17/5 27/1
29/10 36/23 46/9
50/17 50/18
sincerely [1] 31/23
sir [2] 26/22 32/11
site [3] 21/10 47/1 47/5
situation [3] 16/9 32/1
49/6
situations [1] 53/9
six [1] 29/14
sleep [1] 37/19
sleeping [1] 12/2
sleepless [1] 31/1
slip [1] 47/3
small [1] 29/5
smiled [1] 31/17
Smith's [1] 16/22
snapped [1] 31/24
sniper [1] 6/10
so [53] 2/22 2/24 3/9
3/23 4/18 5/2 5/5 6/18
6/24 6/24 7/16 9/6
9/10 9/23 10/14 12/13
15/19 15/24 16/5
16/20 19/8 20/8 20/12
20/25 21/8 21/10
21/15 21/16 24/13
24/25 25/1 25/17 26/2
27/15 28/3 29/7 29/22
33/8 33/10 39/14 40/3
41/7 41/9 41/14 43/6
43/16 45/14 50/5 51/1

social [1] 14/7
socializing [1] 5/17
society [1] 23/4
sold [1] 43/13
soldiers [5] 33/7 33/10
33/14 33/20 34/23
some [15] 5/20 7/17
9/17 11/16 13/25
19/22 20/5 25/1 25/18
27/5 35/3 35/6 44/3
53/1 53/3
somebody [1] 16/10
somehow [3] 5/18
19/21 41/10
someone [6] 6/4 11/22
31/12 31/14 45/17
48/6
something [7] 13/5
16/24 17/18 27/8
30/22 31/23 41/20
sometimes [1] 29/8
somewhat [2] 25/10
53/6
somewhere [1] 8/17
son [8] 28/9 28/9 30/19
30/25 31/4 31/15 32/4
50/11
Sonia [2] 28/18 32/21
sons [7] 28/19 29/4
29/7 31/12 31/16
31/20 40/18
soon [3] 35/8 41/6
sorry [11] 2/18 7/24
25/14 27/25 28/17
28/21 30/21 32/12
39/6 53/17 55/25
sort [8] 8/7 8/9 16/7
17/12 19/20 19/22
19/23 20/5
soul [1] 31/22
souls [1] 35/5
Soviet [1] 42/17
space [1] 40/16
Spanish [1] 22/15
Spanish-speaking [1]
22/15
spare [1] 50/13
speak [6] 22/20 27/25
33/8 34/10 41/9 50/21
speaking [6] 21/8
22/15 29/7 29/9 40/3
43/4
special [4] 30/6 32/5
44/22 53/20
specifically [2] 3/20
13/9
spend [2] 32/7 54/5
spending [1] 49/14
spends [1] 32/6
spent [2] 24/23 24/25
spiritual [1] 38/8
spitballing [1] 19/24
split [1] 53/9
spoke [1] 29/10
spoken [1] 15/9
sport [1] 44/25
sports [1] 44/11
spy [1] 43/14

Square [2] 38/4 42/7
stabilized [1] 33/8
stages [1] 51/12
stand [2] 34/12 50/22
standing [2] 42/6 48/18
start [3] 3/24 6/24
49/11
started [2] 40/25 44/9
starting [1] 6/18
state [5] 35/13 36/16
45/4 46/2 55/3
statements [3] 51/18
52/7 52/25
states [9] 1/1 1/2 1/9
1/12 2/5 2/10 29/22
38/1 55/9
station [1] 24/9
statue [16] 7/20 8/3 8/4
8/5 8/8 8/9 14/5 33/18
42/14 42/19 42/23
42/24 43/4 44/4 44/4
45/10
stay [3] 28/20 37/11
55/8
staying [1] 37/13
stays [1] 56/19
steel [2] 8/8 10/14
steps [2] 24/5 52/7
still [7] 11/9 13/6 17/9
17/10 31/1 47/18
48/14
stirring [1] 42/5
stolen [1] 49/15
stopped [3] 45/20
45/21 45/24
stopping [1] 11/2
stores [2] 8/20 44/12
strangest [1] 51/8
strategic [1] 43/13
street [5] 1/13 47/7
47/13 47/14 48/8
strengthen [1] 35/25
36/2
stress [1] 27/3
strongly [1] 35/21
Stuart [2] 1/11 2/10
studied [1] 29/22
Studios [1] 30/11
studying [1] 9/3
style [1] 6/11
subject [1] 26/4
submitted [5] 2/24 9/14
26/24 28/14 28/23
subsequently [2] 36/15
53/22
subsidized [1] 56/2
substance [6] 14/2
38/22 38/24 44/11
55/4 55/6
successful [1] 18/6
such [12] 22/25 30/10
30/18 31/20 31/22
32/5 38/10 43/7 44/21
47/22 52/20 55/19
sudden [1] 41/7
suffer [3] 16/14 37/8
50/18
suffered [1] 7/17

suggesting [2] 7/7
25/19
suicide [1] 33/6
suit [1] 40/16
Suite [1] 1/20
Sullivan [1] 7/22
summary [1] 40/1
sunset [1] 49/15
supervised [1] 53/20
supervision [1] 54/24
support [1] 33/1 33/1
53/7
supportive [2] 17/8
51/17
supposed [7] 8/7 10/9
10/21 17/21 17/22
17/25 17/25
suppress [1] 48/16
sure [22] 5/3 6/7 8/13
8/22 14/12 18/5 18/15
18/16 20/15 20/19
21/2 21/6 21/14 21/16
21/22 24/12 38/12
40/7 45/6 47/15 54/20
56/12
surprised [2] 50/14
50/15
surrounding [1] 11/4
survived [1] 33/11
suspect [2] 40/10
suspicious [4] 5/25
11/5 13/5 40/11
swaths [1] 38/5
sweep [1] 18/15
swirled [1] 37/25
symbolic [1] 44/5
system [1] 34/15 34/15
43/17

T
table [1] 10/14
take [7] 14/14 29/9
30/9 39/3 41/2 49/17
49/18
taken [4] 3/19 24/5
43/7 52/7
taking [4] 36/20 40/23
40/24 52/6
talk [3] 11/12 16/13
18/24
talked [4] 12/25 16/2
26/24 46/10
talking [5] 16/3 17/22
27/18 30/24 39/23
Tallahassee [1] 54/14
tammy [1] 1/22 1/24
57/8 57/8 57/10
Tampa [1] 36/19
tanks [1] 42/7
Tannerite [19] 7/5 9/6
10/8 11/23 19/12
19/19 20/2 20/3 20/11
44/3 44/10 45/5 47/2
47/10 47/11 47/20
47/25 48/4 50/17
target [5] 6/5 6/10 6/25
8/12 10/5
targeting [2] 12/10
44/24

technical [2] 25/6 25/7
teenage [1] 29/16
television [1] 29/2 37/4
tell [3] 10/21 12/5
41/11
telling [3] 11/7 39/17
40/4
temporary [1] 46/15
ten [5] 3/12 18/13
18/20 36/22 55/17
ten-year [1] 18/20
terms [10] 17/20 17/24
19/25 20/24 21/1
21/14 21/22 22/4 22/6
51/1
terrible [1] 33/11
terror [1] 34/24
terrorism [2] 52/17
52/18
terrorist [1] 23/8
testing [1] 55/6
tests [3] 10/8 10/11
10/18
Texas [1] 42/21
than [25] 2/25 9/10
10/1 10/10 10/13
13/19 14/10 17/20
18/3 20/11 23/13 24/8
24/9 35/18 36/4 36/22
37/19 40/3 40/4 48/1
48/6 48/22 50/1 53/2
56/9
thank [23] 2/22 4/11
4/25 5/11 14/16 14/17
14/20 14/22 25/11
26/7 26/19 27/15
32/10 32/13 32/13
32/18 32/19 50/21
50/24 50/25 54/9 56/4
56/22
thankfully [1] 9/12
thanks [2] 2/22 3/5
Thanksgiving [1] 30/5
that [265] 3/10 3/10
3/14 3/16 3/18 3/18
3/19 3/20 4/4 4/5 4/14
4/23 4/24 5/4 5/8 5/12
5/21 5/23 5/24 6/16
6/19 7/10 7/19 8/6
9/16 9/17 9/18 9/25
10/9 10/17 11/6 11/6
11/7 11/17 11/19
11/21 11/25 11/25
12/1 12/22 13/13
13/16 14/3 14/8 14/11
14/18 14/25 15/1 15/5
15/6 15/20 16/1 16/2
16/2 16/4 16/9 16/13
16/14 16/24 17/1
17/12 17/19 17/25
17/25 18/5 18/5 18/8
18/11 18/13 18/14
18/20 18/24 19/10
19/10 19/11 19/14
19/18 19/21 20/5 20/6
20/7 20/8 20/10 20/11
20/17 20/18 20/18
20/19 20/20 20/23

**T**

that... [175] 21/1 21/3 21/6 21/13 21/13 21/14 21/16 21/16 21/17 21/20 21/23 21/23 22/12 22/12 22/13 22/14 22/16 22/20 22/23 23/5 23/6 23/6 23/10 23/10 23/13 23/13 23/14 23/15 23/25 24/2 24/2 24/18 24/21 24/25 25/1 25/2 25/8 25/17 25/18 25/18 25/21 25/25 26/1 26/3 26/4 26/5 26/5 26/23 26/23 27/3 27/4 27/6 27/7 27/8 27/9 27/10 27/13 28/4 28/6 28/12 28/13 28/14 28/23 29/13 29/21 30/22 30/25 31/3 31/4 31/11 31/16 31/17 31/19 31/19 31/23 32/1 32/1 32/4 32/7 32/17 33/11 33/13 33/18 33/23 34/6 34/13 34/19 35/6 35/11 35/20 35/20 35/23 36/25 36/25 38/20 38/22 39/2 39/14 39/16 39/21 39/25 40/2 40/8 41/7 41/12 41/15 41/15 41/16 41/21 42/1 42/3 42/4 42/7 42/16 42/17 42/24 43/3 43/5 43/16 43/22 43/25 43/25 44/11 44/23 46/7 46/9 46/13 46/21 47/22 47/22 47/23 48/18 48/19 49/3 49/4 49/15 49/16 49/16 49/22 50/7 50/14 50/15 50/16 50/18 50/19 50/19 50/19 50/20 51/2 51/5 51/6 51/8 51/10 51/12 51/19 51/21 52/6 52/7 52/7 52/9 52/9 52/10 52/14 52/17 52/19 53/1 53/3 53/5 53/6 53/12 54/15 55/3 55/24 56/12 57/3

that's [22] 3/21 4/24 9/7 10/4 13/14 16/12 17/18 18/20 22/20 26/3 27/25 28/4 30/20 42/13 43/24 44/21 51/3 53/7 53/13 54/20 56/13 56/22

their [14] 4/12 9/14 29/5 34/18 35/3 35/4 37/10 37/11 37/12 38/3 39/3 39/5 43/5 43/10

them [19] 5/6 5/7 5/8 6/10 10/12 12/5 13/24 14/2 19/3 19/4 24/22 29/11 35/3 38/8 39/5 43/18 48/15 49/2

then [18] 3/13 7/24 8/17 12/9 12/14 12/15 20/6 23/21 30/22 35/4 35/23 37/8 50/10 51/15 51/15 52/11 54/10 54/14

there [46] 3/17 7/8 7/9 7/9 7/10 7/14 8/25 9/2 9/8 9/17 9/23 10/1 10/20 13/14 18/11 19/24 20/10 20/20 20/23 21/2 21/3 21/5 21/9 22/7 22/9 22/15 23/1 24/5 25/17 25/18 25/19 25/22 26/15 30/22 38/11 39/3 42/22 43/5 47/2 49/8 49/9 49/17 49/17 50/8 50/14 54/3

there's [11] 3/24 6/20 6/21 7/18 8/25 10/11 10/19 10/19 18/23 22/8 22/16

therefore [2] 3/16 53/16

these [15] 5/21 6/9 11/17 12/12 12/21 15/10 18/5 21/24 36/10 36/11 45/15 52/1 52/4 53/3 53/8

they [30] 6/2 6/2 10/9 10/10 10/19 10/21 10/25 11/1 13/23 13/24 17/8 17/8 19/6 20/4 22/14 22/18 22/25 29/6 30/14 31/15 38/19 39/3 43/3 43/16 43/16 43/19 44/13 50/15 52/16 54/5

thing [9] 16/1 17/15 17/15 23/9 23/13 25/8 25/14 35/23 48/13

things [11] 14/8 14/9 20/6 22/12 22/21 23/14 24/3 25/4 25/8 26/4 27/5

think [22] 7/1 14/14 15/1 16/9 16/10 16/21 18/12 19/25 20/16 22/11 24/3 24/19 25/22 28/10 34/23 39/25 42/4 43/23 43/25 51/10 53/13 54/13

thinking [5] 5/3 15/13 16/6 16/8 45/24

third [2] 12/18 17/5 this [75] 4/12 4/22 6/1 6/18 7/7 7/11 8/6 8/13 8/15 8/24 9/5 10/4 12/22 13/4 13/8 15/13 15/14 15/21 16/3 16/6 16/23 16/24 17/5 17/9 17/12 17/13 18/14 18/19 19/11 20/1 21/9 22/8 23/1 23/3 23/9 24/2 26/18 27/1 28/8

32/1 33/13 33/14 34/21 35/17 35/18 36/4 38/12 38/24 39/17 39/22 40/1 42/7 43/3 43/20 44/2 44/10 45/13 46/4 47/13 47/19 49/13 50/2 50/7 50/8 50/22 51/8 51/22 52/24 53/14 55/15 55/18

thoroughly [1] 16/22 those [16] 3/3 5/6 10/8 10/12 12/3 13/19 13/25 29/4 30/16 33/11 34/25 35/1 39/4 52/14 52/18 56/16

though [2] 8/8 18/21 thought [9] 36/23 41/8 42/12 42/24 46/9 46/12 46/17 50/16 50/18

thoughtful [1] 31/18 thoughts [1] 48/17 three [9] 6/21 10/11 28/19 31/12 31/16 31/20 40/18 48/5 56/14

threw [2] 16/24 16/25 through [5] 9/1 24/3 30/1 51/18 52/3 throughout [1] 17/13 throw [1] 8/21 throw-away [1] 8/21 thrown [1] 37/12 thwarted [1] 12/1 Tiananmen [2] 38/4 42/7

tied [1] 11/6 time [33] 8/13 8/15 11/14 12/12 14/15 15/10 15/14 16/17 22/23 23/3 23/12 23/19 24/2 24/7 24/8 24/9 24/23 24/25 34/5 34/21 36/22 37/2 41/11 46/9 49/7 49/8 49/14 50/5 51/11 54/5 54/17

times [5] 9/15 9/16 30/13 30/16 48/25 today [13] 2/4 5/3 16/4 17/2 17/3 17/6 26/20 28/17 31/22 32/22 52/25 53/6 53/12 together [3] 4/15 30/9 30/15

told [4] 29/13 31/18 34/24 48/18 too [2] 42/10 46/4 took [6] 8/17 21/18 25/8 45/8 50/13 52/16 toot [1] 23/22 top [1] 49/22 toppling [1] 33/17 totalitarian [1] 35/19 totally [1] 27/2 tour [2] 30/4 42/20 town [2] 29/5 29/6

transcription [1] 57/4 transport [1] 12/9 trap [1] 13/22 trauma [1] 33/12 traveled [1] 30/1 treason [1] 36/5 treat [1] 33/3 treatment [1] 55/7 trespass [1] 18/1 tricky [1] 24/20 tried [3] 15/7 23/8 30/12 triggered [1] 51/21 triple [2] 24/8 24/9 trips [1] 30/9 troubling [1] 52/15 trust [1] 40/2 try [3] 13/24 19/9 41/9 trying [5] 13/22 22/6 37/11 45/2 47/23 turned [2] 15/21 16/4 Turning [1] 8/11 turns [1] 18/7 twice [2] 12/10 17/4 17/5 two [14] 3/9 4/1 5/23 6/20 6/21 7/25 10/12 23/14 29/3 32/22 36/20 37/19 41/4 52/2 type [1] 42/22 typical [1] 14/4 Typically [1] 20/4

**U**

U.S [6] 32/25 33/14 36/7 43/10 43/15 49/25 ultimately [5] 4/4 18/17 53/5 53/7 55/16 unable [3] 37/18 37/18 55/21 unadjusted [1] 51/2 unambiguous [1] 42/11 unclear [2] 5/20 10/8 under [5] 11/8 14/25 15/2 18/18 46/12 undergone [1] 49/21 undergraduate [1] 32/24 understand [14] 3/3 27/19 28/11 28/12 32/5 32/17 39/18 40/12 43/22 45/2 45/4 47/21 55/23 56/1 understanding [1] 52/22 understood [2] 18/13 39/15 unhappy [1] 43/23 unintelligible [4] 29/4 30/16 30/16 32/2 Union [1] 42/17 unique [1] 4/14 UNITED [1] 1/2 1/9 1/12 2/5 2/10 55/9 Universal [1] 30/11 University [3] 9/2 32/24 36/13 University's [1] 36/16

unlawfully [1] 55/4 unless [1] 24/13 unlicensed [1] 6/13 unrolling [1] 38/24 unspeakable [1] 38/2 until [4] 23/9 36/10 46/5 50/3 unusual [3] 15/14 15/15 15/15 unwarranted [1] 13/11 up [14] 8/2 8/14 23/9 25/21 31/17 36/25 38/25 40/19 41/4 45/10 45/11 46/5 48/18 52/9 upcoming [1] 46/16 upon [6] 4/5 14/24 23/16 42/5 42/13 47/9 uranium [3] 35/15 35/22 35/25 urban [4] 6/9 7/11 8/23 12/11 urging [1] 35/21 us [4] 4/20 30/3 43/5 43/7 use [7] 10/9 10/10 10/22 13/24 23/2 33/8 38/9 used [12] 8/15 8/21 10/8 11/6 12/25 19/21 23/1 28/7 36/12 36/15 34/22 44/23 using [7] 7/2 52/11

**V**

vacant [1] 35/5 vacations [1] 5/19 vaccinated [1] 39/5 vaccinating [1] 39/5 vaccination [4] 38/18 38/20 38/21 40/9 vaccine [4] 39/3 40/10 40/11 40/24 vaccines [1] 39/23 values [1] 44/7 Vancouver [1] 42/5 variance [4] 4/4 4/10 5/9 51/5 variety [1] 33/6 various [1] 49/21 varying [1] 4/3 Vegas [1] 30/10 vehicle [1] 47/6 vehicles [1] 47/15 versus [2] 6/9 25/9 very [43] 4/11 4/19 6/3 6/3 7/8 9/22 11/5 13/20 13/23 13/23 14/1 14/16 14/17 15/6 15/7 16/11 16/12 16/22 19/6 25/8 26/19 27/2 27/12 29/15 31/3 31/5 31/5 32/13 32/14 40/18 41/2 41/12 41/12 41/16 42/22 47/5 50/14 50/24 51/13 51/17 52/5 52/15 52/21 Via [1] 37/4

## V

vice [1]  35/24
victories [2]  43/5 43/6
video [9]  2/25 3/18
4/21 7/5 7/19 10/18
17/7 18/12 18/12
videos [3]  7/13 19/1
19/2
videotape [3]  19/13
19/15 19/16
view [2]  45/18 47/22
violated [1]  14/9
Virginia [3]  8/15 33/24
36/13
virus [4]  37/8 38/21
40/7 40/12
visible [1]  35/4
Vladimir [2]  36/1 42/14
vocal [1]  6/3
voice [2]  30/19 53/7
volunteered [1]  23/20
vulnerable [3]  23/18
23/22 40/12

## W

waive [1]  55/12
wake [1]  52/9
wake-up [1]  52/9
walking [3]  9/1 45/17
48/8
wall [9]  10/2 10/3 34/4
45/10 45/12 47/12
47/18 47/23 48/2
walled [1]  47/19
want [15]  14/12 16/21
17/14 18/24 21/25
21/25 25/4 25/11 39/7
39/17 40/1 45/3 45/4
45/16 54/2
wanted [16]  15/18
20/13 22/1 24/12 26/3
27/21 29/7 29/11
29/11 29/19 29/20
41/3 41/24 42/10
42/10 45/16
wants [3]  19/3 28/3
54/8
war [3]  33/13 34/24
50/1
warnings [1]  41/1
was [203]  3/1 3/17 5/2
5/4 5/16 5/17 5/19
5/21 6/11 7/1 7/4 7/4
7/6 7/7 7/8 7/10 7/14
7/17 7/19 7/23 7/23
8/18 8/19 9/1 9/17
9/17 9/19 9/24 10/8
11/6 11/9 11/14 11/21
11/25 12/1 12/3 12/23
15/6 15/18 15/19
15/21 15/22 15/22
15/24 16/5 16/5 16/6
16/13 16/14 16/17
16/19 16/23 17/9
17/10 17/15 17/16
17/19 18/3 18/6 18/7
18/10 18/11 18/11
18/13 18/13 19/13
19/14 19/15 19/16

20/10 20/11 20/12
20/17 20/19 20/19
21/3 21/5 21/6 21/6
21/10 21/10 21/17
22/9 23/6 24/11 24/11
24/12 25/5 25/17
25/17 25/18 25/19
25/19 27/19 28/2
28/13 28/20 28/23
29/14 29/18 30/1 30/2
30/7 30/17 30/22
30/25 30/25 31/4 31/5
31/6 31/15 31/18
31/25 32/23 33/5 33/9
33/13 33/14 33/20
33/23 34/6 34/16
34/24 35/6 35/8 35/10
35/13 35/17 35/21
35/23 35/24 36/4
36/25 38/11 38/20
38/21 38/22 38/24
39/4 40/7 40/11 40/13
40/15 40/22 41/2 41/7
41/8 41/9 41/12 41/12
41/15 42/3 42/6 42/6
42/8 42/12 42/14
42/16 42/17 42/18
42/19 42/20 42/21
42/25 43/4 43/12 44/3
44/3 45/3 45/6 45/14
46/4 46/7 46/7 47/23
47/25 48/2 48/4 48/10
48/11 48/16 48/18
48/21 48/24 49/2 49/3
49/3 49/5 49/8 49/17
49/20 50/14 50/14
50/15 50/16 50/20
52/6 52/20 53/1
Washington [6]  1/4
1/13 1/20 1/23 21/9
57/10
Washington, [2]  8/24
11/25
Washington, D.C [2]
8/24 11/25
wasn't [8]  5/3 16/3
16/23 17/6 17/15
20/20 21/2 51/24
watch [2]  34/25 45/4
watched [1]  16/14
way [16]  8/14 16/25
20/1 20/9 20/12 22/7
23/5 24/1 24/5 24/5
27/6 42/1 43/4 43/25
44/23 50/20
wayward [1]  49/19
we [67]  2/4 3/22 3/23
4/9 5/23 5/24 6/1 6/17
6/22 6/24 7/7 7/19
7/21 7/22 8/17 8/23
9/5 9/8 9/9 9/11 9/12
9/17 10/3 10/17 11/1
11/9 11/20 11/20
11/25 12/25 13/16
14/18 14/23 15/3 16/2
16/2 16/4 17/20 18/9
19/3 21/19 23/12
23/15 24/14 26/3 26/3

29/10 29/18 29/20
29/20 30/2 30/25
34/24 39/25 43/9
54/13 54/14 55/16 56/9
55/11 55/16 56/9
56/12 56/20
weak [1]  47/20
weakened [1]  38/20
weapon [1]  25/19
weapons [5]  25/16
25/25 33/19 52/12
55/13
wearing [3]  7/3 8/7
8/19
weather [1]  10/10
weave [1]  5/6
weddings [1]  30/5
week [1]  46/5
weekend [1]  29/23
weekends [1]  5/18
weeks [1]  12/15
weigh [1]  13/18
well [11]  11/13 12/21
24/24 26/25 27/2
42/18 44/2 47/25 51/6
54/25 56/12
well-educated [1]
11/13
went [3]  23/21 24/1
46/5
were [29]  7/8 7/9 7/9
10/9 11/5 13/19 14/1
23/18 25/25 26/1 29/6
30/2 30/15 31/12
33/14 34/24 37/11
39/2 40/12 41/21
41/21 43/13 43/17
52/19 52/25 53/3
weren't [1]  39/4
west [1]  17/12
western [2]  43/1 43/2
whack [1]  8/10
what [61]  6/1 10/3
10/21 11/24 15/6
15/24 16/12 16/21
17/11 17/23 17/23
17/24 18/4 18/4 18/13
18/23 19/9 19/23 20/2
21/1 21/19 22/5 23/3
23/6 24/19 24/22 27/7
31/18 31/25 32/5
34/24 36/9 36/24
37/20 37/21 38/21
39/7 39/8 39/10 39/12
39/16 39/19 39/19
40/2 40/4 40/13 41/24
41/25 42/4 42/12 45/8
45/13 46/12 52/21
52/22 52/24 52/25
53/11 53/14 54/17
56/9
what's [6]  3/25 10/24
10/25 18/12 18/2 19/25
whatever [2]  4/3 18/1
when [25]  5/2 15/18
16/4 16/7 17/19 17/22
18/9 20/4 21/12 23/16

29/18 30/2 30/7 30/14
30/25 31/24 36/13
36/17 39/13 41/20
42/5 49/7
whenever [2]  16/9
31/14
where [13]  5/19 7/11
8/24 9/2 12/16 16/17
21/9 22/9 23/3 29/6
33/9 43/9 43/11
Whereas [1]  41/22
whether [4]  5/5 5/8
24/22 24/24
which [18]  3/1 3/12
4/16 7/22 8/6 14/23
16/1 22/8 22/13 23/4
33/3 37/16 40/17
42/14 49/6 52/16 53/2
53/6
while [5]  25/8 31/6
31/14 50/11 54/24
White [2]  35/21 46/23
who [27]  7/14 9/1 12/1
12/16 13/5 15/18
15/20 15/21 15/22
15/23 16/10 18/10
22/17 22/20 23/18
23/23 23/24 23/25
24/8 24/10 29/4 32/4
33/7 38/7 39/4 40/15
43/17
who's [1]  23/8
whole [2]  8/6 39/8
wholeheartedly [1]
15/11
whom [1]  31/21
why [17]  4/17 5/20
10/25 10/25 11/1
18/16 18/20 21/23
27/6 31/17 33/20
39/11 39/13 39/22
40/9 43/25 45/14
width [1]  43/14
will [24]  3/10 3/15 4/11
4/18 25/1 25/2 28/3
31/25 39/5 49/16 50/8
51/2 53/9 53/22 54/14
54/21 55/5 55/6 55/8
55/11 55/12 55/12
55/16 56/16
willing [1]  12/8
windows [2]  7/22 20/24
wish [2]  40/2 55/19
withdraw [1]  3/22
within [11]  17/17 18/12
20/8 23/17 23/19 26/5
33/23 34/4 36/7 55/11
55/20
without [11]  11/7 12/16
19/22 23/24 35/2 40/8
40/20 43/3 44/18
53/13 55/22
witness [1]  7/5 26/9
witnessed [3]  33/10
34/23 37/3
woman [2]  7/14 7/23
women [1]  35/2
won't [2]  32/7 55/9

work [14]  2/23 7/12
11/6 13/4 17/10 20/22
20/25 23/14 24/21 25/1
37/14 37/18 51/14
52/1
worked [6]  33/2 33/24
36/19 37/2 40/18
48/15
workers [2]  7/9 34/5
working [4]  4/15 9/4
34/3 36/22
world [5]  22/8 33/16
37/25 38/3 42/20
world's [2]  39/1 46/22
worst [2]  23/13 23/14
worthy [1]  12/23
would [44]  4/21 6/22
9/22 10/1 11/12 13/6
14/9 15/3 18/6 18/21
19/9 19/11 20/23
21/23 22/8 22/10
22/10 24/14 24/15
24/16 26/20 26/20
27/17 29/14 29/21
29/22 30/9 30/13 31/7
32/2 32/3 32/5 32/15
32/16 32/16 35/7
39/13 40/4 40/14
41/20 47/9 47/18 49/1
50/19
wouldn't [5]  14/8 19/10
22/3 47/8 54/13
write [1]  31/19
written [1]  14/6
wrong [7]  15/6 18/2
18/2 18/7 24/1 30/23
48/21
wrote [1]  28/8

## Y

yeah [3]  16/20 17/11
28/7
year [11]  9/10 15/4
18/20 21/20 30/13
35/10 35/10 35/12
46/5 48/22 52/11
years [21]  3/12 14/23
16/13 16/15 18/3
18/22 24/15 27/11
29/17 34/22 36/10
36/20 36/23 36/25
37/25 49/9 49/15 50/1
50/9 51/9 53/10
yes [6]  5/2 26/12 26/14
26/16 26/17 40/6
yesterday [2]  3/1 18/9
yet [4]  5/18 24/5 40/20
49/13
York [1]  30/10
you [110]  2/15 2/22
4/11 4/25 5/11 5/20
8/4 8/4 8/5 8/8 9/3
11/16 11/20 13/17
14/14 14/16 14/17
14/20 14/22 16/5 16/8
16/20 16/21 17/21
17/22 18/1 19/14 20/4
20/6 23/12 24/23
25/11 25/11 26/7

## Y

you... [76]  26/15 26/16
26/19 26/20 27/15
27/17 28/10 28/15
31/21 32/9 32/10
32/11 32/13 32/13
32/15 32/16 32/18
32/19 32/20 39/6 39/7
39/7 39/10 39/11
39/13 39/13 39/13
39/16 39/17 39/17
39/17 40/2 40/2 40/4
40/8 41/21 43/22
43/25 43/25 44/13
44/17 44/17 48/15
50/4 50/7 50/21 50/24
50/25 51/13 51/14
52/1 52/7 52/10 52/14
52/19 52/22 53/10
54/9 54/24 55/5 55/8
55/15 55/18 55/19
55/19 55/20 55/21
55/22 55/23 56/1 56/1
56/3 56/4 56/12 56/18
56/22
young [2]  14/1 31/21
younger [1]  42/6
youngest [2]  28/20
50/11
your [67]  2/9 2/14 2/20
2/23 3/21 4/7 4/19 5/2
6/1 14/12 14/14 14/22
17/18 18/23 19/8
19/17 19/24 20/13
22/4 22/11 24/13
24/23 25/12 26/12
27/15 28/1 28/16
28/18 31/20 32/10
32/12 32/18 32/19
38/13 39/15 39/18
40/1 40/6 40/9 44/13
49/19 50/4 51/12
51/15 51/16 51/16
51/18 51/18 51/20
51/21 51/23 51/24
52/6 52/7 52/9 52/19
52/22 52/23 52/24
52/25 53/25 54/2 54/2
54/4 54/12 56/7 56/11
yourself [1]  2/8

## Z

Zimmerman [8]  1/11
2/10 4/6 5/1 16/7
17/22 53/24 56/6